**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **ALLISON B., individually and on behalf of M.B. a minor,** | |
| Plaintiff, | |
| v. | No. 1:24-cv-06162 |
| **BLUECROSS BLUESHIELD OF ILLINOIS, and the ACCENTURE LLP MEDICAL BENEFITS PLAN,** | Honorable John Robert Blakey |
| Defendants. | |

**DEFENDANTS' JOINT MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants the Accenture LLP Medical Benefits Plan and BlueCross BlueShield of Illinois file this Motion to Dismiss Plaintiff's Amended Complaint and respectfully move this Court for an order dismissing Plaintiff's Amended Complaint.

The bases for this Motion are set forth in the accompanying Memorandum in Support.

On September 4, 2024, counsel for the Defendants conferred with Plaintiff's counsel regarding the relief sought in this Motion, which seeks identical relief as what was sought in Plaintiff's initial Complaint that Defendants previously moved to dismiss. Plaintiff is opposed to Defendants' Motion and the parties' counsel were unable to reach any agreement to avoid filing this Motion.

**WHEREFORE**, Defendants respectfully request that the Court dismiss Plaintiff's Amended Complaint in its entirety with prejudice and grant them such further relief as the Court deems just.

Dated:  October 18, 2024

/s/ C. Esther Choi
C. Esther Choi, Bar No. 6312535
echoi@littler.com
Danielle K. Herring (Pro Hac Vice)
dherring@littler.com
Steven J. Silver (Pro Hac Vice)
ssilver@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL  60654
Telephone:     312.372.5520
Facsimile:     312.372.7880


/s/ Gwendolyn Cecilia Payton
Gwendolyn Cecilia Payton
gpayton@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
P.O. Box 91302
Seattle, WA 98101
Telephone:     206.626.7714
Facsimile:     206.299.0414

## CERTIFICATE OF SERVICE

I, C. Esther Choi, an attorney, hereby certify that, on October 18, 2024, I caused a copy of

***Defendants' Joint Motion to Dismiss Plaintiff's Amended Complaint*** to be filed with the Clerk

of the Court, using the CM/ECF system, and served upon the following counsel of record:

Brian S. King, Esq.
Brent J. Newton, Esq.
Samuel M. Hall, Esq.
Andrew J. Somers, Esq.
Brian S. King, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111

*Attorneys for Plaintiff*

*/s/ C. Esther Choi*