# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **ALLISON B., individually and on behalf of M.B. a minor,**<br><br>Plaintiff,<br><br>v.<br><br>**BLUECROSS BLUESHIELD OF ILLINOIS, and the ACCENTURE LLP MEDICAL BENEFITS PLAN,**<br><br>Defendants. | No.  1:24-cv-06162<br><br>Honorable John Robert Blakey |

**MEMORANDUM OF LAW IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Defendants, the Accenture LLP Medical Benefits Plan (the "Plan") and BlueCross BlueShield of Illinois ("BCBSIL"), jointly move to dismiss Plaintiff's Amended Complaint (ECF 41) pursuant to Fed. R. Civ. P. 12(b)(6) as stated in the incorporated memorandum of law.[1]

## I.     INTRODUCTION AND RELIEF SOUGHT

Plaintiff is a member of the Plan who seeks health care benefits for her minor daughter's stay at wilderness therapy programs.[2] Earlier this year, this Court dismissed two nearly identical cases brought by Plaintiff's same counsel alleging the same claims[3] as Plaintiff does here. The prior cases were governed by the same BCBSIL plan terms and ERISA[4] and the MHPAEA[5] as will determine this case.

---

[1] Although Plaintiff amended her Complaint following Defendants' initial Motion to Dismiss (ECF 36), Plaintiff has failed to cure the deficiencies in her pleading.

[2] Both facilities are now closed due to severe safety violations throughout the wilderness therapy industry.

[3] *C.B. v. BlueCross and BlueShield of Illinois, et al.*, No. 23-cv-01206-MMR-SMF, 2024 WL 1003687 (N.D. Ill. Jan. 9, 2024); *J.S. v. BlueCross BlueShield of Illinois*, No. 2:22-cv-00480-DBB (N.D. Ill. Mar. 14, 2023); *see* transcript of March 14, 2023 Motion to Dismiss Hearing at Exhibit 1, 26:7-11.

[4] The Employee Retirement Income Security Act of 1974.

[5] The Mental Health Parity and Addiction Equity Act of 2008 (the "Parity Act" or "MHPAEA").

In the prior cases, as described by this Court's opinion in *C.B. v. BlueCross and BlueShield of Illinois,* and *J.S. v. Blue Cross Blue Shield of Illinois*, plaintiffs did not contest, as Plaintiff must concede here, that the wilderness program attended by the member's child failed to meet the plan's 24-hour nursing requirements for residential treatment centers ("RTCs"). Instead of arguing that the facility at issue met the Plan's 24-hour nursing requirement, plaintiffs argued that the defendants violated §1132(a)(3) of ERISA by imposing non-quantitative treatment limitations on mental health benefits that are not imposed on analogous medical benefits in violation of the Parity Act. 2024 WL 1003687 at *2-3. As Plaintiff identically alleges here, the plaintiffs in these cases argued that the plan's requirements for 24-hour onsite nursing for a wilderness treatment center deviated from the generally accepted standards of care for residential treatment centers. *Id.*

This Court in *C.B* and *J.S.* rejected the plaintiffs' arguments and dismissed the complaint, finding that BCBSIL imposed the 24-hour nursing requirement on residential treatment centers and the medical-surgical analogues alike. *Id.* The Court therefore dismissed both the MHPAEA and benefit claims under §1132(a)(1)(B) because – as Plaintiff admits here – the plaintiffs in *C.B.* and *J.S.* conceded that the RTCs at issue did not provide 24-hour nursing care. *Id.*

The relevant law has not changed since the *C.B* and *J.S.* ruling and the facts as alleged here are nearly identical to those in *C.B* and *J.S.* Thus, there is no reason for this Court to stray from its recent precedent, and dismissal with prejudice is appropriate.

## II.     RELEVANT FACTUAL BACKGROUND[6]

### A. The Plan Explicitly Excludes Coverage For Wilderness Programs and Residential Treatment Centers Without 24-hour Onsite Nursing.

Allison B.'s daughter, M.B., is a beneficiary of the Plan – a self-funded employee welfare benefits plan governed by ERISA. Am. Compl. ℙ 3. M.B. was enrolled in wilderness therapy

---

[6] The Plan accepts as true Plaintiff's factual allegations solely for the purposes of this Motion only.

programs at Open Sky Wilderness Therapy ("Open Sky") from June 20, 2022 through September 14, 2022, and Maple Lake Academy ("Maple Lake") from September 19, 2022 through August 11, 2023. *Id.* at ¶ 4. Plaintiff Allison B. asserts in the Amended Complaint that she is entitled to payment for the services Open Sky and Maple Lake provided to M.B. *Id.* at ¶ 9.

The Plan at issue here, which Plaintiff references and relies on throughout the Complaint, sets out the specific services that are covered benefits and the types of providers that can provide those services.[7][8] BCBSIL is the Claim Administrator of the Plan. *Id.* at p. 2, 22; Am. Compl., ¶ 2.

The Plan does not cover services that are not specifically set out in the Plan and in some cases, expressly excludes services from coverage. *See* Ex. 2 at pp. 111-117. Wilderness programs, for example, are specifically excluded from coverage. *Id.* at p. 116. The Plan unambiguously states that benefits "are not available for: . . . Behavioral health services provided at behavioral modification facilities, boot camps, emotional group academies, military schools, therapeutic boarding schools, **wilderness programs**, halfway houses and group homes, . . ." *Id.* at p. 116 (emphasis added). Lastly, the Plan makes clear that "[s]ervices or supplies not specifically mentioned in this benefit booklet" are excluded. *Id.* at p. 112.

The Plan does, however, provide coverage for mental health treatment in specific inpatient facility settings, such as in a Hospital, Intensive Outpatient Program, or RTC. *Id.* pp. 31-32; 42. The Plan specifically states that a RTC "does **not** include . . . wilderness programs" among other supervised living environments. *Id.* at 42-43 (emphasis added). The Plan also defines RTC as requiring that "[p]atients are medically monitored with 24-hour medical availability and 24-hour

---

[7] *See* a true and correct copy of the Accenture LLP BCBS PPO Plan, attached hereto as Exhibit 2 at pp. 111-117 with Declaration of Janine Devera verifying the accuracy and authenticity of the Plan.

[8] As this Court has explained, "[o]n a motion to dismiss an ERISA case, the court may consider plan documents so long as the complaint references the plan, and the plan is central to plaintiff's claims." *Chung v. Arthur J. Gallagher & Co.*, 21-cv-01650-MMP, 2023 WL 5486954, at *2 (N.D. Ill. Aug. 24, 2023).

onsite nursing service for patients with Mental Illness and/or Substance Use Disorders." *Id.* Thus, the Plan does not provide coverage for RTCs that do not have 24-hour onsite nursing services nor for wilderness programs. *Id.*

The Plan also provides coverage for medical/surgical benefits at skilled nursing facilities ("SNF"). *Id.* at 43-44. The Plan defines SNF as "an institution . . . primarily engaged in providing comprehensive skilled services and rehabilitative Inpatient care and is duly licensed by the appropriate governmental authority to provide such services and operating within the scope of such license." *Id.* at 43. The Plan expressly excludes from coverage SNFs that do not meet this definition and that have "not been certified in accordance with the guidelines established by Medicare." *Id.* at 44 ("Uncertified Skilled Nursing Facility"); 95 (no benefits for treatment received in Uncertified Skilled Nursing Facility).

**B.      BCBSIL Properly Applied The Plan's Exclusions.**

1.      The Plan Does Not Cover Wilderness Programs Like Open Sky

M.B. was admitted to Open Sky on June 20, 2022. Am. Compl. ¶ 10. BCBSIL denied Plaintiff's claims for coverage for Open Sky's services because the services were not covered under the Plan. *Id*. ¶ 11. On June 9, 2023, Plaintiff appealed arguing that she was entitled to coverage because Open Sky was "licensed and accredited"[9] under Utah state regulations. *Id*. ¶¶ 12-16. In a letter dated October 9, 2023, BCBSIL upheld the denial of coverage for M.B.'s treatment at Open Sky. *Id.* at ¶ 22. BCBSIL cited the Plan's exclusion of wilderness programs and "quoted the definition of a residential treatment center," which requires 24-hour on-site nursing (and does not include wilderness programs). *Id.*

---

[9] Open Sky is no longer operating following widespread publicity of abuse in the wilderness therapy industry. *See* https://www.durangoherald.com/articles/open-sky-wilderness-therapy-announces-closure/.

Allison B. submitted a second appeal on November 2, 2023. *Id.* at ¶ 24. In her second appeal, Plaintiff argued again that Open Sky's wilderness program was not excluded from coverage. *Id.* at ¶ 26. On November 13, 2023, BCBSIL upheld its initial determination that the Plan did not cover the services provided by Open Sky based on the specific exclusions in the Plan and the Plan's definition of RTCs. *Id.* at ¶ 28.

2. <u>Maple Lake Does Not Meet The Plan's Definition of a RTC</u>

M.B. was admitted to Maple Lake[10] on September 19, 2022. Am. Compl. ¶ 29. In a letter dated September 30, 2022, BCBSIL denied coverage because Maple Lake did not meet the Plan's definition of an RTC due to its lack of 24-hour onsite nursing. *Id.* at ¶¶ 30-31. On March 24, 2023, Allison B. appealed. *Id.* at ¶ 32. In her appeal, Plaintiff argued that the Plan's 24-hour onsite nursing requirement for RTCs violated the MHPAEA because BCBSIL did not impose the same obligations on analogous medical and surgical facilities, such as SNFs. *Id*. ¶¶ 37-39. On October 28, 2023, BCBSIL upheld its initial determination that the Plan did not cover the services provided to M.B. by Maple Lake. *Id.* at ¶ 42. BCBSIL explained, "[a]lthough Maple Lake does meet the definition of 'Provider,' it does not meet the meet the minimum Blue Cross and Blue Shield requirements to be defined as a 'Residential Treatment Center' due to lack of 24-hour nursing staff." *Id.*; *see also* BCBSIL's October 28, 2023 letter attached hereto as Exhibit 3.

## III. ARGUMENT

Despite being afforded the opportunity to amend, Plaintiff fails to set forth facts sufficient to "state a claim to relief that is plausible on its face" and the Complaint must be dismissed in its entirety. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (*quoting Bell Atl. Corp. v. Twombly*, 550

---

[10] The state of Utah shut down Maple Lake effective September 13, 2024 for severe safety violations. *See https://www.sltrib.com/news/2024/08/22/troubled-teen-industry-utah-shuts/.*

U.S. 544, 570 (2007)).[11] First, Plaintiff's benefits claim under §1132(a)(1)(B) (Count I) fails because the Plan expressly excludes coverage for wilderness programs like Open Sky and Maple Lake. Because the Plan does not provide coverage for the services at issue in the Complaint, Plaintiff's claim for benefits should be dismissed. Second, in Count II, Plaintiff fails to state a claim for any violation of the Parity Act because the Plan does not impose limitations on mental health benefits without imposing comparable restrictions on analogous medical/surgical benefits. Further, limitations placed on mental health benefits, such as the Plan's requirement for 24-hour onsite nursing for RTCs, are imposed on comparable medical/surgical benefits. Plaintiff cannot reasonably allege otherwise and fails to state a Parity Act claim. For these reasons, Defendants respectfully request that the Court dismiss the Complaint in its entirety.

## A. Count I Fails Because Open Sky and Maple Lake Are Not RTCs.

Plaintiff's claim for benefits in Count I fails because Plaintiff has not, and cannot, plead any facts to show that Open Sky and Maple Lake meet the definition of an RTC and, thus, provide covered services under the terms of the Plan. Section 1132 of ERISA provides a civil cause of action for a participant or beneficiary "to recover benefits due to him under the terms of his plan." *See* 29 U.S.C. § 1132(a)(1)(B); *Smith v. Health Care Serv. Corp.*, No. 19 C 7162, 2021 WL 963814, at *4 (N.D. Ill. Mar. 15, 2021) (noting "'[t]he first and critical allegation' of a violation of 1132(a)(1)(B) is that the plaintiff was 'entitled to benefits under the terms of an employee-benefits plan.'") (citing *Brooks v. Pactiv Corp.*, 729 F.3d 758, 764 (7th Cir. 2013)). Thus, to adequately plead a claim for ERISA benefits, Plaintiff must "provide the court with enough factual information to determine whether the services were indeed covered services under the plan." *Id.*

---

[11] To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. *Iqbal,* 556 U.S. at 678; *Twombly*, 550 U.S. at 570. However, "[t]he tenet that a court must accept a complaint's allegations as true is inapplicable to threadbare recitals of a cause of action's elements, supported by mere conclusory statements." *Iqbal*, 556 U.S. at 663.

Here, Plaintiff's failure to allege specific Plan terms that provide coverage for Open Sky's and Maple Lake's services (there are none) proves fatal to her claim. *See IHC Health Serv., Inc. v. Cent. States SE & SW Areas Health & Welfare Fund*, No. 2:17-CV-01327-JNP-BCW, 2018 WL 3756959, at *2, n.1 (D. Utah Aug. 7, 2018) (collecting cases nationally to support holding that "to claim recovery of plan benefits under ERISA, the plaintiff's complaint must identify specific terms of the plan that give rise to the alleged benefits due"). Plaintiff does not and cannot identify specific terms of the Plan that would cover the services provided to M.B. Further, there is no way for Plaintiff to further amend the Complaint to state a plausible claim for relief, because the Plan's terms plainly exclude Open Sky's and Maple Lake's services from coverage.

In fact, all Plaintiff could muster while amending her initial Complaint was to baldly allege that "Open Sky is not a wilderness program." Am. Compl. at ¶ 54. Her erroneous theory is that if Open Sky is not a wilderness program, then BCBSIL's denial of coverage for treatment at wilderness programs must be wrongful. *Id.* at ¶ 55. Yet, this ignores that Open Sky *is* a wilderness program.[12] And the Court need not take Defendants' word for it. That is literally how Open Sky views itself.[13] Open Sky's full name is "Open Sky Wilderness Therapy."[14] Open Sky publicly touts that it "provides the most comprehensive family experience available in **wilderness therapy** led by a team of dedicated clinical professionals." *Id.* (emphasis added). Other courts have also reached the same conclusion that BCBSIL did here – that Open Sky is a wilderness program

---

[12] Despite Plaintiff's best attempt, she cannot distract from the overarching fact that wilderness program or not, Open Sky and Maple Lake did not meet the Plan's definition of RTC. *See J.W. v. Blue Cross BlueShield of Tex.,* No. 1:21-cv-21, 2022 WL 2905657, at *3 (D. Utah. July 22, 2022) ("regardless of whether Evoke and Live Strong House were wilderness programs, neither facility otherwise met the requirements of a residential treatment center as defined in the Plan because both lacked 24-hour onsite nursing services . . . It follows that Plaintiffs lack standing to raise this challenge.").

[13] The Court can take judicial notice of Open Sky's own statements. *See e.g., Goplin v. WeConnect, Inc.*, 893 F.3d 488, 491 (7th Cir. 2018) ("We note too that the statements at issue are WeConnect's own assertions, not potentially unfamiliar information posted on third-party websites.").

[14] *See* https://www.openskywilderness.com/.

excluded from coverage. *See e.g.*, *Roy C. v. Aetna Life Ins. Co.*, No. 2:17-cv-1216, 2018 WL 4511972, at *2 (D. Utah Sept. 19, 2018) (granting motion to dismiss because "Open Sky Wilderness Therapy is expressly and clearly excluded from coverage."); *Carla B. v. BlueCross BlueShield of N.C.*, 1:22-cv-84, 2024 WL 3860072 (M.D.N.C. Aug. 19, 2024) (granting defendant summary judgment in claim for denial of benefits for treatment at Open Sky). Moreover, Plaintiff's new allegation that Open Sky is an "outdoor behavioral health program" and not a wilderness program is a distinction without a difference. According to the U.S. Government Accountability Office, wilderness therapy and outdoor behavioral healthcare are synonymous. *See Amy G. v. United Healthcare*, 2:17-cv-00413-DN-DAO, 2024 WL 4165783 at *5 (D. Utah Sep. 12, 2024)

Principles of federal common law govern the interpretation of ERISA plan terms. *See Bowles v. Quantum Chem. Co.*, 266 F.3d 622, 633 (7th Cir. 2002) ("Because we have determined that Quantum's severance plan is governed by ERISA, we shall construe the plan in accordance with the federal common law under ERISA and shall apply general rules of contract interpretation."). As such, federal common law "direct[s] [the court] to interpret ERISA plans in an ordinary and popular sense as would a person of average intelligence and experience." *Neuma, Inc. v. Amp, Inc.*, 259 F.3d 864 (7th Cir. 2001) *see also Hickman v. GEM Ins. Co.*, 299 F.3d 1208, 1212 (10th Cir. 2002) ("The court will review plaintiffs' [ERISA] claim as it would any other contract claim by looking to the terms of the plan and other evidence of the parties' intent.").

The Plan does not provide coverage for wilderness programs. *See* Ex. 2 at p. 116. Wilderness programs like Open Sky and Maple Lake are (i) not included in the list of Covered Services provided by the Plan and (ii) expressly excluded from coverage under the Plan. *Id.* at pp. 111-117. That should end the Court's inquiry as the Plan simply does not cover wilderness

8

programs. Plaintiff's argument that these facilities are RTCs also falls short because the Plan's definition of RTC also specifically excludes "wilderness programs." *Id.* at 42-43.

Even assuming, *arguendo*, that Open Sky and Maple Lake are not wilderness programs, they are still not RTCs as the Plan defines RTCs. Plaintiff admits that neither Open Sky nor Maple Lake provide 24-hour onsite nursing care given that Plaintiff never alleges as such and devotes much of the Complaint to criticizing the Plan's requirement for 24-hour nursing. This further underscores the implausibility of their claim for benefits under ERISA. *See Brooks*, 729 F.3d at 764. Nevertheless, Plaintiff alleges that Open Sky and Maple Lake met the Plan's definition of "Provider," were licensed as RTCs by the State of Utah, and that M.B.'s treatment should have been approved on those bases. Compl. ¶¶ 15, 26, 36. But these facts are inconsequential to whether Open Sky and Maple Lake are covered under the terms of the Plan, as the Plan's licensure and general definitions are *in addition to* the 24-hour onsite nursing requirement. *See Roy C.*, 2018 WL 4511972, at *2 (holding that the fact that the facility was licensed as an RTC was irrelevant because it failed to comply with remaining RTC definition requirements of the plan).

Courts in this district agree with Defendants. For example, in *Alice F*., plaintiff sought RTC benefits for treatment at a facility that did not meet the plan's definition of RTC. *Alice F. v. Health Care Serv. Corp.*, 367 F. Supp. 3d 817, 825-7 (N.D. Ill. 2019). The court noted that the sole relevant inquiry was "whether [facility] qualifies as an RTC, with all that entails under the plan[.]" *Id*. at 826. Because the facility did not meet *all* of the plan's RTC requirements, the court granted judgment for the insurer. *Id*. at 827. Likewise, in *C.B.,* this Court dismissed the plaintiff's §(a)(1)(B) benefits claim because the plaintiff "cedes the fact that" the facility at issue did not provide 24-hour nursing care and, as such, could not quality as a RTC under a nearly identical BCBSIL plan. 2024 WL 1003687, at *3.

In *J.S.*, another nearly identical matter where this Court dismissed the complaint, Judge Barlow ruled that meeting the plan's definition of "Provider" does not render all conceivable medical services covered because "the plan is not so expansive as to offer coverage for any possible healthcare facility, any provider. The definition for provider includes a general object, any healthcare facility, and then offers specific examples of what that object is." *See* Ex. 1 at 26:7-11 Similarly, the court in *J.S.* explained a facility that "is licensed and accredited does not somehow limit – eliminate rather the Plan's requirement for an RTC to have 24-hour onsite nursing care. The state licensing or national accreditation requirement is in addition to, not in lieu of, other requirements. . . . Accepting the plaintiff's argument, the only operative portion of the definition would be whether a facility is licensed or accredited. That would render superfluous every other requirement including the specifically stated 24-hour onsite nursing service." *Id.* at 26:20 – 27:9. The exact same rationale holds true here.

This Court is not alone. Courts in other districts have dismissed claims for RTC benefits where the facilities at issue failed to comply with substantially the same definition of RTC as here. In *J.W.*, for example, the court dismissed the complaint because the plaintiff failed to allege that the facility had 24-hour onsite nursing as required by the plan. 2022 WL 2905657, at *3. Similarly, in *Roy C.*, the court found that the plan at issue "expressly and clearly exclude[d] from coverage '[t]reatment in wilderness programs or similar programs' . . ., and therefore, Plaintiff's claim for benefits for treatment at **Open Sky Wilderness Therapy** is expressly and clearly excluded from coverage." 2018 WL 4511972, at *2 (emphasis added). Further, in *Loran K.*, the court noted that "to qualify as an RTC under the Plan, the facility must provide . . . '24 hour onsite nursing service.'" *Loran K.,* 2021 WL 4924777, at *6. Although the plaintiff in *Loran K.*, like here, argued that the facility was covered because it had a valid state license, the court rejected that argument

10

holding that that the facility had to meet all the plan's requirements—including regarding 24-hour onsite nursing. *Id*. The same is true here: the Plan requires RTCs to have 24-hour onsite nursing and Plaintiff never disputes that Open Sky and Maple Lake provide no such service. Thus, because the Plan expressly excludes coverage for wilderness programs and because Plaintiff does not dispute that Open Sky and Maple Lake do not meet the Plan's definition of RTC, Plaintiff's claims must be dismissed. *Iqbal*, 556 U.S. at 679.

### B. Plaintiff Cannot Recover Benefits Based on a Purported Lack of a Full and Fair Review Because The Plan Does Not Cover The Services at Issue.

Plaintiff also alleges that BCBSIL failed to provide a full and fair review of M.B.'s claims by failing to properly consider her appeals. *See* Compl., ¶¶ 48-50. But Plaintiff's full and fair review claim does not provide an independent basis for coverage where the Plan does not provide coverage for the services at issue. ERISA is designed only to protect "contractually defined benefits" and, as a result, Plaintiff cannot create coverage for her claims where the Plan does not provide such coverage. *Black & Decker Disability Plan v. Nord,* 538 U.S. 822, 830 (2003) (quoting *Firestone Tire & Rubber Co. v. Bruch,* 489 U.S. 101, 113 (1989)).

Thus, because Open Sky's and Maple Lake's services are not covered by the Plan, Plaintiff's full and fair review claim does not plausibly state a claim upon which relief can be granted. *Iqbal*, 556 U.S. at 678. Even if Plaintiff's allegations are true (which they are not), such a claim does not entitle Plaintiff to benefits, because there is still no coverage under the terms of the Plan. *See Kough v. Teamsters' Local 301 Pension Plan*, 437 Fed. App'x 483, 488 (7th Cir. 2011) ("[T]he appropriate remedy for the Plan's procedural violation . . . . is not, as the plaintiff argues, an award of benefits."). Because there is no coverage for the services provided by Open Sky and Maple Lake, Plaintiff's claims for benefits under ERISA fail and are subject to dismissal.

11

### C. Count II Fails Because Plaintiff Has Not Plausibly Pled a MHPAEA Violation.

For similar reasons as this Court explained in *C.B.*, Plaintiff has "failed to plausibly allege that the differences between the Plan's requirements for RTCs and SNFs violates the Parity Act." 2024 WL 1003687, at *2. The Parity Act regulates health plans that provide coverage for mental health services, stating that treatment limitations for mental health must be "no more restrictive than the predominant treatment limitations applied to substantially all medical and surgical benefits covered by the plan" and requires that there be "no separate treatment limitations that are applicable only with respect to mental health." 29 U.S.C. § 1185a(3)(A) and (ii).[15]

To state a Parity Act claim, "a plaintiff must (1) plausibly allege that the relevant group health plan is subject to MHPAEA; (2) identify a specific treatment limitation on mental health or substance-use disorder benefits covered by the plan; (3) identify medical or surgical care covered by the plan that is analogous to the mental health or substance-use disorder care for which the plaintiffs seek benefits; and (4) plausibly allege a disparity between the treatment limitation on mental health or substance-use disorder benefits as compared to the limitations that defendants would apply to the medical or surgical analog." *E.W. v. Health Net Life Ins.,* 86 F.4th 1265, 1280 (10th Cir. 2023). Plaintiff cannot do so here.

Plaintiff alleges several arguments in support of her claim that Defendants violated the MHPAEA. None of these allegations, however, create plausible claims that Defendants violated MHPAEA. First*,* **RTCs and SNFs are both required to have 24-hour on-site nursing and, thus, there is no MHPAEA violation.** Plaintiff alleges that BCBSIL violated MHPAEA by imposing

---

[15] Treatment limitations can be quantitative, such as limits on the number of visits, or nonquantitative ("NQTLs"). NQTLs "limit the scope or duration of benefits for treatment,'" and include "[m]edical management standards limiting or excluding benefits based on medical necessity or medical appropriateness, or based on whether the treatment is experimental or investigative" and "[r]estrictions based on geographic location, facility type, provider specialty, and other criteria that limit the scope or duration of benefits for services provided under the plan or coverage." 29 C.F.R. § 2590.712(a) & (c)(4)(ii).

a 24-hour onsite nursing requirement on RTC facilities, without imposing the same requirement on comparable medical/surgical facilities, such as SNFs.

Plaintiff's MHPAEA claim is not plausible because, while the Plan language is not identical, RTCs and SNFs and other inpatient rehab facilities each must have 24-hour onsite nursing to qualify for coverage. "[T]he processes, strategies, evidentiary standards, and other factors" that plans use to impose limitations must be "comparable" and "applied no more stringently." 29 C.F.R. § 2590.712(c)(4)(i). Limitations are "comparable" in compliance with MHPAEA where the plan applies the same limitation to all analogous benefits. Thus, there is no violation as the Plan imposes the same 24-hour nursing requirement on RTCs and SNFs. *See J.W.*, 2022 WL 2905657, at \*5 (dismissing MHPAEA claim where the plan applied the same limitation on "all inpatient admissions"). Here, the Plan expressly requires RTCs to have 24-hour onsite nursing. *See supra at* § II.A. Thus, whether by the Plan's terms or applicable licensing regulations,[16] the Plan imposes the same requirement for RTCs and SNFs.

The plaintiff in *C.B.* made identical arguments to this Court, which fell far short. As this Court held in *C.B.*, "Plaintiff has failed to plausibly allege that the differences between the Plan's requirements for RTCs and SNFs violates the Parity Act." 2024 WL 1003687 at \*2. Further, just like the plaintiff in *C.B.*, Plaintiff alleges here that the Defendants violate the NQTL rules by imposing the 24-hour onsite nursing requirement on RTCs because the requirement is "above and beyond the generally accepted standards of medical practice." Am. Compl. ¶¶ 101-103. But, neither the NQTL rules under MHPAEA nor the Plan require that the Plan cover any generally

---

[16] The Plan likewise states that SNFs must be "duly licensed by the appropriate governmental authority to provide such services and operating within the scope of such license." Ex. 2 at p. 43. Further, state and federal regulations require SNFs to maintain 24-hour onsite nursing. See 42 U.S.C. 1395i-3(b)(4)(C)(i) (Medicare's requirement of 24-hour licensed nursing for SNFs); U.A.C. R432-150-5(2) (Utah law requiring SNF to have 24-hour licensed nursing services); U.A.C. R432-200-4 (defining "Skilled Nursing Facility").

accepted standards of care, let alone *all* potential options under the generally accepted standards of care. The NQTL rules are not a benefits mandate and only require Defendants to use processes that are comparable. *See* 78 Fed. Reg. 68246.

This Court explained this rationale while dismissing plaintiff's claims in *J.S.* by stating, "this argument about the wisdom of the requirement is not one which the Parity Act addresses. As noted earlier, there is parity in the requirements in the limitations across the analogous medical surgical facilities. The plaintiff's belief that RTC should not be required to have the same requirements as their alleged analogues does not resolve in a cognizable claim." Ex. 1 at 29:1-12.

Even if the provision of generally accepted standards was a MHPAEA requirement (it is not), Plaintiff's allegations are still implausible because she claims that 24-hour onsite nursing at a SNF "does not impose a coverage requirement that is above and beyond the generally accepted standards of medical practice and care for those facilities" but that is not a standard for RTCs. Am. Compl. at ¶¶ 100-101. However, the "generally accepted standards" that Plaintiff references in the Amended Complaint (¶72) are articulated in the AACAP RTC Principles,[17] which contradict Plaintiff's allegations.[18] This Court reviewed the AACAP RTC Principles when deciding the defendants' motion to dismiss in *C.B.* and explained that "Plaintiff does not dispute that the generally accepted standards of care" in the AACAP RTC Principles is to have 24-hour onsite

---

[17] American Academy of Child and Adolescent Psychiatrists' Principles of Care for Treatment of Children and Adolescents with Mental Illnesses In Residential Treatment Centers.

[18] The AACAP RTC Principles are publicly available and attached hereto as Exhibit 4. They are recognized by the American Medical Association as generally accepted standards. *See https://end-overdose-epidemic.org/wp-content/uploads/2020/05/ARC-Issue-Brief-Wit-v-United-Behav-Health-March-2019-FINAL.pdf*. Plaintiff also refers to such standards in the Amended Complaint. As such, this Court may take judicial notice of the AACAP RTC Principles. *See Gen. Elec. Cap. Corp. v. Lease Resol. Corp.,* 128 F.3d 1074, 1081 (7th Cir. 1997) (quoting Fed.R.Evid. 201(b)) ("A court may take judicial notice of an adjudicative fact that is both 'not subject to reasonable dispute' and either 1) 'generally known within the territorial jurisdiction of the trial court' or 2) 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'").

14

nursing. 2024 WL 1003687 at *2. As such, this Court held that the BCBSIL's plan's "24-hour on-site nursing requirement is not a 'profound deviation' because it conforms to [generally accepted standards of care] for RTCs." *Id*.

Lastly, Plaintiff's MHPAEA claims regarding medical necessity accreditation lack the required nexus to Plaintiff's benefits determination. Plaintiff alleges that Defendants violated MHPAEA in the way the Plan applies medical necessity criteria to mental health claims and by imposing "additional" accreditation requirements on RTCs but not on SNFs. But BCBSIL did no such thing. In fact, Plaintiff does not even allege BCBSIL denied M.B.'s claims using medical necessity criteria or for accreditation issues and, thus, her claims fail.[19]

## IV.    CONCLUSION

This Court need not reinvent the wheel here. Plaintiff asserts nearly identical claims for the same treatment at similar Utah wilderness programs under the same BCBSIL plan terms as in *C.B.* and *J.S.* This Court dismissed the claims in both of those cases, and the same result is appropriate here, especially given Plaintiff has already been afforded the opportunity to amend her Complaint. The Plan unambiguously excludes coverage for Open Sky's and Maple Lake's services and does not subject either facility to any more stringent requirements than it does for covered RTCs and SNFs. Thus, neither BCBSIL nor the Plan have violated ERISA or the Parity Act, and no further amendment from Plaintiff can change that result – warranting dismissal of Plaintiff's Amended Complaint in its entirety with prejudice.

---

[19] Moreover, a plaintiff cannot prevail on a MHPAEA claim where the alleged violation has no nexus to the plaintiff's own benefits determination. *See D.H. v. Blue Cross Blue Shield of Ill.*, No. 2:21CV00334-DAK, 2022 WL 1211515, at *3 (D. Utah Apr. 25, 2022) ("Plaintiff cannot establish a MHPAEA violation if the alleged disparate limitation on the mental health/substance use disorder treatment is immaterial to the Plans' decision to deny coverage."). Plaintiff's own allegations undermine any claim that BCBSIL denied Plaintiff's claim based on accreditation issues or by applying medical necessity criteria. This makes Plaintiff's MHPAEA claims unrelated to BCBSIL's determinations, and dismissal of Count II is warranted.

Dated:  October 18, 2024

/s/ C. Esther Choi
C. Esther Choi, Bar No. 6312535
echoi@littler.com
Danielle K. Herring (Pro Hac Vice)
dherring@littler.com
Steven J. Silver (Pro Hac Vice)
ssilver@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1100
Chicago, IL  60654
Telephone:    312.372.5520
Facsimile:    312.372.7880


/s/ Gwendolyn Cecilia Payton
Gwendolyn Cecilia Payton
gpayton@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1420 Fifth Avenue, Suite 3700
P.O. Box 91302
Seattle, WA 98101
Telephone:    206.626.7714
Facsimile:    206.299.0414

16

## CERTIFICATE OF SERVICE

I, C. Esther Choi, an attorney, hereby certify that, on October 18, 2024, I caused a copy of *Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint* to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Brian S. King, Esq.
Brent J. Newton, Esq.
Samuel M. Hall, Esq.
Andrew J. Somers, Esq.
Brian S. King, P.C.
420 East South Temple, Suite 420
Salt Lake City, UT 84111

*Attorneys for Plaintiff*

/s/ C. Esther Choi

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

In re:                          )
                                )
J.S. individually and on        )
behalf of S.S. a minor,         )
                                )
        Plaintiffs,             )
                                )
vs.                             )   Case No.
                                )   2:22-CV-00480DBB
BLUE CROSS BLUE SHIELD          )
OF ILLINOIS,                    )
                                )
        Defendant.              )
                                )
_____        )

BEFORE THE HONORABLE DAVID BARLOW

March 14, 2023

Defendant's Motion to Dismiss
for Failure to State a Claim

1

**Appearances of Counsel:**

For the Plaintiff:        Brian S. King
                              Attorney at Law
                              Brian S. King PC
                              420 East South Temple
                              Suite 420
                              Salt Lake City, Utah 84111

For the Defendant:        Rebecca R. Hanson
                              Attorney at Law
                              Reed Smith
                              10 South Wacker Drive
                              Chicago, Illinois  60606

Court Reporter:

Laura W. Robinson, RPR, FCRR, CSR, CP
351 South West Temple
8.430 U.S. Courthouse
Salt Lake City, Utah 84101
(801)201-9731

**Salt Lake City, Utah March 14, 2023**

**\* \* \* \* \***

THE COURT:  Good afternoon.  We're convened in case number 2:22-CV-480, *J.S. versus Blue Cross Blue Shield of Illinois*.  Would counsel for the plaintiff please state their appearance.

MR. KING:  Good afternoon, Your Honor.  Brian king for the plaintiff.

THE COURT:  Thank you, Mr. King.  Counsel for the defendant.

MS. HANSON:  Good afternoon, Your Honor, Rebecca Hanson.

MS. HANSON:  Thank you, Ms. Hanson.

THE COURT:  We're here today on a motion to dismiss.  And Ms. Hanson this is your motion so you're going to start us out.  I'll remind the counsel that are before me that I have had an opportunity to study your briefs and the case law as well as the complaint.  That should only give you the confidence that you need as you proceed with your argument.  You can deliver it in whatever fashion seems best to you, but you can know that I have had a chance to study these materials in advance.  Ms. Hanson, the floor is yours.

MS. HANSON:  Thank you, Your Honor.  Plaintiffs bring two claims in this case neither of which they can seek relief under.  The first claim is a claim for benefits under

3

ERISA, the premise of which that the member received mental health care for which they believe coverage is provided under the plan. And the second is a breach of fiduciary duty under ERISA, claiming a violation of the mental health Parity Act.

With respect to the claim for benefits, plaintiff submits that Sunrise, the facility at issue, does not provide 24-hour onsite nursing care. The definition of residential treatment center in the plan, however, requires 24-hour onsite nursing and thus Sunrise does not qualify as a Residential Treatment Center, and there is no coverage under the plan. ERISA only protects contractually defined benefits. And here the plan defines residential treatment center in a way that requires 24-hour onsite nursing. Sunrise does not have that and so there is no coverage under the plan.

Plaintiffs make a few arguments that try to save this but those fail. First they claim there is no 24-hour onsite nursing requirement. But clearly the plan has that language in the definition, and it is a requirement. They rely on the *JW versus Blue Cross Blue Shield of Texas* case to say that in that case, the plan had a requirement whereas there is none here, but they ignore that the plan language in JW was the exact same plan language that's at issue here. The same language applies and that court found that there

4

was a 24-hour onsite nursing requirement and there is one here, too.

They also claim, plaintiffs claim, that because Sunrise was licensed and accredited that it qualifies for coverage under the plan. The plaintiffs ignore that that is in addition to the facility having 24-hour onsite nursing. That in not in lieu of. Further they claim that the provider, Sunrise, met the definition of provider in the plan. That definition says that the facility provides covered services. The covered service at issue here is residential treatment. That going back to the definition of residential treatment that facility has to have 24 hour onsite nursing, which Sunrise does not have. So, in fact, Sunrise does not meet the plan definition of provider because it did not provide a covered service.

Then lastly with respect to their claim for benefits, plaintiffs claim that they did not get a full and fair review of their claim. But plaintiffs admit that they knew the reason for the denial was that Sunrise did not have 24-hour onsite nursing, they in fact appealed that issue directly with Blue Cross Blue Shield and that is all that is required here for a full and fair review. Thus their claim for benefits fails.

Now moving onto their claim for violation of the Mental Health Parity Act, they raise two issues. One

5

involves the 24-hour onsite nursing requirement, and the other involves their assertions in the complaint that Blue Cross used the more restrictive medical necessity criteria than they do for residential treatment than they do for skilled nursing.

Now, on the medical necessity issue in their response, plaintiffs disavowed that claim, they said that they made some strayed comments about medical necessity in the complaint but that they weren't seeking a parity violation on that term. So that aspect of their parity claim can easily be dismissed. On the 24-hour onsite nursing issue, before we discuss that requirement and whether or not it violates the Parity Act, we need to understand the paradigm that we're under within the Parity Act.

Nothing in the Mental Health Parity Act and for that matter nothing in ERISA prevents a plan from imposing criteria on facilities that go above and beyond what is required by state or federal regulations. Plaintiffs will point to nothing that prevents that. In fact, the Parity Act is not a benefits mandate. The Parity Act doesn't provide a list of what services must be covered and does not dictate how those services must be covered. The Parity Act does not provide guidance on, for example, the -- that you need to provide services that are within the generally

6

accepted standard of care.  It does not say that you need to provide services that are customary in the industry. Instead, the Parity Act provides rules for applying nonquantitative treatment limitations.  It does other things as well but for the purpose of this case, we're talking about nonquantitative treatment limitations.

The rules that the Parity Act provide with respect to nonquantitative treatment limitations is that it requires that the processes, strategies, and evidentiary standards or other factors that are used to develop those limitations must be comparable and applied in no more of a stringent manner to mental health services than they are to medical surgical services.

Courts have interpreted those rules to mean that if the same requirement is applied to both residential treatment and skilled nursing, there is no Parity Act violation.

So let's examine plaintiff's claim under this rubric.  Plaintiffs make both a facial and an as applied Parity challenge.  With respect to the facial challenge, plaintiffs are claiming that because the plan -- they first claim that the plan does not impose a 24-hour onsite nursing requirement on skilled nursing facilities.  And that because the plan does impose that requirement on residential treatment that there is a parity violation.  But they ignore

that the plan requires that skilled nursing facilities be licensed and that they are accredited by Medicare. Both -- and in this instance, both state law and Medicare require that a skilled nursing facility have 24-hour onsite nursing. Thus both residential treatment centers and skilled nursing facilities are subject to a 24-hour onsite nursing requirement.

Then plaintiffs go on to say that well, okay, maybe skilled nursing facilities are required to have 24-hour onsite nursing, but because state law does not require residential treatment centers to have 24-hour onsite nursing, that the imposition of that requirement on residential treatment centers is an additional hurdle that residential treatment centers have to meet to be covered under the plan and that that's a parity violation. But plaintiffs don't go into anything in the Parity Act or in ERISA that prevent a plan from doing just that. The 24-hour nursing requirement is the exact same for both services. And limitations on benefits, like I said before, are considered comparable and not applied disparately in compliance with MHPA where the plan applies the same limitation to those services.

And again, the *JW versus Blue Cross Blue Shield of Texas* case is 100 percent on point. There the same definitions applied and there the court noted that the plan

8

does not violate the Parity Act by expressly requiring certain requirements for mental health treatment when those same requirements are mandated by state licensing for analogous medical services.

So the court rejected the idea that there was a facial violation just because first of all that the words "24-hour onsite nursing" were not stated explicitly in the plan with respect to skilled nursing because the court found that the Medicare and state regulations required it, and that they were built into the plan, and also that the court rejected the idea that because there was something beyond the state licensing for residential treatment centers that there was a violation. Other courts have found so too. The *LP versus Blue Cross Blue Shield of Minnesota* case found the same thing finding that nothing in the Parity Act forbids the plan from placing higher standards than those required by state licensing laws as long as that standard is consistently applied.

With respect to plaintiffs as applied argument, plaintiff's claim that there is violation because the plan required residential treatment centers to have 24-hour onsite nursing when they claim that industry standard or generally accepted standards don't they wouldn't require a residential treatment center to have that service. So plaintiff's position is misguided for several reasons.

9

First, again, the Parity Act does not require that a service be generally accepted or be an industry standard doesn't talk about that at all.

Second, plaintiff's claim that there is an inherent difference between residential treatment centers and skilled nursing facilities that prevent the plan from imposing 24-hour onsite nursing requirements on a residential treatment centers, but the two residential treatment and skilled nursing are the comparator of services at issue here. There is an intermediate level of service that are in the benefit classification that we're looking at. And so when they claim that they're so different that you can't apply 24-hour onsite nursing requirements to residential treatment centers that just doesn't make sense because they're in the same category providing the same level of service.

Also, the American Academy of Child and Adolescent Psychiatrists have indicated that medical care is part of the expected services of a residential treatment center, so plaintiff's theory that residential treatment centers don't provide medical services in contrast to skilled nursing is just -- it's not founded. Um, and also the AACAP the American Academy of Child and Adolescent Psychiatry also indicate that having an RN providing 24-hour supervision is one of the two ways that they recommend that

10

a residential treatment center provide its services. Thus, either by industry custom or generally accepted standards having a nurse -- having 24-hour onsite nursing is within those standards.

Plaintiffs claim that it's a parity violation to treat residential treatment centers and skilled nursing centers the same. They're saying that by imposing this same requirement on them that we're violating the Mental Health Parity Act and that doesn't make sense under the framework.

Plaintiffs also make a couple conclusory allegations that fail the pleading standard. They claim that by having a 24-hour onsite nursing requirement for residential treatment it gives Blue Cross the appearance of covering residential treatment while avoiding paying claims. There is nothing to back that up and no facts to back that up in the complaint. And we know that that is not true as Judge Barlow you just decided the *LC versus Blue Cross Blue Shield of Texas* case that case the residential treatment center was not denied for lack of 24-hour onsite nursing even though it was the same plan language that is available here. So, the idea that Blue Cross isn't covering residential treatment because of this particular aspect of the residential treatment center definition has some question there based on that case alone. That case was a medical necessity case, not a 24-hour onsite nursing case.

11

Plaintiffs also say that having the 24-hour onsite nursing requirement reduces benefits available for residential treatment centers relative to the benefits for skilled nursing. Again, no facts to back that up in the complaint just a conclusory allegation. Blue Cross is literally treating the two facilities types the same that is not a parity act violation.

That is all I have, Your Honor.

THE COURT: Thank you, Ms. Hanson. Mr. King? You're still on mute, Mr. King.

MR. KING: Thank you. Thank you. Isn't that the story of our zoom lives.

THE COURT: It absolutely is.

MR. KING: With regard to the (a)(1)(B) claim, Your Honor, the benefit denied benefit claim, um, we worked as, you know, because you have read our opposition, to argue that there is some ambiguity in the language of the requirement about residential treatment centers and if you look at what -- I don't want to rehash what we put in the complaint because I think it is pretty clear but between the group on this call I think it is also pretty weak. I do think you can make an argument that there is some ambiguity but I have to kind of squint sideways at it to do it and the basis for it is simply that when you're looking at the actual language of the plan, the reference to patients are

12

medically monitored with 24-hour medical availability and 24-hour onsite nursing service, um, and then it goes on talking about mental illness, um, that sentence standing alone does not specifically say you've got to have 24/7 onsite nursing. The argument from Blue Cross is, well, yeah, but you can't take it alone you have to look at the entire definition of residential treatment when you look at the definition of residential treatment it pretty clearly requires 24/7 onsite nursing.

Other courts have held that, and I acknowledge that the case out of Texas the -- or the case rather involving Blue Cross Blue Shield of Texas that Blue Cross Blue Shield of Illinois relies on, says that, and it has got the same language. But I do think that you can, reading it in a way that is most favorable to the plaintiffs, say that there may be some ambiguity there. You have got that argument, do with it what you will, I think that the real problem, the gist of the case, the thing that gives us the greatest heartburn, is that once you -- if you do go ahead and impose the kind of reading on that language that Blue Cross wants you to impose, what you have is a clear cut violation of the mental health parity statute and we have outlined that in our briefing, too. But what I think is important is that the onsite nursing requirement as it exists and as Blue Cross wants to you read it violates the

13

Mental Health Parity Act, nothing prevents Blue Cross from going above and beyond licensing as a requirement of the plan. We're not saying that, they can do that if they want to. But if going -- if the effect if on the face of the document itself or if in the effect of how the plan terms are applied, there is the imposition that that plan imposes more restrictive or stringent treatment limitations on mental health and substance use disorder treatment than it does on residential treatment, which are the analogous levels of mental health and medical and surgical treatment, you have got a violation of the MHPA statute, the Mental Health Parity Statute. It is the -- if the effect of imposing the same requirements Blue Cross wants to say we can impose the same requirements. It is clear on the -- on the face of the arguments stands to reason that if the requirements are the same, you can't violate Mental Health Parity Statute. That's nonsense, Your Honor, and the reason it's nonsense is because the licensing -- what you have got here specific language imposed and inserted by Blue Cross above and beyond the language that exists for skilled nursing, that says oh by the way, in addition to satisfying licensing requirements, you have got to have 24/7 onsite nursing. Ask yourself why they do that. They do that because they know that it's going to limit access to residential treatment services to a greater extent than

14

skilled nursing facilities services are available. Why? Because for SNFs, for skilled nursing facilities, you have to, under state and federal law, this is not disputed by Blue Cross, they acknowledge you have to under both state and federal Medicare and Medicaid law have onsite 24/7 nurses. Period, full stop.

Well, what's the effect of an RTC under Utah state law or under federal law in terms of a requirement that they have onsite nurses. They don't. Utah state law doesn't require that as a matter of licensing and there is no federal statute or regulation that requires it either. So to add on, in addition to a licensing requirement, you have got to have by the way you have got have 24/7 onsite nursing that clearly has the impact and the intended effect of restricting access to residential treatment and it imposes a more restrictive or stringent treatment limitation.

We allege in the allegations of the complaint, Your Honor I'm not making this up as we go, we say specifically in Paragraph 56, quote, "Few if any residential treatment centers across the country have 24/7 onsite nurses. Why? Because state law doesn't require it and neither does federal law." Now, let's say that you know, that's entitled as you know, Your Honor, from Rule 612(b)(6) and Rule 8 pleading requirements, that is entitled to this

15

court looking at it and saying I have to take it as true on a motion to dismiss. We are pretty specific and in Paragraph 56 in what we say. Um, I could give you a hypothetical that said let's say that in fact most residential treatment centers have nurses, but not to the same degree that skilled nursing facilities have nurses. Let's say that 80 percent of residential treatment centers have nurses. Would this add on to set to require 24/7 nursing violate MHPA? Yes. Because the difference between 100 percent of SNF staffing onsite 24/7 nurses and 80 percent of RTCs having onsite 24/7 nurses is a significant disparity that violates MHPA at least that's what we allege, I suppose Blue Cross could say it is not so discomparable and misaligned that it violates MHPA. But we don't have this allegation in this complaint. What we have in this complaint is the allegation that few if any residential treatment centers have 24/7 onsite nurses.

I think it is important, Your Honor, to -- for us to tell you that the AACAP standards that are relied on here by our -- by the folks at Blue Cross don't quite say what they need it to say. Um, here's what I mean on Page 3 of Exhibit B to the reply memo, the AACAP standards, this is quoted in Blue Cross's brief, in their reply brief, they want to use the following language to assert that AACAP standards, the American Association For Child and Adolescent

16

Psychiatry are also in line with their plan language to require 24/7 onsite nursing. It is not accurate. I'll read you what the actual language says: It requires a registered nurse with at least one year experience in mental health services or a mental health worker, a person with a bachelors degree in psychology, sociology, social work, counseling, nursing education, rehabilitation counseling, and at least one year of experience in mental health services should provide 24 hour developmentally sensitive child supervision, leisure and supportive care. That does not require 24/7 onsite nurses. It requires 24/7 onsite supervision with some individuals who have certain qualifications as outlined there. Every RTC has 24/7 onsite personnel that are trained to address issues that arise when you have inpatient treatment of adolescents. Everyone of them. They have to. That is a requirement under Utah state licensing.

The last thing I would say is this, Your Honor. We can't -- we didn't put this in the complaint because it wouldn't have been appropriate. I have one other case, and I will have others in the future, this including but this being one, against Blue Cross Blue Shield of Illinois with Ms. Hanson on the other side where we have retained an expert to provide testimony of exactly what we're talking about in this complaint that imposing this 24/7 onsite

17

nursing requirement is both very uncommon and limits in a significant way access to the resources that -- the ability to get coverage under a residential treatment center for those services. We plan on doing that in this case, too. I think that the language of the complaint is specific, I think it is plausible. I am not just the actual report that I am referring to from the expert has been provided to Ms. Hanson in the other case and in another case I have got a number of cases against Blue Cross of Illinois, Your Honor, some probably in front of you.

But that actual report has been provided to Ms. Hanson, she has got it. We're in the process of doing discovery on that case, we'll do the same thing here. This is a plausible allegation and consequently the motion to dismiss should be denied at the very least, Your Honor, as to the mental health parity claim. If it is denied as to the mental health parity claim, my suggestion to you would be it is worth keeping the (a)(1)(B) the first cause of action around because one remedy that may very well be appropriate to be applied as a result of the violation of the Mental Health Parity Claim is to say to Blue Cross Blue Shield I am going to require that you process and evaluate this claim without the 24/7 onsite nursing requirement. That is an (a)(1)(B) claim that you could then rule on in the context of this case.

18

THE COURT: Thank you for that Mr. King. Ms. Hanson, your reply.

MS. HANSON: Thank you, Your Honor. With respect to the (a)(1)(B) argument that Mr. King made, that the definition when it mentions 24 hour onsite nursing that that is somehow not a requirement, well, if the person is not monitored with 24-hour onsite nursing, they're simply at an RTC that is not covered under the plan because the definition says that patients are monitored through 24-hour onsite nursing.

So with respect to the parity argument, um, Mr. King's statements that -- that the 24-hour onsite nursing requirement limits access to residential treatment centers, that is simply a conclusory statement that did not need to be taken as true. Um, the AACAP document that Mr. King pointed to, the AACAP pointed out that regulations and the accreditation bodies that -- that regulate residential treatment centers were not enough, they did not bind what was going on in terms of regulation and accreditation to be enough. That's why this document the principles of care for a residential treatment center exist because AACAP did not find what the State of Utah was doing or the joint commission or anything that was regulating Sunrise they were not satisfied so they came up with these principles of care. And in doing so, they said that a

19

registered nurse or this other type of provider should be providing 24-hour developmentally sensitive child supervision leisure and supportive care. It doesn't say that some other person should be doing it. It says one of the ways of doing it is having a registered nurse providing that 24-hour supportive care. And Blue Cross had every right to choose that option and not the other option that they list.

Mr. King's interpretation of that is not providing 24-hour onsite nursing is not supported by that language. Um, further, Mr. King mentions this expert report. You might want to ask Mr. King what his expert found when he went and asked residential treatment centers if they provide 24-hour onsite nursing. It defies what the complaint says in terms of their being no access to those facilities. It's absolutely not founded in that expert's report or wasn't even in the expert's report. We found out about the survey that he did through deposition testimony. So what Mr. King or what the plaintiffs I should say are saying in their complaint that there is no access to residential treatment centers with 24-hour onsite nursing is not founded. It is a conclusory statement in the complaint that does not need to be taken as true.

Um, I believe that is all I have. I'll just reiterate that -- oh, actually I do want to -- Mr. King said

that you can't have -- you can't impose the same requirement if it has a disparate impact on one side, on the mental health side. But the regulators, the MHPA regulations have examples of what is and is not a parity act violation, and the *LP versus Blue Cross Blue Shield of Minnesota* case that I mentioned before talks about this example. It is example seven from the regulations. And the court there said, um, that although it was not identical to the present situation in that case, the example in the regulations clarifies the point that you can impose requirements that goes above state licensing requirements. And the court says in the example, a plan requires any provider to quote meet the highest licensing requirement related to supervised clinical experience under applicable state law in order to participate in the plans provider network. And it gives the the regulation sites there from example seven. And says despite disparately effecting coverage at mental health facilities in a state that requires post degree supervised clinical training for masters level mental health providers but not for masters levels medical providers the rule is consistently applied and so did not violate the Parity Act. The upshot of the example is that state licensing laws that impose different requirements on mental health facilities then they do on skilled nursing facilities do not render plan language out of parity. By analogy, if a plan language

21

imposes heightened requirements of such facilities beyond a requirement of state law, the plan does not violate the parity act as long as it imposes those tightened requirements evenly across the board. Thus without more here this argument fails. And plaintiff's argument fails as well because the 24-hour onsite nursing requirement is applied evenly across the board. That's all I have.

THE COURT: Thank you, Ms. Hanson. And thank you Mr. King for your advocacy as well. I took notes while you were making your arguments and incorporated them into the materials that I had provided from your briefing that I had prepared from your briefing in advance as well as our own research into the case law.

I will now give you a ruling on this motion to dismiss. So first of all, the standard for evaluating a 12(b)(6) motion, of course, is well known to the experienced counsel that are before me. Under *Iqbal* and *Twombly*, the court reviews a complaint under 12(b)(6) the court accepts all factual allegations but of course only factual allegations that are pleaded by the nonmoving party as true granting all reasonable inferences from those pleadings in favor of the nonmoving party. However, assertions that are devoid of factual content or that are no more than conclusory allegations or formulaic recitations of the law are disregarded. And of course, in talking about parity act

22

itself, we know that the key requirement is that we don't have treatment limitations that are applicable to mental health and substance abuse disorder benefits, that are more restrictive than those that apply to their medical surgical analogues. With that, let me turn to the two counts, first the benefits claim. So the February 3rd, 2021, denial letter as cited by the complaint stated that the facility in question, Sunrise, does not meet the criteria for a residential treatment facility as the provider does not have a 24-hour nursing presence and medical director access. Under Section 502 of ERISA, a participant or beneficiary can sue to recover benefits due to him under the terms of the plan, or to enforce his rights under the plan or to clarify his rights to future benefits. In claims brought under ERISA to recover benefits depend entirely on the terms of the plan. If the benefits in question do not arise under the terms of the plan, the plaintiff has no claim. That is the *IHC Health Services* case, this court, 2018.

Now, defendants submitted a copy of the plan together with its motion to dismiss. I'm going to consider it because it was referred to in the complaint, it's central to plaintiff's claims, and neither party has raised a dispute as to its authenticity. And we have had some discussion about the relevant definition that is provided in the plan regarding residential treatment centers. It's

23

found at Page 17 of that plan in Exhibit A, ECF number 13. I'm not going to read the entire definition. Both sides have referenced, both in the briefing and in oral argument today, where the dispute arises. But in that definition for a residential treatment center it states, among other things, the following: Patients are medically monitored with 24-hour medical availability and 24-hour onsite nursing services for patients with Mental Illness or Substance Use Disorder. It goes on to indicate, of course, that the facility must also be licensed in the state in which it is located, et cetera.

Now, Mr. King has made, I think, the best argument that he can for ambiguity in this -- under this plan language and some alternative basis for the court to find in his favor. He has done it in a way which is circumspect. So, for example, plaintiffs allege that Sunrise meets the plan's definition of a provider, it was licensed in the State of Utah, and met the appropriate governing state regulations and was accredited by the joint commission, they provide some other details about what it is that Sunrise offered in terms of medical personnel that were licensed and qualified. They don't argue, of course, because they apparently can't, that Sunrise offered 24-hour onsite medical nursing service.

So the arguments that they do provide end up

24

essentially being why it is that defendant should have treated Sunrise as a covered facility anyway. For example -- well, I'll start with this. The plaintiffs argue that a definition for a residential treatment center does not explicitly state 24-hour onsite nursing service is required and make the argument that the language that precedes the 24-hour onsite nursing service that I identified earlier is not an actual requirement for coverage.

But the language of the plan as the court reads it is clear. It is not susceptible to the reading that is urged by the plaintiffs. Under the plan, benefits are available if a patient, an individual is inpatient at an RTC, among other things the plan clearly states that at RTCs, plaintiff patients must be, must be medically monitored with 24-hour medical availability and 24-hour onsite nursing service. So, under a plain reading of these terms, a 24-hour onsite nursing service is a requirement for a facility to be a residential treatment center under the terms of the plan. The fact that Sunrise offers other things like nurses on staff generally but not present 24 hours, or the fact that Sunrise meets other requirements doesn't cure that lack of the 24-hour nursing service under the terms of the plan and that of course is what a benefits determination is about. Plaintiff's also argue as I

25

indicated briefly before that Sunrise meets the definition of a provider. Provider is defined in the plan as any healthcare facility or person or entity duly licensed to render covered services and operating within the scope of such license.

So that is true, seemingly as far as it goes, but the plan is not so expansive as to offer coverage for any possible healthcare facility, any provider. The definition for provider includes a general object, any healthcare facility, and then offers specific examples of what that object is. For example, a hospital or a skilled nursing facility. So using the common canon of instruction to narrow the definition of a generic term, we see that any healthcare facility, does not mean any facility offering healthcare automatically qualifies for the more specific RTC coverage. The facility in question must fall under one of the plans defined facilities like an RTC and plaintiffs do not allege that Sunrise meets that 24-hour onsite nursing service requirement under the plan documents.

I'll put it different. The fact that Sunrise is licensed and accredited does not somehow limit -- eliminate rather the Plan's requirement for an RTC to have 24-hour onsite nursing care. The state licensing or national accreditation requirement is in addition to, not in lieu of, other requirements. One of the most basic interpretive

26

canons is that a statute, or in this case an agreement, should be construed so that effect is given to all its provisions, so that no part will be inoperative or superfluous, void or insignificant. Accepting the plaintiff's argument, the only operative portion of the definition would be whether a facility is licensed or accredited. That would render superfluous every other requirement including the specifically stated 24-hour onsite nursing service.

Now, Mr. King didn't argue this today in his argument but in the brief he urged the court not to make a merits based determination and of course the only thing that the court is considering here today is whether a plausible claim has been made based on the factual allegations and that hasn't been made under the *Iqbal Twombly* standard here. So there is nothing else for the court to do, no merits determination to be made because the plausibility standard has not been met. As a result, the motion to dismiss is granted as to plaintiff's claim for benefits.

Now, Count 2, the Parity Act Claim. There is an allegation by the plaintiffs that they stated a Parity Act violation both facially and as applied. First, they argue that the plan does not state that there is a 24-hour onsite nursing requirement for skilled nursing facilities, inpatient hospice, or inpatient rehabilitation but it does

27

have that requirement for RTC as we just discussed. And that's correct at the surface level. But the plan also states that the facilities must be duly licensed by the appropriate rather governmental authority and provide such services and operating the scope of such license. So considering just -- just one of the examples that has been offered here, Utah State regulations, they require skilled care facilities to maintain 24-hour onsite nursing, that is the Administrative Code 432-150-5(2), it states that a skilled level of care facility must provide 24-hour licensed nursing services and that the facility shall ensure that nursing staff are present on the premises at all times. Utah law also requires 24-hour nursing care at another disputed analogue, hospice, and that is R432-750-25 (2). And plaintiff's don't argue that the law reads otherwise.

In this case, plaintiff's receive their care at a Utah facility. Because the plan explicitly required Utah providers to comply with Utah law, 24-hour nursing requirements applied to skilled care facility in hospices, so there is no plausibly alleged disparity.

Now, I'll note as well that other cases as cited by the defendants have found similarly, but even without those cases to guide it, the court would make the same finding just based on the plan language and the Utah regulations that applied to the facility in question.

28

Second, plaintiffs have also argued an additional as applied violation because Blue Cross required Sunrise to have 24-hour nursing even though this is not the industry standard or within the generally accepted standards of medical practice. But this argument about the wisdom of the requirement is not one which the Parity Act addresses. As noted earlier, there is parity in the requirements in the limitations across the analogous medical surgical facilities. The plaintiff's believe that RTC should not be required to have the same requirements as their alleged analogue -- as their alleged analogues does not resolve in a cognizable claim. It seems rather to be an invitation to create a new kind of claim whereby applying the same requirements to RTCs that are applied to analogous med/surg areas, a defendant some how violates the law which calls for parity. Plaintiffs haven't identified any case that creates such a claim and the court isn't aware of any.

So to state a plausible MHPA claim, as I indicated at the outset, the limitations must be more restrictive than their medical surgical analogues. Here they're just the same. And whether that was a wise thing for the defendant to do, or appropriately broad in it's thinking or a disservice to its clients is not a sufficient basis for indicating a violation, a plausible violation under the Parity Act and so for that reason the Parity Act

29

claim must be dismissed as well.

Now, this is the first time that I have had you before me on this particular claim. Um, based on what I have seen before me here, I am not sure that there is any very realistic prospect that these deficiencies can be cured but I'm also not certain that there is futility to it and there is no way that they can be cured. So I'm going to dismiss without prejudice. Mr. King, if you seek leave to file an amended complaint, please do so within 60 days, and I'll ask you not to simply file an amended complaint in this case but rather to seek leave to do it following the local rule requirements identifying what the proposed differences would be.

Mr. King, is there anything else you think I should address at the hearing today?

MR. KING: I don't believe so, Your Honor. I think you have covered it and I appreciate the 60 day time frame and, you know, you'll either hear from us or not.

THE COURT: Thank you for that. Ms. Hanson, is there anything else I should address?

MS. HANSON: No, I don't think so, Your Honor. Thank you.

THE COURT: Very well. Then let me thank both you and Mr. King for your advocacy on behalf of your clients. This matter stands in recess.

30

MR. KING:  Thank you.

MS. HANSON:  Thank you.

(The hearing concluded at 3:46 p.m.)

**REPORTER'S CERTIFICATE**


I, Laura W. Robinson, Certified Shorthand Reporter, Registered Professional Reporter and Notary Public within and for the County of Salt Lake, State of Utah, do hereby certify:

That the foregoing proceedings were taken before me at the time and place set forth herein and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

That the foregoing pages contain a true and correct transcription of my said shorthand notes so taken.

In witness whereof I have subscribed my name this _____ day of _____, 2023.


*Laura W. Robinson*_____

Laura W. Robinson

RPR, FCRR, CSR, CP

32

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ALLISON B., individually and on behalf of M.B. a minor,<br><br>       Plaintiff,<br><br>    v.<br><br>BLUECROSS BLUESHIELD OF ILLINOIS, and the ACCENTURE LLP MEDICAL BENEFITS PLAN,<br><br>       Defendants. | No.  1:24-cv-06162 |

## DECLARATION OF [JANINE DEVERA]

I, Janine Devera, state as follows:

1. I am employed by Accenture LLP and my title is Total Rewards Senior Manager. In that capacity, I am familiar with business records maintained by Accenture in the ordinary course of its business, including, but not limited to, the business records pertaining to the employee benefits plans at issue in this matter.

2. The statements herein are not entirely within my personal knowledge but are based on facts that I compiled from communications with employees of Accenture and from Accenture's business records. On that basis, I am informed and believe that the facts set forth in this declaration are true and correct.

3. I have reviewed Accenture's records pertaining to the employee benefits plan at issue in this matter.

4. I am informed and believe that attached hereto as Exhibit 2 is a true and correct of the 2022 Accenture LLP BCBS PPO Plan for health care benefits administered by BlueCross BlueShield of Illinois.

5. The 2022 Accenture LLP BCBS PPO Plan became effective on January 1, 2022.


I HEREBY CERTIFY under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September _5_, 2024

_____
[Janine Devera]

2

# Your Health Care Benefit Program



# Accenture LLP
### BCBS PPO Plan

Administered by:



# NO SURPRISES ACT AMENDMENT

**Amendment Effective Date:** This Amendment is effective on the Employer's Contract Anniversary Date or for the Plan Year of your Employer's Group Health Plan occurring on or after January 1, 2022.

The terms of this Amendment supersede the terms of the benefit booklet to which this Amendment is attached and becomes a part of the benefit booklet. Unless otherwise required by Federal or Illinois law, in the event of a conflict between the terms on this Amendment and the terms of the benefit booklet, the terms on this Amendment apply. However, definitions set forth in this Amendment are for purposes of this Amendment only. Additionally, for purposes of this Amendment, references to You and Your mean any Member, including Subscriber and Dependents.

The benefit booklet is hereby amended as indicated below:

## I. Continuity of Care

If You are under the care of a Participating Provider as defined in the benefit booklet who stops participating in the Plan's network (for reasons other than failure to meet applicable quality standards, including medical incompetence or professional behavior, or fraud), You may be able to continue coverage for that Provider's Covered Services at the Participating Provider Benefit level if one of the following conditions is met:

1. You are undergoing a course of treatment for a serious and complex condition,
2. You are undergoing institutional or inpatient care,
3. You are scheduled to undergo nonelective surgery from the Provider (including receipt of postoperative care from such Provider with respect to such surgery),
4. You are pregnant or undergoing a course of treatment for Your pregnancy, or
5. You are determined to be terminally ill.

A serious and complex condition is one that (1) for an acute illness, is serious enough to require specialized medical treatment to avoid the reasonable possibility of death or permanent harm (for example, if You are currently receiving chemotherapy, radiation therapy, or post-operative visits for a serious acute disease or condition), and (2) for a chronic illness or condition, is (i) life-threatening, degenerative, disabling or potentially disabling, or congenital, and (ii) requires specialized medical care over a prolonged period of time.

Continuity coverage described in this provision shall continue until the treatment is complete but will not extend for more than 90 days beyond the date The Plan notifies You of the Provider's termination, or any longer period provided by state law. If You are in the second or third trimester of pregnancy when the Provider's termination takes effect, continuity of coverage may be extended through delivery of the child, immediate postpartum care, and the follow-up check-up within the

first six (6) weeks of delivery. You have the right to appeal any decision made for a request for Benefits under this provision, as explained in the benefit booklet.

## II. Federal No Surprises Act

### 1. Definitions

The definitions below apply only to Section IV. Federal No Surprises Act, of this Amendment. To the extent the same terms are defined in both the benefit booklet and this Amendment, those terms will apply only to their use in the benefit booklet or this Amendment, respectively.

"Air Ambulance Services" means, for purposes of this Amendment only, medical transport by helicopter or airplane for patients.

"Emergency Medical Condition" means, for purposes of this Amendment only, a medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition: (i) placing the health of the individual, or with respect to a pregnant woman her unborn child in serious jeopardy; (ii) constituting a serious impairment to bodily functions; or (iii) constituting a serious dysfunction of any bodily organ or part.

"Emergency Services" means, for purposes of this Amendment only,

- a medical screening examination performed in the emergency department of a hospital or a Freestanding Emergency Department;

- further medical examination or treatment You receive at a Hospital, regardless of the department of the Hospital, or a Freestanding Emergency Department to evaluate and treat an Emergency Medical Condition until Your condition is stabilized; and

- Covered Services You receive from a Non-Participating Provider during the same visit after Your Emergency Medical Condition has stabilized unless:

    1. Your Non-Participating Provider determines You can travel by non-medical or non-emergency transport;

    2. Your Non-Participating Provider has provided You with a notice to consent form for balance billing of services; and

    3. You have provided informed consent.

"Non-Participating Provider" means, for purposes of this Amendment only, with respect to a covered item or service, a physician or other health care provider who does not have a contractual relationship with Blue Cross and Blue Shield of Illinois (BCBSIL) for furnishing such item or service under the Plan to which this Amendment is attached.

ASO-1                                                                     3

"Non-Participating Emergency Facility" means, for purposes of this Amendment only, with respect to a covered item or service, an emergency department of a hospital or an independent freestanding emergency department that does not have a contractual relationship with BCBSIL for furnishing such item or service under the Plan to which this Amendment is attached.

"Participating Provider" means, for purposes of this Amendment only, with respect to a Covered Service, a physician or other health care provider who has a contractual relationship with BCBSIL setting a rate (above which the provider cannot bill the member) for furnishing such item or service under the Plan to which this Amendment is attached regardless whether the provider is considered a preferred or in-network provider for purposes of in-network or out-of-network benefits under the subject Plan.

"Participating Facility" means, for purposes of this Amendment only, with respect to Covered Service, a Hospital or ambulatory surgical center that has a contractual relationship with BCBSIL setting a rate (above which the provider cannot bill the member) for furnishing such item or service under the Plan to which this Amendment is attached. Whether the provider is considered a preferred or in-network provider for purposes of in-network or out-of-network benefits under the subject Plan.

"Qualifying Payment Amount" means, for purposes of this Amendment only, a median of contracted rates calculated pursuant to federal or state law, regulation and/or guidance.

"Recognized Amount" means, for purposes of this Amendment only, an amount determined pursuant a state law that provides a method for determining the total amount payable for the item or service (if applicable); or, if there is no state law that provides a method for determining the total amount payable for the item or service, the lesser of the Qualifying Payment Amount or billed charges.

## 2. Federal No Surprises Act Surprise Billing Protections

a. The federal No Surprises Act contains various protections relating to surprise medical bills on services performed by Non-Participating Providers and Non-Participating Emergency Facilities. The items and services included in these protections ("Included Services") are listed below.

- Emergency Services obtained from a Non-Participating Provider or Non-Participating Emergency Facility.

- Covered non-Emergency Services performed by a Non-Participating Provider at a Participating Facility (unless You give written consent and give up balance billing protections).

- Air Ambulance Services received from a Non-Participating Provider, if the services would be covered if received from a Participating Provider.

4

**b. Claim Payments**

For Included Services, the Plan will send an initial payment or notice of denial of payment directly to the Provider.

**c. Cost-Sharing**

For non-Emergency Services performed by Non-Participating Providers at a Participating Facility, and for Emergency Services provided by a Non-Participating Provider or Non-Participating Emergency Facility, the Recognized Amount is used to calculate Your cost-share requirements, including Deductibles, Copayments, and Coinsurance.

For Air Ambulance Services received from a Non-Participating Provider, if the services would be covered if received from a Participating Provider, the amount used to calculate Your cost-share requirements, including Deductibles, Copayments, and Coinsurance, will be the lesser of the Qualifying Payment Amount or billed charges.

For Included Services, these cost-share requirements will be counted toward Your Participating Provider deductible and/or out-of-pocket expense limit, if any.

**3. Prohibition of Balance Billing**

You are protected from balance billing on Included Services as set forth below.

If You receive Emergency Services from a Non-Participating Provider or non-Participating Emergency Facility, the most the Non-Participating Provider or non-Participating Emergency Facility may bill You is Your in-network cost-share. You cannot be balance billed for these Emergency Services unless You give written consent and give up Your protections not to be balanced billed for services You receive after You are in a stable condition.

When You receive Covered Non-Emergency Services from a Non-Participating Provider at a Participating Facility, the most those Non-Participating Providers may bill You is Your Plan's in-network cost-share requirements. When You receive emergency medicine, anesthesia, pathology, radiology, laboratory, neonatology, assistant surgeon, hospitalist, or intensivist services at a Participating Facility, Non-Participating Providers can't balance bill You and may not ask You to give up Your protections not to be balance billed. If You get other services at Participating Facilities, Non-Participating Providers can't balance bill You unless You give written consent and give up Your protections.

If Your Plan includes Air Ambulance Services as a Covered Service, and such services are provided by a Non-Participating Provider, the most the Non-Participating Provider may bill You is Your in-network cost-share. You cannot be balance billed for these Air Ambulance Services.

**NOTE: The revisions to Your Plan made by this Amendment are based upon the No Surprises Act, a federal law enacted in 2020 and effective for plan years beginning on or after January 1, 2022. To the extent federal regulations are adopted or additional guidance is issued by federal regulatory agencies that alter the terms of this Amendment, the regulations and any additional guidance will control over conflicting language in this Amendment.**

A message from

## Accenture LLP

This booklet describes the Health Care Plan which we provide to protect you from the financial burden of catastrophic illness or injury.

To assure the professional handling of your health care claims, we have engaged Blue Cross and Blue Shield of Illinois as Claim Administrator.

Please read the information in this benefit booklet carefully so you will have a full understanding of your health care benefits. If you want more information or have any questions about your health care benefits, please contact the Employee Benefits Department.

Express Scripts is the prescription drug provider for Blue Cross and Blue Shield PPO plan members. For prescription drug costs and coverage, visit www.express-scripts.com/accenture or call 1-855-315-6677.

Sincerely,

Accenture LLP

## NOTICE

**Please note that Blue Cross and Blue Shield of Illinois has contracts with many health care Providers that provide for the Claim Administrator to receive, and keep for its own account, payments, discounts and/or allowances with respect to the bill for services you receive from those Providers.**

**Please refer to the provision entitled "Claim Administrator's Separate Financial Arrangements with Providers" in the GENERAL PROVISIONS section of this booklet for a further explanation of these arrangements.**

**Please note that the Claim Administrator has contracts, either directly or indirectly, with many prescription drug providers that provide the Claim Administrator to receive, and keep for its own account, payments, discounts and/or allowances with respect to the bill for services you receive from those providers.**

**Please refer to the provision entitled "Claim Administrator's Separate Financial Arrangements with Prescription Drug Providers" in the GENERAL PROVISIONS section of this booklet for a further explanation of these arrangements.**

**Blue Cross and Blue Shield of Illinois provides administrative claims payment services only and does not assume any financial risk or obligation with respect to claims.**

### WARNING, LIMITED BENEFITS WILL BE PAID WHEN NON-PARTICIPATING PROVIDERS ARE USED

You should be aware that when you elect to utilize the services of a Non-Participating Provider for a Covered Service in non-emergency situations, benefit payments to such Non-Participating Provider are not based upon the amount billed. The basis of your benefit payment will be determined according to your plan's fee schedule, usual and customary charge (which is determined by comparing charges for similar services adjusted to the geographical area where the services are performed), or other method as defined by the plan. YOU CAN EXPECT TO PAY MORE THAN THE COINSURANCE AMOUNT DEFINED UNDER THIS COVERAGE AFTER THE PLAN HAS PAID ITS REQUIRED PORTION. Non-Participating Providers may bill members for any amount up to the billed charge after the plan has paid its portion of the bill. Participating Providers have agreed to accept discounted payments for services with no additional billing to the member other than Coinsurance and deductible amounts. You may obtain further information about the participating status of professional providers and information on out-of-pocket expenses by calling the toll-free telephone number on your Identification Card.

# Table of Contents

NOTICE..................................................................................................8

BENEFIT HIGHLIGHTS.....................................................................10

BENEFIT HIGHLIGHTS.....................................................................14

BENEFIT HIGHLIGHTS.....................................................................18

DEFINITIONS SECTION....................................................................22

ELIGIBILITY SECTION .....................................................................51

UTILIZATION MANAGEMENT AND REVIEW ...............................52

CLAIM ADMINISTRATOR'S BEHAVIORAL
HEALTH UNIT.....................................................................................63

THE PARTICIPATING PROVIDER OPTION ....................................70

HOSPITAL BENEFIT SECTION...........................................................74

PHYSICIAN BENEFIT SECTION.........................................................78

OTHER COVERED SERVICES ...........................................................88

SPECIAL CONDITIONS AND PAYMENTS.......................................92

HOSPICE CARE PROGRAM .............................................................113

HEARING CARE PROGRAM ............................................................114

BENEFITS FOR MEDICARE ELIGIBLE
COVERED PERSONS .........................................................................116

EXCLUSIONS - WHAT IS NOT COVERED......................................117

COORDINATION OF BENEFITS SECTION ....................................122

CONTINUATION COVERAGE RIGHTS UNDER COBRA ............124

HOW TO FILE A CLAIM
AND APPEALS PROCEDURES ........................................................125

GENERAL PROVISIONS ...................................................................143

SUBROGATION AND RIGHT OF RECOVERY PROVISION ........154

## BENEFIT HIGHLIGHTS

### (Employees with a base salary under $100,000)

Your health care benefits are highlighted below. However, to fully understand your benefits, it is very important that you read this entire benefit booklet.

| | |
|---|---|
| UTILIZATION MANAGEMENT AND REVIEW | A special program designed to assist you in determining the course of treatment that will maximize your benefits described in this benefit booklet |
| Lifetime Maximum for all Benefits | Unlimited |

Individual Deductible

| | |
|---|---|
| — Participating Provider | $350 per benefit period |
| — Non-Participating and Non-Administrator Provider | $2,500 per benefit period |

Family Deductible

| | |
|---|---|
| — Participating Provider | $700 per benefit period |
| — Non-Participating and Non-Administrator Provider | $5,000 per benefit period |

Individual Out-of-Pocket
Expense Limit
**(does not apply to all services)**

| | |
|---|---|
| — Participating Provider | $3,350 per benefit period |
| — Non-Participating Provider | $5,000 per benefit period |

Family Out-of-Pocket
Expense Limit

| | |
|---|---|
| — Participating Provider | $6,700 per benefit period |
| — Non-Participating Provider | $10,000 per benefit period |

| | |
|---|---|
| Chiropractic and Osteopathic Manipulation Benefit Maximum | 20 visits per benefit period combined in and out of network |
| Naprapathic Services Benefit Maximum | $1,000 per benefit period |

HOSPITAL BENEFITS

Payment level for Covered
Services from a
**Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | 100% of the Eligible Charge, no deductible |

Payment level for Covered
Services from a
**Non-Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | Not covered |

Payment level for Covered
Services from a

| | |
|---|---|
| **Non-Administrator Provider** | 60% of the Eligible Charge after you have satisfied your program deductible |

Hospital Emergency Care

| | |
|---|---|
| — Payment level for Emergency Accident Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Payment level for Emergency Medical Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |

ASO-1  11

PHYSICIAN BENEFITS

Payment level for Surgical/
Medical Covered Services

| | |
|---|---|
| **— Participating Provider** | 80% of the Maximum Allowance after you have satisfied your program deductible |
| **— Non-Participating Provider** | 60% of the Maximum Allowance after you have satisfied your program deductible |

Payment level for Emergency Accident Care — 80% of the Maximum Allowance after you have satisfied your program deductible

Payment level for Emergency Medical Care — 80% of the Maximum Allowance after you have satisfied your program deductible

Payment level for
Wellness Care

| | |
|---|---|
| **— Participating Provider** | 100% of the Maximum Allowance, no deductible |
| **— Non-Participating Provider** | Not covered |

OTHER COVERED SERVICES

Payment level — 80% of the Eligible Charge or Maximum Allowance after you have satisfied your program deductible

**BLUE DISTINCTION CENTERS (BDC) &
BLUE DISTINCTION CENTERS PLUS (BDC+)
BENEFIT DIFFERENTIAL**
*(YOUR PROGRAM DEDUCTIBLE APPLIES TO THE BELOW BENEFITS,
UNLESS OTHERWISE SPECIFIED.)*

Payment level for Transplants

| | |
|---|---|
| — BDC+ Designated Center | 100% of the Eligible Charge, no Deductible |
| — BDC Designated Center | 100% of the Eligible Charge, no Deductible |
| — Participating Provider | 80% of the Eligible Charge |
| — Non-Participating Provider | 60% of the Eligible Charge |

*BENEFITS FOR AUTISM SPECTRUM DISORDER(S) WILL NOT APPLY TOWARDS AND ARE NOT SUBJECT TO ANY PHYSICAL, SPEECH OR OCCUPATIONAL THERAPY VISITS MAXIMUM.

**TO IDENTIFY NON-ADMINISTRATOR AND ADMINISTRATOR HOSPITALS OR FACILITIES, YOU SHOULD CONTACT THE CLAIM ADMINISTRATOR BY CALLING THE CUSTOMER SERVICE TOLL-FREE TELEPHONE NUMBER ON YOUR IDENTIFICATION CARD.**

ASO-1

13

## BENEFIT HIGHLIGHTS

### (Employees with a base salary $100,000 up to $250,000)

Your health care benefits are highlighted below. However, to fully understand your benefits, it is very important that you read this entire benefit booklet.

| | |
|---|---|
| UTILIZATION MANAGEMENT AND REVIEW | A special program designed to assist you in determining the course of treatment that will maximize your benefits described in this benefit booklet |
| Lifetime Maximum for all Benefits | Unlimited |

Individual Deductible

    — Participating Provider     $600 per benefit period

    — Non-Participating and Non-Administrator Provider     $2,500 per benefit period

Family Deductible

    — Participating Provider     $1,200 per benefit period

    — Non-Participating and Non-Administrator Provider     $5,000 per benefit period

Individual Out-of-Pocket Expense Limit
**(does not apply to all services)**

    — Participating Provider     $3,900 per benefit period
    — Non-Participating Provider     $5,000 per benefit period

Family Out-of-Pocket Expense Limit

    — Participating Provider     $7,800 per benefit period
    — Non-Participating Provider     $10,000 per benefit period

Chiropractic and Osteopathic Manipulation Benefit Maximum     20 visits per benefit period combined in and out of network

Naprapathic Services Benefit Maximum     $1,000 per benefit period

ASO-1         14

HOSPITAL BENEFITS

Payment level for Covered
Services from a
**Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | 100% of the Eligible Charge, no deductible |

Payment level for Covered
Services from a
**Non-Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | Not covered |

Payment level for Covered
Services from a
**Non-Administrator Provider**     60% of the Eligible Charge
after you have satisfied your program deductible

Hospital Emergency Care

| | |
|---|---|
| — Payment level for Emergency Accident Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Payment level for Emergency Medical Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |

PHYSICIAN BENEFITS

Payment level for Surgical/
Medical Covered Services

     **— Participating Provider**      80% of the Maximum Allowance after you have satisfied your program deductible

     **— Non-Participating Provider**      60% of the Maximum Allowance after you have satisfied your program deductible

Payment level for Emergency
Accident Care      80% of the Maximum Allowance after you have satisfied your program deductible

Payment level for Emergency
Medical Care      80% of the Maximum Allowance after you have satisfied your program deductible

Payment level for
Wellness Care

     **— Participating Provider**      100% of the Maximum Allowance, no deductible

     **— Non-Participating Provider**      Not covered

OTHER COVERED SERVICES

Payment level      80% of the Eligible Charge or Maximum Allowance After you have satisfied your program deductible

**BLUE DISTINCTION CENTERS (BDC) &**
**BLUE DISTINCTION CENTERS PLUS (BDC+)**
**BENEFIT DIFFERENTIAL**
*(YOUR PROGRAM DEDUCTIBLE APPLIES TO THE BELOW BENEFITS,*
*UNLESS OTHERWISE SPECIFIED.)*

Payment level for Transplants

     — BDC+ Designated Center      100% of the Eligible Charge, no Deductible

     — BDC Designated Center      100% of the Eligible Charge, no Deductible

     — Participating Provider      80% of the Eligible Charge

     — Non-Participating Provider      60% of the Eligible Charge

ASO-1      16

*BENEFITS FOR AUTISM SPECTRUM DISORDER(S) WILL NOT APPLY TOWARDS AND ARE NOT SUBJECT TO ANY PHYSICAL, SPEECH OR OCCUPATIONAL THERAPY VISITS MAXIMUM.

**TO IDENTIFY NON-ADMINISTRATOR AND ADMINISTRATOR HOSPITALS OR FACILITIES, YOU SHOULD CONTACT THE CLAIM ADMINISTRATOR BY CALLING THE CUSTOMER SERVICE TOLL-FREE TELEPHONE NUMBER ON YOUR IDENTIFICATION CARD.**

## BENEFIT HIGHLIGHTS

### (Employees with a base salary over $250,000)

Your health care benefits are highlighted below. However, to fully understand your benefits, it is very important that you read this entire benefit booklet.

| | |
|---|---|
| UTILIZATION MANAGEMENT AND REVIEW | A special program designed to assist you in determining the course of treatment that will maximize your benefits described in this benefit booklet |
| Lifetime Maximum for all Benefits | Unlimited |

Individual Deductible

| | |
|---|---|
| — Participating Provider | $800 per benefit period |
| — Non-Participating and Non-Administrator Provider | $2,500 per benefit period |

Family Deductible

| | |
|---|---|
| — Participating Provider | $1,600 per benefit period |
| — Non-Participating and Non-Administrator Provider | $5,000 per benefit period |

Individual Out-of-Pocket Expense Limit
**(does not apply to all services)**

| | |
|---|---|
| — Participating Provider | $4,100 per benefit period |
| — Non-Participating Provider | $5,000 per benefit period |

Family Out-of-Pocket Expense Limit

| | |
|---|---|
| — Participating Provider | $8,200 per benefit period |
| — Non-Participating Provider | $10,000 per benefit period |

| | |
|---|---|
| Chiropractic and Osteopathic Manipulation Benefit Maximum | 20 visits per benefit period combined in and out of network |
| Naprapathic Services Benefit Maximum | $1,000 per benefit period |

ASO-1                                    18

HOSPITAL BENEFITS

Payment level for Covered
Services from a
**Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | 100% of the Eligible Charge, no deductible |

Payment level for Covered
Services from a
**Non-Participating Provider:**

| | |
|---|---|
| — Inpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Outpatient Covered Services | 60% of the Eligible Charge after you have satisfied your program deductible |
| — Wellness Care | Not covered |

Payment level for Covered
Services from a
**Non-Administrator Provider** — 60% of the Eligible Charge after you have satisfied your program deductible

Hospital Emergency Care

| | |
|---|---|
| — Payment level for Emergency Accident Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |
| — Payment level for Emergency Medical Care from either a Participating, Non-Participating or Non-Administrator Provider | 80% of the Eligible Charge after you have satisfied your program deductible |

ASO-1                    19

PHYSICIAN BENEFITS

Payment level for Surgical/
Medical Covered Services

| | |
|---|---|
| — **Participating Provider** | 80% of the Maximum Allowance after you have satisfied your program deductible |
| — **Non-Participating Provider** | 60% of the Maximum Allowance after you have satisfied your program deductible |

| | |
|---|---|
| Payment level for Emergency Accident Care | 80% of the Maximum Allowance after you have satisfied your program deductible |
| Payment level for Emergency Medical Care | 80% of the Maximum Allowance after you have satisfied your program deductible |

Payment level for
Wellness Care

| | |
|---|---|
| — **Participating Provider** | 100% of the Maximum Allowance, no deductible |
| — **Non-Participating Provider** | Not covered |

OTHER COVERED SERVICES

| | |
|---|---|
| Payment level | 80% of the Eligible Charge or Maximum Allowance after you have satisfied your program deductible |

**BLUE DISTINCTION CENTERS (BDC) &
BLUE DISTINCTION CENTERS PLUS (BDC+)
BENEFIT DIFFERENTIAL**
*(YOUR PROGRAM DEDUCTIBLE APPLIES TO THE BELOW BENEFITS,
UNLESS OTHERWISE SPECIFIED.)*

Payment level for Transplants

| | |
|---|---|
| — BDC+ Designated Center | 100% of the Eligible Charge, no Deductible |
| — BDC Designated Center | 100% of the Eligible Charge, no Deductible |
| — Participating Provider | 80% of the Eligible Charge |
| — Non-Participating Provider | 60% of the Eligible Charge |

*BENEFITS FOR AUTISM SPECTRUM DISORDER(S) WILL NOT APPLY TOWARDS AND ARE NOT SUBJECT TO ANY PHYSICAL, SPEECH OR OCCUPATIONAL THERAPY VISITS MAXIMUM.

**TO IDENTIFY NON-ADMINISTRATOR AND ADMINISTRATOR HOSPITALS OR FACILITIES, YOU SHOULD CONTACT THE CLAIM ADMINISTRATOR BY CALLING THE CUSTOMER SERVICE TOLL-FREE TELEPHONE NUMBER ON YOUR IDENTIFICATION CARD.**

## DEFINITIONS SECTION

Throughout this benefit booklet, many words are used which have a specific meaning when applied to your health care coverage. These terms will always begin with a capital letter. When you come across these terms while reading this benefit booklet, please refer to these definitions because they will help you understand some of the limitations or special conditions that may apply to your benefits. If a term within a definition begins with a capital letter, that means that the term is also defined in these definitions or the Summary Plan Description for the Participating Medical Plan under the Accenture United States Group Health Plan. All definitions have been arranged in ALPHABETICAL ORDER.

ACUTE TREATMENT SERVICES.....means a 24-hour medically supervised addiction treatment that provides evaluation and withdrawal management and may include biopsychosocial assessment, individual and group counseling, psychoeducational groups, and discharge planning.

ADMINISTRATOR HOSPITAL.....SEE DEFINITION OF HOSPITAL.

ADMINISTRATOR PROGRAM.....means programs for which a Hospital has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide service to you at the time services are rendered to you. These programs are limited to a Partial Hospitalization Treatment Program or Coordinated Home Care Program.

ADMINISTRATOR PROVIDER.....SEE DEFINITION OF PROVIDER.

ADVANCED PRACTICE NURSE.....means Certified Clinical Nurse Specialist, Certified Nurse-Midwife, Certified Nurse Practitioner or Certified Registered Nurse Anesthetist operating within the scope of his or her certification.

AMBULANCE TRANSPORTATION.....means local transportation in specially equipped certified ground and air ambulance options from your home, scene of accident or medical emergency to a Hospital, between Hospital and Hospital, between Hospital and Skilled Nursing Facility or from a Skilled Nursing Facility or Hospital to your home. If there are no facilities in the local area equipped to provide the care needed, Ambulance Transportation then means the transportation to the closest facility that can provide the necessary service. Ambulance Transportation provided for the convenience of you, your family/caregivers or Physician, or the transferring facility, is not considered Medically Necessary and is not covered under this health care plan.

AMBULANCE TRANSPORTATION ELIGIBLE CHARGE.....means i) for ambulance providers that bill for Ambulance Transportation services through a Participating Hospital the Ambulance Transportation Eligible Charge is the

applicable ADP, and ii) for all other ambulance providers, the Ambulance Transportation Eligible Charge is such provider's Billed Charge.

AMBULATORY SURGICAL FACILITY.....means a facility (other than a Hospital) whose primary function is the provision of surgical procedures on an ambulatory basis and which is duly licensed by the appropriate state and local authority to provide such services.

An "Administrator Ambulatory Surgical Facility" means an Ambulatory Surgical Facility which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Ambulatory Surgical Facility" means an Ambulatory Surgical Facility which does not meet the definition of an Administrator Ambulatory Surgical Facility.

ANESTHESIA SERVICES.....means the administration of anesthesia and the performance of related procedures by a Physician or a Certified Registered Nurse Anesthetist which may be legally rendered by them respectively.

APPROVED CLINICAL TRIAL.....means a phase I, phase II, phase III or phase IV clinical trial that is conducted in relation to the preventive, detection or treatment of cancer or other life-threatening disease or condition and is one of the following:

(i)    A federally funded or approved trial,

(ii)    A clinical trial conducted under an FDA experimental/investigational new drug application, or

(iii)    A drug that is exempt from the requirement of an FDA experimental/investigational new drug application.

AUTISM SPECTRUM DISORDER(S).....means pervasive developmental disorders as defined in the most recent edition of the *Diagnostic and Statistical Manual of Mental Disorders*, including autism, Asperger's disorder and pervasive developmental disorders not otherwise specified.

AVERAGE DISCOUNT PERCENTAGE ("ADP").....means a percentage discount determined by the Claim Administrator that will be applied to a Provider's Eligible Charge for Covered Services rendered to you by Hospitals and certain other health care facilities for purposes of calculating Coinsurance amounts, deductibles, out-of-pocket maximums and/or any benefit maximums. The ADP will often vary from Claim-to-Claim. The ADP applicable to a particular Claim for Covered Services is the ADP, current on the date the Covered Service is rendered, that is determined by the Claim Administrator to be relevant to the particular Claim. The ADP reflects the Claim Administrator's reasonable estimate of average payments, discounts and/or other allowances that will result from its contracts with Hospitals and other facilities under circumstances similar

to those involved in the particular Claim, reduced by an amount not to exceed 15% of such estimate, to reflect related costs. (See provisions of this benefit booklet regarding "Claim Administrator's Separate Financial Arrangements with Providers.") In determining the ADP applicable to a particular Claim, the Claim Administrator will take into account differences among Hospitals and other facilities, the Claim Administrator's contracts with Hospitals and other facilities, the nature of the Covered Services involved and other relevant factors. The ADP shall not apply to Eligible Charges when your benefits under the Health Care Plan are secondary to Medicare and/or coverage under any other group program.

BEHAVIORAL HEALTH PRACTITIONER.....means a Physician or Professional Provider who is duly licensed to render services for Mental Illness, or Substance Use Disorders and is operating within the scope of such license.

BEHAVIORAL HEALTH UNIT......means a unit established to assist in the administration of Mental Illness and Substance Use Disorder Treatment benefits, including Prior Authorization, Emergency Mental Illness or Substance Use Disorder Admission Review and length of stay/service review for Inpatient Hospital admissions and/or review of Outpatient services for the treatment of Mental Illness and Substance Use Disorder.

BILLED CHARGES.....means the total gross amounts billed by Providers to the Claim Administrator on a Claim, which constitutes the usual retail price that the Provider utilizes to bill patients or any other party that may be responsible for payment of the services rendered without regard to any payer, discount or reimbursement arrangement that may be applicable to any particular patient. This list of retail prices is also sometimes described in the health care industry as a "chargemaster."

BLUE DISTINCTION CENTERS (BDC).....means a health care Provider, Hospital, or medical facility recognized for their expertise in delivering specialty care. Please see the section entitled "Blue Distinction Centers" for more information.

BLUE DISTINCTION CENTERS+ (BDC+).....means a health care Provider, Hospital, or medical facility recognized for their expertise and efficiency in delivering specialty care. Please see the section entitled "Blue Distinction Centers" for more information.

BLUE DISTINCTION CENTERS (BDC) and BLUE DISTINCTION CENTERS+ (BDC+) BENEFIT DIFFERENTIAL PRODUCT.....means your employer has chosen to provide a lower out-of-pocket cost when you utilize a BDC or BDC+ designated provider for certain specialty care procedures and treatment.

CARE COORDINATION.....means organized, information-driven patient care activities intended to facilitate the appropriate responses to participant's health care needs cross the continuum of care.

CARE COORDINATION FEE.....means a fixed amount paid by a Blue Cross and/or Blue Shield plan to Providers.

CERTIFIED CLINICAL NURSE SPECIALIST.....means a nurse specialist who (a) is licensed under the Nursing and Advanced Practice Nursing Act; (b) has an arrangement or agreement with a Physician for obtaining medical consultation, collaboration and hospital referral and (c) meets the following qualifications:

    (i) is a graduate of an approved school of nursing and holds a current license as a registered nurse and is operating within the scope of such license; and

    (ii) is a graduate of an advanced practice nursing program.

A "Participating Certified Clinical Nurse Specialist" means a Certified Clinical Nurse Specialist who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Certified Clinical Nurse Specialist" means a Certified Clinical Nurse Specialist who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CERTIFIED NURSE-MIDWIFE.....means a nurse-midwife who (a) practices according to the standards of the American College of Nurse-Midwives; (b) has an arrangement or agreement with a Physician for obtaining medical consultation, collaboration and hospital referral and (c) meets the following qualifications:

    (i) is a graduate of an approved school of nursing and holds a current license as a registered nurse and is operating within the scope of such license; and

    (ii) is a graduate of a program of nurse-midwives accredited by the American College of Nurse Midwives or its predecessor.

A "Participating Certified Nurse-Midwife" means a Certified Nurse-Midwife who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Certified Nurse-Midwife" means a Certified Nurse-Midwife who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CERTIFIED NURSE PRACTITIONER.....means a nurse practitioner who (a) is licensed under the Nursing and Advanced Practice Nursing Act; (b) has an arrangement or agreement with a Physician for obtaining medical consultation, collaboration and hospital referral and (c) meets the following qualifications:

    (i) is a graduate of an approved school of nursing and holds a current license as a registered nurse and is operating within the scope of such license; and

    (ii) is a graduate of an advanced practice nursing program.

A "Participating Certified Nurse Practitioner" means a Certified Nurse Practitioner who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Certified Nurse Practitioner" means a Certified Nurse Practitioner who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CERTIFIED REGISTERED NURSE ANESTHETIST or CRNA.....means a nurse anesthetist who: (a) is a graduate of an approved school of nursing and is duly licensed as a registered nurse and is operating within the scope of such license; (b) is a graduate of an approved program of nurse anesthesia accredited by the Council of Accreditation of Nurse Anesthesia Education Programs/Schools or its predecessors; (c) has been certified by the Council of Certification of Nurse Anesthetists or its predecessors; and (d) is recertified every two years by the Council on Recertification of Nurse Anesthetists.

A "Participating Certified Registered Nurse Anesthetist" means a Certified Registered Nurse Anesthetist who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Certified Registered Nurse Anesthetist" means a Certified Registered Nurse Anesthetist who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CHEMOTHERAPY.....means the treatment of malignant conditions by pharmaceutical and/or biological anti-neoplastic drugs.

CHIROPRACTOR.....means a duly licensed chiropractor and is operating within the scope of his or her license.

CLAIM.....means notification in a form acceptable to the Claim Administrator that a service has been rendered or furnished to you. This notification must include full details of the service received, including your name, age, sex, identification number, the name and address of the Provider, an itemized statement of the service rendered or furnished (including appropriate codes), the

date of service, the diagnosis (including appropriate codes), the Claim Charge, and any other information which the Claim Administrator may request in connection with services rendered to you.

CLAIM ADMINISTRATOR.....means Blue Cross and Blue Shield of Illinois.

CLAIM CHARGE.....means the amount which appears on a Claim as the Provider's charge for service rendered to you, without adjustment or reduction and regardless of any separate financial arrangement between the Claim Administrator and a particular Provider. (See provisions regarding "The Claim Administrator's Separate Financial Arrangements with Providers in the GENERAL PROVISIONS section of this benefit booklet.")

CLAIM PAYMENT.....means the benefit payment calculated by the Claim Administrator, after submission of a Claim, in accordance with the benefits described in this benefit booklet. All Claim Payments will be calculated on the basis of the Eligible Charge for Covered Services rendered to you, regardless of any separate financial arrangement between the Claim Administrator and a particular Provider. (See provisions regarding "The Claim Administrator's Separate Financial Arrangements with Providers in the GENERAL PROVISIONS section of this benefit booklet.")

CLINICAL LABORATORY.....means a clinical laboratory which complies with the licensing and certification requirements under the Clinical Laboratory Improvement Amendments of 1988, the Medicare and Medicaid programs and any applicable state and local statutes and regulations.

A "Participating Clinical Laboratory" means a Clinical Laboratory which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Clinical Laboratory" means a Clinical Laboratory which does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan provide services to you at the time services are rendered.

CLINICAL PROFESSIONAL COUNSELOR.....means a duly licensed clinical professional counselor operating within the scope of his or her license.

A "Participating Clinical Professional Counselor" means a Clinical Professional Counselor who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Clinical Professional Counselor" means a Clinical Professional Counselor who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CLINICAL SOCIAL WORKER.....means a duly licensed clinical social worker operating within the scope of his or her license.

A "Participating Clinical Social Worker" means a Clinical Social Worker who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Clinical Social Worker" means a Clinical Social Worker who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

CLINICAL STABILIZATION SERVICES.....means a 24-hour treatment, usually following acute treatment services for Substance Use Disorder, which may include intensive education and counseling regarding the nature of addiction and its consequences, relapse prevention, outreach to families and significant others, and aftercare planning for individuals beginning to engage in recovery from addiction.

CLINICIAN.....means a person operating within the scope of his/her license, registration or certification in the clinical practice or medicine, psychiatry, psychology or behavior analysis.

COBRA.....means those sections of the Consolidated Omnibus Budget Reconciliation Act of 1985 (P.L. 99-272), as amended, which regulate the conditions and manner under which an employer can offer continuation of group health insurance to Eligible Persons whose coverage would otherwise terminate under the terms of this program.

COINSURANCE.....means a percentage of an eligible expense that you are required to pay towards a Covered Service.

COMPLICATIONS OF PREGNANCY.....means all physical effects suffered as a result of pregnancy which would not be considered the effect of normal pregnancy.

CONGENITAL OR GENETIC DISORDER.....means a disorder that includes, but is not limited to, hereditary disorders. Congenital or Genetic Disorders may also include, but is not limited to, autism or an Autism Spectrum Disorder, cerebral palsy, and other disorders resulting from early childhood illness, trauma or injury.

CONTRACTED PROVIDER.....means a Participating Provider and a Participating Professional Provider, collectively.

COORDINATED HOME CARE PROGRAM.....means an organized skilled patient care program in which care is provided in the home. Care may be provided by a Hospital's licensed home health department or by other licensed home health agencies. You must be homebound (that is, unable to leave home without assistance and requiring supportive devices or special transportation) and you must require Skilled Nursing Service on an intermittent basis under the direction of your Physician, a Physician Assistant who has been authorized by a Physician to prescribe those services, or an advanced practice nurse with a collaborating agreement with a Physician that delegates that authority. This program includes physical, occupational and speech therapists and necessary medical supplies. The program does not include and is not intended to provide benefits for Private Duty Nursing Service or Custodial Care Service. It also does not cover services for activities of daily living (personal hygiene, cleaning, cooking, etc.).

An "Administrator Coordinated Home Care Program" means a Coordinated Home Care Program which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide service to you at the time service is rendered to you.

A "Non-Administrator Coordinated Home Care Program" means a Coordinated Home Care Program which does not have an agreement with the Claim Administrator or a Blue Cross Plan but has been certified as a home health agency in accordance with the guidelines established by Medicare.

COPAYMENT.....means a specified dollar amount that you are required to pay towards a Covered Service.

COURSE OF TREATMENT.....means any number of dental procedures or treatments performed by a Dentist or Physician in a planned series resulting from a dental examination in which the need for such procedures or treatments was determined.

COVERAGE DATE.....means the date on which your coverage under the Health Care Plan begins.

COVERED SERVICE.....means a service and supply specified in this benefit booklet for which benefits will be provided.

CREDITABLE COVERAGE.....means coverage you had under any of the following:

(i)     A group health plan.

(ii)    Health insurance coverage for medical care under any hospital or medical service policy plan, hospital or medical service plan contract, or HMO contract offered by a health insurance issuer.

(iii)   Medicare (Parts A or B of Title XVIII of the Social Security Act).

(iv)    Medicaid (Title XIX of the Social Security Act).

(v)    Medical care for members and certain former members of the uniformed services and their dependents.

(vi)    A medical care program of the Indian Health Service or of a tribal organization.

(vii)    A State health benefits risk pool.

(viii)    A health plan offered under the Federal Employees Health Benefits Program.

(ix)    A public health plan established or maintained by a State or any political subdivision of a State, the U.S. government, or a foreign country.

(x)    A health plan under Section 5(e) of the Peace Corps Act.

(xi)    State Children's Health Insurance Program (Title XXI of the Social Security Act).

CUSTODIAL CARE SERVICE.....means any service primarily for personal comfort or convenience that provides general maintenance, preventive, and/or protective care without any clinical likelihood of improvement of your condition. Custodial Care Services also means those services which do not require the technical skills, professional training and clinical assessment ability of medical and/or nursing personnel in order to be safely and effectively performed. These services can be safely provided by trained or capable non-professional personnel, are to assist with routine medical needs (including but not limited to dressings, administration of routine medications, ventilator suctioning and other care) and are to assist with activities of daily living (including but not limited to bathing, eating and dressing).

DEDUCTIBLE.....means the amount of expense that you must incur in Covered Services before benefits are provided.

DENTIST.....means a duly licensed dentist operating within the scope of his or her license.

DIAGNOSTIC SERVICE.....means tests rendered for the diagnosis of your symptoms and which are directed toward evaluation or progress of a condition, disease or injury. Such tests include, but are not limited to, x-rays, pathology services, clinical laboratory tests, pulmonary function studies, electrocardiograms, electroencephalograms, radioisotope tests, electromyograms, magnetic resonance imaging (MRI), computed tomography (CT) scans and positron emission tomography (PET) scans.

DIALYSIS FACILITY.....means a facility (other than a Hospital) whose primary function is the treatment and/or provision of maintenance and/or training dialysis on an ambulatory basis for renal dialysis patients and which is duly licensed by the appropriate governmental authority to provide such services, when operating within the scope of such license.

An "Administrator Dialysis Facility" means a Dialysis Facility which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Dialysis Facility" means a Dialysis Facility which does not have an agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan but has been certified in accordance with the guidelines established by Medicare.

DOMESTIC PARTNER.....means a person with whom you have entered into a Domestic Partnership.

DOMESTIC PARTNERSHIP.....For an explanation of the domestic partnership requirements, please see the Summary Plan Description for the Participating Medical Plan under the Accenture United states Group Health Plan found on the Knowledge Library page of the Live Well at Accenture website, http://digital.alight.com/accenture.

DURABLE MEDICAL EQUIPMENT PROVIDER.....means a duly licensed durable medical equipment provider, when operating within the scope of such license.

A "Participating Durable Medical Equipment Provider" means a Durable Medical Equipment Provider who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Durable Medical Equipment Provider" means a Durable Medical Equipment Provider who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

EARLY ACQUIRED DISORDER.....means a disorder resulting from illness, trauma, injury, or some other event or condition suffered by a child prior to that child developing functional life skills such as, but not limited to, walking, talking or self-help skills. Early Acquired Disorder may include, but is not limited to, Autism or an Autism Spectrum Disorder and cerebral palsy.

ELIGIBLE CHARGE.....means (a) in the case of a Provider, other than a Professional Provider, which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide care to covered persons in the benefit program or is designated as a Participating Provider

by any Blue Cross and/or Blue Shield Plan at the time Covered Services for medical benefits are rendered by a Participating Provider, such Participating Provider's Claim Charge for Covered Services and (b) in the case of a Provider, other than a Professional Provider, which does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide care to participants in the benefit program, or is not designated as a Participating Provider by any Blue Cross and/or Blue Shield Plan at the time Covered Services for medical benefits are rendered ("Non-Participating Provider"), the following amount (unless otherwise required by applicable law or arrangement with the Non-Participating Provider):

   (i)   the lesser of (a) the Provider's Billed Charges, and (b) an amount determined by the Claim Administrator to be approximately 300% of the base Medicare reimbursement rate, excluding any Medicare adjustment(s) which is/are based on information on the Claim; or

   (ii)  if there is no base Medicare reimbursement rate available for a particular Covered Service, or if the base Medicare reimbursement amount cannot otherwise be determined under subsection (i) above based upon the information submitted on the Claim, the lesser of (a) the Provider's Billed Charges and (b) an amount determined by the Claim Administrator to be 300% of the Maximum Allowance that would apply if the services were rendered by a Participating Professional Provider on the date of service; or

   (iii) if the base Medicare reimbursement amount and the Eligible Charge cannot be determined under subsections (i) or (ii) above, based upon the information submitted on the Claim, then the amount will be 300% of the Provider's Billed Charges, provided, however, that the Claim Administrator may limit such amount to the lowest contracted rate that the Claim Administrator has with a Participating Provider for the same or similar services based upon the type of provider and the information submitted on the Claim, as of January 1 of the same year that the Covered Services are rendered to the covered person.

The Claim Administrator will utilize the same Claim processing rules, edits or methodologies that it utilizes in processing Participating Provider Claims for processing Claims submitted by Non-Participating or Non-Administrator Providers which may also alter the non-contracting Eligible Charge for a particular service. In the event the Claim Administrator does not have any Claim edits, rules or methodologies, the Claim Administrator may utilize the Medicare claim rules or edits that are used by Medicare in processing the Claims. The non-contracting Eligible Charge will not include any additional payments that may be permitted under the Medicare laws or regulations which are not directly attributable to a specific Claim, including, but not limited to, disproportionate share payments and graduate medical education payments. In the event the non-contracting Eligible Charge amount does not equate to the Non-Participating Provider's Claim Charge, you will be responsible for the difference between such

amount and the Claim Charge, along with any applicable Copayment, Coinsurance and deductible amount(s).

Any change to the Medicare reimbursement amount will be implemented by the Claim Administrator within one hundred and ninety (190) days after the effective date that such change is implemented by the Centers for Medicaid and Medicare Services, or its successor.

ELIGIBLE PERSON.....means an employee of the Employer who meets the eligibility requirements for this health and/or dental coverage, as described in the ELIGIBILITY SECTION of this benefit booklet.

EMERGENCY ACCIDENT CARE.....means the initial Outpatient treatment of accidental injuries including related Diagnostic Services. The initial Outpatient treatment does not include surgical procedures, including but not limited to, stitching, gluing and casting.

EMERGENCY MEDICAL CARE.....means services provided for the initial Outpatient treatment, including related Diagnostic Services, of a medical condition displaying itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect that the absence of immediate medical attention could result in:

   (i) placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;

   (ii) serious impairment to bodily functions; or

   (iii) serious dysfunction of any bodily organ or part.

Examples of symptoms that may indicate the presence of an emergency medical condition include, but are not limited to, difficulty breathing, severe chest pains, convulsions or persistent severe abdominal pains.

EMERGENCY MENTAL ILLNESS OR SUBSTANCE USE DISORDER ADMISSION.....means an admission for the treatment of Mental Illness or Substance Use Disorders as a result of the sudden and unexpected onset of a Mental Illness or Substance Use Disorder condition such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect that in the absence of immediate medical treatment would likely result in serious and permanent medical consequences to oneself or others.

EMPLOYER.....means the company with which you are employed.

ENROLLMENT DATE.....means the first day of coverage under your Employer's health plan or, if your Employer has a waiting period prior to the effective date of your coverage, the first day of the waiting period (typically, the date employment begins).

ASO-1          33

EXPERIMENTAL/INVESTIGATIONAL or EXPERIMENTAL/INVESTIGATIONAL SERVICES AND SUPPLIES.....means the use of any treatment, procedure, facility, equipment, drug, device, or supply not accepted as Standard Medical Treatment for the condition being treated or, if any of such items required federal or other governmental agency approval, such approval was not granted at the time services were provided. Approval by a federal agency means that the treatment, procedure, facility, equipment, drug, device, or supply has been approved for the condition being treated and, in the case of a drug, in the dosage used on the patient. As used herein, medical treatment includes medical, surgical, mental health treatment, Substance Use Disorder Treatment or dental treatment.

Standard Medical Treatment means the services or supplies that are in general use in the medical community in the United States, and:

- have been demonstrated in peer reviewed literature to have scientifically established medical value for curing or alleviating the condition being treated;
- are appropriate for the Hospital or Facility Other Provider in which they were performed; and
- the Physician or Professional Other Provider has had the appropriate training and experience to provide the treatment or procedure.

The medical staff of the Claim Administrator shall determine whether any treatment, procedure, facility, equipment, drug, device, or supply is Experimental/Investigational, and will consider the guidelines and practices of Medicare, Medicaid, or other government-fixed programs in making its determination.

Although a Physician or Professional Provider may have prescribed treatment, and the services or supplies may have been provided as the treatment of last resort. The Claim Administrator still may determine such services or supplies to be Experimental/Investigational with this definition. Treatment provided as part of a clinic trial or research study is Experimental/Investigational.

Approval by a government or regulatory agency will be taken into consideration in assessing Experimental/Investigational status of a drug, device, biological product, supply and equipment for medical treatment or procedure but will not be determinative.

FAMILY COVERAGE.....means coverage for you and your eligible dependents under the Health Care Plan.

HABILITATIVE SERVICES……means Occupational Therapy, Physical Therapy, Speech Therapy, and other health care services that help an eligible person keep, learn or improve skills and functioning for daily living as prescribed by a physician pursuant to a treatment plan. Examples include therapy for a child who isn't walking or talking at the expected age and includes therapy to enhance

the ability of a child to function with a Congenital, Genetic, or Early Acquired Disorder. These services may include Physical Therapy and Occupational Therapy, speech-language pathology, and other services for an eligible person with disabilities in a variety of inpatient and/or Outpatient settings, with coverage as described in this benefit booklet.

HOME INFUSION THERAPY PROVIDER.....means a duly licensed home infusion therapy provider, when operating within the scope of such license.

A "Participating Home Infusion Therapy Provider" means a Home Infusion Therapy Provider who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Home Infusion Therapy Provider" means a Home Infusion Therapy Provider who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

HOSPICE CARE PROGRAM PROVIDER.....means an organization duly licensed to provide Hospice Care Program Service, when operating within the scope of such license.

A "Participating Hospice Care Program Provider" means a Hospice Care Program Provider that either: (i) has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield to provide services to participants in this benefits program, or; (ii) a Hospice Care Program Provider which has been designated by a Blue Cross and/or Blue Shield Plan as a Participating Provider Option program.

A "Non-Participating Hospice Care Program Provider" means a Hospice Care Program Provider that either: (i) does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield to provide services to participants in this benefits program, or; (ii) a Hospice Care Program Provider which has not been designated by a Blue Cross and/or Blue Shield Plan as a Participating Provider Option program.

HOSPICE CARE PROGRAM SERVICE.....means a centrally administered program designed to provide for the physical, psychological and spiritual care for dying persons and their families. The goal of hospice care is to allow the dying process to proceed with a minimum of patient discomfort while maintaining dignity and a quality of life. Hospice Care Program Service is available in the home, Skilled Nursing Facility or special hospice care unit.

HOSPITAL.....means a facility which is a duly licensed institution for the care of the sick which provides service under the care of a Physician including the regular provision of bedside nursing by registered nurses and which is either accredited by the Joint Commission on Accreditation of Hospitals or certified by the Social

Security Administration as eligible for participation under Title XVIII, Health Insurance for the Aged and Disabled.

An "Administrator Hospital" means a Hospital which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Hospital" means a Hospital that does not meet the definition of an Administrator Hospital.

A "Participating Hospital" means an Administrator Hospital that has an agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide Hospital services to participants in the Participating Provider Option program.

A "Non-Participating Hospital" means an Administrator Hospital that does not meet the definition of a Participating Hospital.

INDIVIDUAL COVERAGE.....means coverage under the Health Care Plan for yourself but not your spouse and/or dependents.

INFUSION THERAPY.....means the administration of medication through a needle or catheter. It is prescribed when a patient's condition is so severe that it cannot be treated effectively by oral medications. Typically, "Infusion Therapy" means that a drug is administered intravenously, but the term also may refer to situations where drugs are provided through other non-oral routes, such as intramuscular injections and epidural routes (into the membranes surrounding the spinal cord). Infusion Therapy, in most cases, requires health care professional services for the safe and effective administration of the medication.

INPATIENT.....means that you are a registered bed patient and are treated as such in a health care facility.

INTENSIVE OUTPATIENT PROGRAM.....means a freestanding or Hospital-based program that provides services for at least 3 hours per day, 2 or more days per week, to treat Mental Illness or Substance Use Disorder or specializes in the treatment of co-occurring Mental Illness and Substance Use Disorder. Requirements: the Claims Administrator requires that any Mental Illness and/or Substance Use Disorder Intensive Outpatient Program must be licensed in the state where it is located, or accredited by a national organization that is recognized by the Claims Administrator, as set forth in the current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

Intensive Outpatient Program services may be available with less intensity if you are recovering from severe and/or chronic Mental Illness and/or Substance Use Disorder conditions. If you are recovering from severe and/or chronic Mental Illness and/or Substance Use Disorder conditions, services may include psychotherapy, pharmacotherapy, and other interventions aimed at supporting recovery such as the development of recovery plans and advance directives,

strategies for identifying and managing early warning signs of relapse, development of self-management skills, and the provision of peer support services.

Intensive Outpatient Programs may be used as an initial point of entry into care, as a step up from routine Outpatient services, or as a step down from acute Inpatient, residential care or a Partial Hospitalization Treatment Program.

LIFE-THREATENING DISEASE OR CONDITION.....means, for the purposes of a clinical trial, any disease or condition from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

LONG TERM CARE SERVICES.....means those social services, personal care services and/or Custodial Care Services needed by you when you have lost some capacity for self-care because of a chronic illness, injury or condition.

MAINTENANCE CARE.....means those services administered to you to maintain a level of function at which no demonstrable and/or measurable improvement of condition will occur.

MAINTENANCE OCCUPATIONAL THERAPY, MAINTENANCE PHYSICAL THERAPY, and/or MAINTENANCE SPEECH THERAPY.....means therapy administered to you to maintain a level of function at which no demonstrable and measurable improvement of a condition will occur.

MARRIAGE AND FAMILY THERAPIST ("LMFT").....means a duly licensed marriage and family therapist operating within the scope of his or her license.

A "Participating Marriage and Family Therapist" means a Marriage and Family Therapist who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Marriage and Family Therapist" means a Marriage and Family Therapist who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

MATERNITY SERVICE.....means the services rendered for normal pregnancy. A normal pregnancy means an intrauterine pregnancy which, through vaginal delivery, results in an infant, who is not premature or preterm. Premature or preterm means an infant born with a low birth weight, 5.5 pounds or less, or an infant born at 37 weeks or less.

MAXIMUM ALLOWANCE.....means (a) the amount which Participating Professional Providers have agreed to accept as payment in full for a particular Covered Service, or the reimbursement amount set by the Claim Administrator or

the Host Blue Plan for Providers designated as Participating Professional Providers for a particular Covered Service. All benefit payments for Covered Services rendered by a Participating Professional Provider will be based on the Schedule of Maximum Allowances which such Provider has agreed to accept as payment in full (b) for Non-Participating Professional Providers, the Maximum Allowance will be the lesser of (unless otherwise required by applicable law or arrangement with the Non-Participating providers):

(i) the Provider's Billed Charges, or;

(ii) the Claim Administrator's non-contracting Maximum Allowance. Except as otherwise provided in this section, the non-contracting Maximum Allowance is developed from base Medicare reimbursements and represents approximately 300% of the base Medicare reimbursement rate and will exclude any Medicare adjustment(s) which is/are based on information on the Claim. Notwithstanding the preceding sentence, (1) the non-contracting Maximum Allowance for Coordinated Home Care Program Covered Services will be 50% of the Non-Participating Professional Provider's Billed Charges for such Covered Services, (2) the non-contracting Maximum Allowance for Ambulance Transportation services provided by Providers (other than Providers that bill through a Participating Provider, which use "Eligible Charge") will be such provider's Billed Charge, as described in the definition of Ambulance Transportation Eligible Charge, and (3) the non-contracting Maximum Allowance for other unsolicited Providers will be the same as the Maximum Allowance described in (a) above.

When a Medicare reimbursement rate is not available for a Covered Service or is unable to be determined based on the information submitted on the Claim, the Maximum Allowance for Non-Participating Professional Providers will be 100% of the Claim Administrator's rate for such Covered Services according to its current Schedule of Maximum Allowances. If there is no rate according to the Schedule of Maximum Allowances, then the Maximum Allowance will be 25% of Claim Charges.

The Claim Administrator will utilize the same Claim processing rules, edits or methodologies that it utilizes in processing Participating Professional Provider Claims for processing Claims submitted by Non-Participating Professional Providers which may also alter the non-contracting Maximum Allowance for a particular Covered Service. In the event the Claim Administrator does not have any Claim edits, rules or methodologies, the Claim Administrator may utilize the Medicare claim rules or edits that are used by Medicare in processing such Claims. The non-contracting Maximum Allowance will not include any additional payments that may be permitted under the Medicare laws or regulations which are not directly attributable to a specific Claim, including, but not limited to, disproportionate share payments and graduate medical education payments. In the event the non-contracting Maximum Allowance amount does

not equate to the Non-Participating Professional Provider's Claim Charge, you will be responsible for the difference between such amount and the Claim Charge, along with any applicable Copayment, Coinsurance and deductible amount(s).

Any change to the Medicare reimbursement amount will be implemented by the Claim Administrator within one hundred and ninety (190) days after the effective date that such change is implemented by the Centers for Medicaid and Medicare Services, or its successor.

MEDICAL CARE.....means the ordinary and usual professional services rendered by a Physician or other specified Provider during a professional visit for treatment of an illness or injury.

MEDICALLY NECESSARY.....means that a specific medical, health care, supply or Hospital service is required for the treatment or management of a medical symptom or condition, and that the service, supply or care provided is the most efficient and economical service which can safely be provided.

The fact that your Physician may prescribe, order, recommend, approve or view hospitalization or other health care services and supplies as Medically Necessary, does not make the hospitalization, services or supplies Medically Necessary and does not mean that the Claim Administrator will pay the cost of the hospitalization, services or supplies. Please refer to the Exclusions – What Is Not Covered section of this booklet for additional information.

The Claim Administrator will make the initial decision whether hospitalization or other health care services or supplies were not Medically Necessary. In most instances this initial decision is made by the Claim Administrator AFTER YOU HAVE BEEN HOSPITALIZED OR HAVE RECEIVED OTHER HEALTH CARE SERVICES OR SUPPLIES AND AFTER A CLAIM FOR PAYMENT HAS BEEN SUBMITTED. In making decisions of whether the hospitalization or other health care service(s) or supply(ies) are not Medically Necessary, and therefore not eligible for payment under the terms of this Plan, the Claim Administrator will take into account the information submitted to the Claim Administrator by your Provider(s), including any consultations with such Providers(s).

Hospitalization or other health care is not Medically Necessary when, applying the definition of Medical Necessary to the circumstances surrounding the hospitalization or other health care, it is determined that the medical services provided did not require an acute Hospital Inpatient (overnight) setting, but could have been provided in a Physician's office, the Outpatient department of a Hospital, or some other setting without adversely affecting the patient's condition.

If your Claim for benefits is denied on the basis that the services or supplies were not Medically Necessary, and you disagree with the Claim Administrator's initial decision, your benefit program provides for an appeal of that decision. You must exercise your right to this appeal as a precondition to the taking of any further action against the Claim Administrator, either at law or in equity. To initiate your

appeal, you must give the Claim Administrator written notice of your intention to do so as described in the Claim Filing and Appeals Procedures section of this booklet.

Below are some examples, not an exhaustive list, of hospitalization or other health care services and supplies that are not Medically Necessary:

1. Hospital admissions for or consisting primarily of observation and/or evaluation that could have been provided safely and adequately in some other setting, e.g., a Physician's office or Hospital Outpatient department.

2. Hospital admissions primarily for diagnostic studies (x-ray, laboratory and pathological services and machine diagnostic tests) which could have been provided safely and adequately in some other setting, e.g., Hospital Outpatient department or Physician's office.

3. Continued Inpatient Hospital care, when the patient's medical symptoms and condition no longer require their continued stay in a Hospital.

4. Hospitalization or admission to a Skilled Nursing Facility or Residential Treatment Center, nursing home or other facility for the primary purposes of providing Custodial Care Service, convalescent care, rest cures or domiciliary care to the patient.

5. The use of skilled or private duty nurses to assist in daily living activities, routine supportive care or to provide services for the convenience of the patient and/or his family members.

MEDICARE.....means the program established by Title XVIII of the Social Security Act (42 U.S.C. §1395 et seq.).

MEDICARE APPROVED or MEDICARE PARTICIPATING.....means a Provider which has been certified or approved by the Department of Health and Human Services for participating in the Medicare program.

MEDICARE SECONDARY PAYER or MSP.....means those provisions of the Social Security Act set forth in 42 U.S.C. §1395 y (b), and the implemented regulations set forth in 42 C.F.R. Part 411, as amended, which regulate the manner in which certain employers may offer group health care coverage to Medicare-eligible employees, their spouses and, in some cases, dependent children.

MENTAL ILLNESS.....means a condition or disorder that involves a mental health condition or Substance Use Disorder that falls under any of the diagnostic categories listed in the mental and behavioral disorders chapter of the current edition of the International Classification of Disease or that is listed in the most recent version of the Diagnostic and Statistical Manual of Mental Disorders.

NAPRAPATH.....means a duly licensed Naprapath operating within the scope of such license.

A "Participating Naprapath" means a Naprapath who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Naprapath" means a Naprapath who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

NON-ADMINISTRATOR HOSPITAL.....SEE DEFINITION OF HOSPITAL.

NON-ADMINISTRATOR PROVIDER.....SEE DEFINITION OF PROVIDER.

NON-EMERGENCY FIXED-WING AMBULANCE TRANSPORTATION .....means Ambulance Transportation on a fixed-wing airplane from a Hospital emergency department, other health care facility or Inpatient setting to an equivalent or higher level of acuity facility when transportation is not needed due to an emergency situation. Non-Emergency Fixed-Wing Ambulance Transportation may be considered Medically Necessary when you require acute Inpatient care and services are not available at the originating facility and commercial air transport or safe discharge cannot occur. Non-Emergency Fixed-Wing Ambulance Transportation provided primarily for the convenience of you, your family/caregivers or Physician, or the transferring facility, is not considered Medically Necessary and is not covered under this Health Care Plan.

NON-PARTICIPATING HOSPITAL.....SEE DEFINITION OF HOSPITAL.

NON-PARTICIPATING PROFESSIONAL PROVIDER.....SEE DEFINITION OF PROVIDER.

NON-PARTICIPATING PROVIDER.....SEE DEFINITION OF PROVIDER.

OCCUPATIONAL THERAPIST.....means a duly licensed occupational therapist operating within the scope of his or her license.

OCCUPATIONAL THERAPY.....means constructive therapeutic activity designed and adapted to promote the restoration of useful physical function. Occupational Therapy does not include educational training or services designed and adapted to develop a physical function.

OPTOMETRIST.....means a duly licensed optometrist operating within the scope of his or her license.

A "Participating Optometrist" means an Optometrist who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Optometrist" means an Optometrist who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

ORTHOTIC PROVIDER.....means a duly licensed orthotic provider operating within the scope of his or her license.

A "Participating Orthotic Provider" means an Orthotic Provider who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Orthotic Provider" means an Orthotic Provider who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

OUTPATIENT.....means that you are receiving treatment while not an Inpatient. Services considered Outpatient, include, but are not limited to, services in an emergency room regardless of whether you are subsequently registered as an Inpatient in a health care facility.

PARTIAL HOSPITALIZATION TREATMENT PROGRAM.....means a Claim Administrator approved planned program of a Hospital or Substance Use Disorder Treatment Facility for the treatment of Mental Illness or Substance Use Disorder Treatment in which patients spend days or nights. This behavioral healthcare is typically 5 to 8 hours per day, 5 days per week (not less than 20 hours of treatment services per week). The program is staffed similarly to the day shift of an Inpatient unit, i.e. medically supervised by a Physician and nurse. The program shall ensure a psychiatrist sees the patient face to face at least once a week and is otherwise available, in person or by telephone, to provide assistance and direction to the program as needed. Participants at this level of care do not require 24 hour supervision and are not considered a resident at the program. Requirements: The Claim Administrator requires that any Mental Illness and/or Substance Use Disorder Partial Hospitalization Treatment Program must be licensed in the state where it is located, or accredited by a national organization that is recognized by the Claim Administrator as set forth in its current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

PARTICIPATING HOSPITAL.....SEE DEFINITION OF HOSPITAL.

PARTICIPATING PRESCRIPTION DRUG PROVIDER.....SEE DEFINITION OF PROVIDER.

PARTICIPATING PROFESSIONAL PROVIDER.....SEE DEFINITION OF PROVIDER.

PARTICIPATING PROVIDER.....SEE DEFINITION OF PROVIDER.

PARTICIPATING PROVIDER OPTION.....means a program of health care benefits designed to provide you with economic incentives for using designated Providers of health care services.

PHARMACY.....means a state and federally licensed establishment that is physically separate and apart from any Provider's office, and where Legend Drugs and devices are dispensed under Prescription to the general public by a pharmacist licensed to dispense such drugs and devices under the laws of the state in which he/she practices.

PHYSICAL THERAPIST.....means a duly licensed physical therapist operating within the scope of his or her license.

PHYSICAL THERAPY.....means the treatment of a disease, injury or condition by physical means by a Physician or a registered professional physical therapist under the supervision of a Physician and which is designed and adapted to promote the restoration of a useful physical function. Physical Therapy does not include educational training or services designed and adapted to develop a physical function.

PHYSICIAN.....means a physician duly licensed to practice medicine in all of its branches operating within the scope of his or her license.

PHYSICIAN ASSISTANT.....means a duly licensed Physician Assistant performing under the direct supervision of a Physician, Dentist or Podiatrist and billing under such Provider operating within the scope of his or her license.

PODIATRIST.....means a duly licensed podiatrist operating within the scope of his or her license.

PRIOR AUTHORIZATION or EMERGENCY MENTAL ILLNESS OR SUBSTANCE USE DISORDER ADMISSION REVIEW.....means a submission of a request to the Behavioral Health Unit for a determination of Medically Necessary care under this benefit booklet.

PRIVATE DUTY NURSING SERVICE.....means Skilled Nursing Service provided on a one-to-one basis by an actively practicing registered nurse (R.N.), or licensed practical nurse (L.P.N.). Private Duty Nursing is shift nursing of 8 hours or greater per day and does not include nursing care of less than 8 hours per day. Private Duty Nursing Service does not include Custodial Care Service.

PROFESSIONAL PROVIDER.....SEE DEFINITION OF PROVIDER.

PROSTHETIC PROVIDER.....means a duly licensed prosthetic provider operating within the scope of his or her license.

A "Participating Prosthetic Provider" means a Prosthetic Provider who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Prosthetic Provider" means a Prosthetic Provider who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

PROVIDER.....means any health care facility (for example, a Hospital or Skilled Nursing Facility) or person (for example, a Physician or Dentist) or entity duly licensed to render Covered Services to you, and operating within the scope of such license.

An "Administrator Provider" means a Provider which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Provider" means a Provider that does not meet the definition of Administrator Provider unless otherwise specified in the definition of a particular Provider.

A "Participating Provider" means an Administrator Hospital or Professional Provider which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to participants in the Participating Provider Option program or an Administrator facility which has been designated by the Claim Administrator as a Participating Provider.

A "Non-Participating Provider" means an Administrator Hospital or Professional Provider which does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to participants in the Participating Provider Option program or a facility which has not been designated by the Claim Administrator as a Participating Provider.

A "Professional Provider" means a Physician, Dentist, Podiatrist, Psychologist, Chiropractor, Optometrist or any Provider designated by the Claim Administrator or another Blue Cross and/or Blue Shield Plan.

A "Participating Prescription Drug Provider" means an independent retail Pharmacy, chain of retail Pharmacies, mail-order Pharmacy or specialty drug Pharmacy which has entered into an agreement to provide pharmaceutical services to participants in the benefit program. A retail Participating Pharmacy may or may not be a select Participating Pharmacy as that term is used in the Vaccinations Obtained Through Participating Pharmacies section.

A "Non-Participating Prescription Drug Provider" means a Pharmacy, including but not limited to, an independent retail Pharmacy, chain of retail Pharmacies, home delivery Pharmacy or specialty drug Pharmacy which (i) has not entered into a written agreement with the Claim Administrator or (ii) has not entered into a written agreement with any entity chosen by the Claim Administrator to administer its prescription drug program, for such Pharmacy to provide pharmaceutical services at the time Covered Services to participants in the benefit program at the time Covered Services are rendered.

PROVIDER INCENTIVE.....means an additional amount of compensation paid to a health care Provider by a Blue Cross and/or Blue Shield Plan, based on the Provider's compliance with agreed upon procedural and/or outcome measures for a particular population of participants.

PSYCHOLOGIST.....means a Registered Clinical Psychologist operating within the scope of such license.

Registered Clinical Psychologist means a Clinical Psychologist who is registered with the Illinois Department of Financial and Professional Regulation pursuant to the Illinois "Psychologists Registration Act" or, in a state where statutory licensure exists, the Clinical Psychologist must hold a valid credential for such practice or, if practicing in a state where statutory licensure does not exist, such person must meet the qualifications specified in the definition of a Clinical Psychologist.

Clinical Psychologist means a psychologist who specializes in the evaluation and treatment of Mental Illness and who meets the following qualifications:

has a doctoral degree from a regionally accredited University, College or Professional School; and has two years of supervised experience in health services of which at least one year is post-doctoral and one year is in an organized health services program; or

is a Registered Clinical Psychologist with a graduate degree from a regionally accredited University or College; and has not less than six years as a psychologist with at least two years of supervised experience in health services.

QUALIFIED ABA PROVIDER.....means a Provider operating within the scope of his/her license registration or certification that has met the following requirements:

For the treatment supervisor/case manager/facilitator:

(i) Master's level, independently licensed Clinician, who is licensed, certified, or registered by an appropriate agency in the state where services are being provided, for services treating Autism Spectrum Disorder (ASD) symptoms, with or without applied behavior analysis (ABA) service techniques; or

    (ii) Master's level Clinician whose professional credential is recognized and accepted by an appropriate agency of the United States (i.e. Board-Certified Behavior Analyst (BCBA) or Board-Certified Behavior Analyst-Doctoral (BCBA-D) to supervise and provide treatment planning, with ABA service techniques; or

    (iii) Health Care Practitioner who is certified as a provider under the TRICARE military health system, if requesting to provide ABA services; or

    (iv) Master's level Clinician with a specific professional credential or certification recognized by the state in which the clinician is located; or

        1. Developmental Therapist with Certified Early Intervention Specialist credential or CEIS; or

        2. If the Doctor or Medicine (MD) prescribes ABA, writes a MD order for services to be provided by a specific person.

For the para-professional/line therapist:

    (i) Two years of college educated staff person with a Board Certified Assistant Behavior Analyst (BCABA) for the para-professional/therapist; or

    (ii) A bachelor level or high school graduate having obtained a GED, OR a staff person with a Registered Behavior Tech (RBT) certification for the direct line therapist; or

    (iii) A person who is "certified as a provider under TRICARE military health system," if requesting to provide ABA services.

REGISTERED DIETICIAN.....means a duly licensed clinical professional counselor operating within the scope of his or her license.

REGISTERED SURGICAL ASSISTANT.....means a duly licensed certified surgical assistant, certified surgical technician, surgical assistant certified or registered nurse first assistant operating within the scope of his or her certification.

A "Participating Registered Surgical Assistant" means a Registered Surgical Assistant who has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Registered Surgical Assistant" means a Registered Surgical Assistant who does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

RENAL DIALYSIS TREATMENT.....means one unit of service including the equipment, supplies and administrative service which are customarily considered as necessary to perform the dialysis process.

RESCISSION.....means a cancellation or discontinuance of coverage that has retroactive effect except to the extent attributable to a failure to timely pay premiums. A "Rescission" does not include other types of coverage cancellations, such as a cancellation of coverage due to a failure to pay timely premiums towards coverage or cancellations attributable to routine eligibility and enrollment updates.

RESIDENTIAL TREATMENT CENTER......means a facility setting offering a defined course of therapeutic intervention and special programming in a controlled environment which also offers a degree of security, supervision, structure and is licensed by the appropriate state and local authority to provide such service. It does not include halfway houses, supervised living, group homes, wilderness programs, boarding houses or other facilities that provide primarily a supportive environment and address long-term social needs, even if counseling is provided in such facilities. Patients are medically monitored with 24 hour medical availability and 24 hour onsite nursing service for patients with Mental Illness and/or Substance Use Disorders. Any Mental Illness and/or Substance Use Disorder Residential Treatment Center must be licensed in the state where it is located, or accredited by a national organization that is recognized by the Claim Administrator as set forth in its current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

RESPITE CARE SERVICE.....means those services provided at home or in a facility to temporarily relieve the family or other caregivers (non-professional personnel) that usually provide or are able to provide such services to you.

RETAIL HEALTH CLINIC.....means a health care clinic located in a retail setting, supermarket or Pharmacy which provides treatment of common illnesses and routine preventive health care services rendered by Certified Nurse Practitioners.

A "Participating Retail Health Clinic" means a Retail Health Clinic which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

A "Non-Participating Retail Health Clinic" means a Retail Health Clinic which does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered.

ROUTINE PATIENT COSTS.....means the cost for all items and services consistent with the coverage provided under this benefit booklet that is typically covered for you if you are not enrolled in a clinical trial. Routine Patient Costs do not include:

(i) The investigational item, device, or service, itself;

ASO-1

47

    (ii)  Items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; or

   (iii)  A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

SKILLED NURSING FACILITY.....means an institution or a distinct part of an institution which is primarily engaged in providing comprehensive skilled services and rehabilitative Inpatient care and is duly licensed by the appropriate governmental authority to provide such services, and operating within the scope of such license.

An "Administrator Skilled Nursing Facility" means a Skilled Nursing Facility which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Skilled Nursing Facility" means a Skilled Nursing Facility which does not have an agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan but has been certified in accordance with guidelines established by Medicare.

An "Uncertified Skilled Nursing Facility" means a Skilled Nursing Facility which does not meet the definition of an Administrator Skilled Nursing Facility and has not been certified in accordance with the guidelines established by Medicare.

SKILLED NURSING SERVICE.....means those services provided by a registered nurse (R.N.) or licensed practical nurse (L.P.N.) which require the clinical skill and professional training of an R.N. or L.P.N. and which cannot reasonably be taught to a person who does not have specialized skill and professional training. Benefits for Skilled Nursing Service will not be provided due to the lack of willing or available non-professional personnel. Skilled Nursing Service does not include Custodial Care Service.

SPEECH THERAPIST.....means a duly licensed speech therapist operating within the scope of his or her license.

SPEECH THERAPY.....means the treatment for the correction of a speech impairment resulting from disease, trauma, congenital anomalies or previous therapeutic processes and which is designed and adapted to promote the restoration of a useful physical function. Speech Therapy does not include educational training or services designed and adapted to develop a physical function.

SUBSTANCE USE DISORDER.....means a condition or disorder that falls under any of the substance use disorder diagnostic categories listed in the mental and behavioral disorders chapter of the current edition of the International

Classification of Disease or that is listed in the most recent version of the Diagnostic and Statistical Manual of Mental Disorders.

SUBSTANCE USE DISORDER TREATMENT.....means an organized, intensive, structured, rehabilitative treatment program of either a Hospital or Substance Use Disorder Treatment Facility which may include, but is not limited to, Acute Treatment Services and Clinical Stabilization Services. It does not include programs consisting primarily of counseling by individuals other than a Behavioral Health Practitioner, court ordered evaluations, programs which are primarily for diagnostic evaluations, mental disabilities or learning disabilities, care in lieu of detention or correctional placement or family retreats.

SUBSTANCE USE DISORDER TREATMENT FACILITY.....means a facility (other than a Hospital) whose primary function is the treatment of Substance Use Disorders and is licensed by the appropriate state and local authority to provide such service, when operating within the scope of such license. It does not include half-way houses, boarding houses or other facilities that provide primarily a supportive environment, even if counseling is provided in such facilities.

An "Administrator Substance Use Disorder Treatment Facility" means a Substance Use Disorder Treatment Facility which has a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to you at the time services are rendered to you.

A "Non-Administrator Substance Use Disorder Treatment Facility" means a Substance Use Disorder Treatment Facility that does not meet the definition of an Administrator Substance Use Disorder Treatment Facility.

SURGERY.....means the performance of any medically recognized, non-Investigational surgical procedure including the use of specialized instrumentation and the correction of fractures or complete dislocations and any other procedures as reasonably approved by the Claim Administrator.

TEMPOROMANDIBULAR JOINT DYSFUNCTION AND RELATED DISORDERS.....means jaw joint conditions including temporomandibular joint disorders and craniomandibular disorders, and all other conditions of the joint linking the jaw bone and skull and the complex of muscles, nerves and other tissues relating to that joint.

TOBACCO USER.....means a person who is permitted under state and federal law to legally use Tobacco, with Tobacco use (other than religious or ceremonial use of Tobacco), occurring on average four or more times per week that last occurred within the past six months (or such other meaning required or permitted by applicable law). Tobacco includes, but is not limited to, cigarettes, cigars, pipe tobacco, smokeless tobacco, snuff, etc. For additional information, please call the number on the back of your Identification Card or visit our website at www.bcbsil.com.

TOTALLY DISABLED.....means with respect to an Eligible Person, an inability by reason of illness, injury or physical condition to perform the material duties of any occupation for which the Eligible Person is or becomes qualified by reason of experience, education or training or with respect to a covered person other than an Eligible Person, the inability by reason of illness, injury or physical condition to engage in the normal activities of a person of the same age and sex who is in good health.

TRANSPLANT LODGING ELIGIBLE EXPENSE.....means the amount of $50 per person per day reimbursed for lodging expenses related to a covered transplant.

VIRTUAL PROVIDER.....means a licensed Provider who has a written agreement with the Claim Administrator to provide diagnosis and treatment of injuries and illnesses through either i) interactive audio communication (via telephone or other similar technology) or ii) interactive audio/video examination and communication (via online portal, mobile application or similar technology) to you at the time Covered Services are rendered, operating within the scope of such license.

VIRTUAL VISIT.....means a service provided for the diagnosis or treatment of non-emergency medical and/or behavioral health illnesses or injuries as described in the VIRTUAL VISITS provision under the SPECIAL CONDITIONS AND PAYMENTS section of this benefit booklet.

## ELIGIBILITY SECTION

The Employer provides the Claims Administrator with information regarding the eligibility of its employees. For an explanation of the eligibility provisions, please see the Summary Plan Description for the Participating Medical Plan under the Accenture United States Group Health Plan found on the Knowledge Library page of the Live Well at Accenture website, http://digital.alight.com/accenture.

## UTILIZATION MANAGEMENT AND REVIEW

The Claim Administrator has established the Utilization Management and Review Program to assist you in determining the course of treatment that will maximize your benefits under this Health Care Plan. Utilization management may be referred to as Medical Necessity reviews, utilization review (UR) or medical management reviews. Requirements for Medical Necessity may vary based upon a member's plan benefits. Medical Necessity reviews may occur when a Provider requests an authorization prior to services rendered, during the course of care, or after care has been completed for a Post-Service Medical Necessity Review. However, some services may require a Prior Authorization before the start of services.

Please refer to the definition of Medically Necessary under the Definitions section of this booklet for additional information regarding any limitations and/or special conditions pertaining to your benefits.

Types of Utilization Management:

- Prior Authorization;
- Predetermination; and
- Post-Service Medical Necessity Reviews

The Utilization Management and Review Program requires a review of the following Covered Services **before** maximum benefits for such services are available:

- Inpatient Hospital services
- Skilled Nursing Facility services
- Services received in a Coordinated Home Care Program
- Private Duty Nursing Services
- Infertility Treatment
- Certain Outpatient Procedures

### PRIOR AUTHORIZATION

Prior Authorization is a requirement that you must obtain authorization from the Claim Administrator before you receive a certain type of Covered Services designated by the Claim Administrator in order to be eligible for maximum benefits.

For Inpatient Hospital facility services, your Participating Provider is required to obtain Prior Authorization. If Prior Authorization is not obtained, the Participating Provider will be sanctioned based on the Claim Administrator's contractual agreement with the Provider, and the member will be held harmless for the Provider sanction. For additional information about Prior Authorization for services outside of the Claim Administrator's service area, see the section of this benefit booklet entitled "THE BLUECARD PROGRAM."

Failure to contact the Claim Administrator or to comply with the determinations of the Claim Administrator, as described in this section, may result in a reduction in benefits. These reductions in benefits are in addition to the applicable Copayments, Coinsurance, Deductibles, and out-of-pocket expense limit amounts. Providers may bill you for any reduction in payment, as described in this section, resulting from failure to contact the Claim Administrator or to comply with the determinations of the Claim Administrator. We encourage you to call ahead. The pre-notification toll-free telephone number is on your Identification Card.

Please read the provisions below very carefully. The provisions of this section do not apply to the treatment of Mental Illness and Substance Use Disorder Treatment. The provisions for the treatment of Mental Illness and Substance Use Disorder Treatment are specified in the CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT section of this benefit booklet.

**PREADMISSION REVIEW**

- **Inpatient Hospital Preadmission Review**

  **Preadmission review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Health Care Plan. The Claim Administrator recommends you confirm with your Provider if Prior Authorization has been obtained.**

  Whenever a non-emergency or non-maternity Inpatient Hospital admission is recommended by your Physician, you must call the Claim Administrator's medical pre-notification number. This call must be made at least one business day prior to the Hospital admission.

  If the proposed Hospital admission or health care services are determined to be not Medically Necessary, some days, services or the entire hospitalization will be denied. The Hospital and your Physician will be advised verbally of this determination, with a follow-up notification letter sent to you, your Physician and the Hospital. These letters may not be received prior to your scheduled date of admission.

- **Emergency Admission Review**

  **Emergency admission review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  In the event of an emergency admission, you or someone who calls on your behalf must notify the Claim Administrator no later than two business days or as soon as reasonably possible after the admission has occurred.

ASO-1         53

- **Pregnancy/Maternity Admission Review**

  **Pregnancy/Maternity admission review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Health Care Plan.**

  In the event of a maternity admission, you or someone who calls on your behalf must notify the Claim Administrator no later than two business days after the admission has occurred.

  Even though you are not required to call the Claim Administrator prior to your maternity admission, if you call the medical pre-notification number as soon as you find out you are pregnant, the Claim Administrator will provide you information on support programs to assist you during pregnancy.

- **Skilled Nursing Facility Preadmission Review**

  **Skilled Nursing Facility preadmission review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  Whenever an admission to a Skilled Nursing Facility is recommended by your Physician, you must call the Claim Administrator's medical pre-notification number. This call must be made at least one business day prior to the scheduling of the admission.

- **Coordinated Home Care Program Preadmission Review**

  **Coordinated Home Care Program preadmission review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  Whenever an admission to a Coordinated Home Care Program is recommended by your Physician, you must call the Claim Administrator's medical pre-notification number. This call must be made at least one business day prior to the scheduling of the admission.

- **Private Duty Nursing Service Review**

  **Private Duty Nursing Service review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  Whenever Private Duty Nursing Service is recommended by your Physician, you must call the Claim Administrator's medical pre-notification number. This call must be made at least one business day prior to receiving services.

- **Infertility Treatment Review**

  **Infertility Treatment review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  Whenever Infertility services are recommended by your Physician, you must call Winfertility at 1-844-447-1230 to enroll before receiving fertility pharmacy benefits or medical services that are covered under the provisions of your Health Care Plan.

## OUTPATIENT SERVICE PRIOR AUTHORIZATION REVIEW

Outpatient Service Prior Authorization review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.

Whenever the following Outpatient procedure(s)/services(s), are recommended by your Physician, in order to receive maximum benefits under this Health Care Plan, you must call the Claim Administrator's medical pre-notification number. This call must be made at least two business days prior to receiving these services:

- Coordinated Home Care Program services
- Home hemodialysis
- Home Hospice
- Home Infusion Therapy
- All home health services
- Outpatient Infusion Drugs
- Private Duty Nursing
- Transplant evaluations

**Cardiac (Heart related):**

- Diagnostic Heart Catheterization
- Cardiac Advanced Imaging Services: MRI, Magnetic Resonance Angiogram (MRA), PET, PET-CT, CT, Computed Tomography Angiography (CTA), Nuclear Medicine
- Lipid Apheresis

**Ears, Nose and Throat (ENT):**

- Bone Conduction Hearing Aids
- Cochlear Implant
- Nasal and Sinus Surgery

**Gastroenterology (Stomach):**

- Gastric Electrical Stimulation (GES)

**Neurological:**

- Deep Brain Stimulation
- Sacral Nerve Neuromodulation/Stimulation
- Vagus Nerve Stimulation (VNS)

**Orthopedic (Musculoskeletal):**

- Artificial Intervertebral Disc
- Autologous Chondrocyte Implantation (ACI) for Focal Articular Cartilage Lesions
- Femoroacetabular impingement (FAI) Syndrome
- Lumbar Spinal Fusion
- Joint and spine surgery
- Meniscal Allografts and other Meniscal Implants
- Orthopedic Applications of Stem-Cell Therapy

**Pain Management:**

- Occipital Nerve Stimulation
- Intervention Pain Management
- Surgical Deactivation of Headache Trigger Sites
- Percutaneous and Implanted Nerve Stimulation and Neuromodulation
- Spinal Cord Stimulation

**Radiology:**

- Advanced Imaging Services: MRI, Magnetic Resonance Angiogram (MRA), PET, PET-CT, CT, Computed Tomography Angiography (CTA), Nuclear Medicine (including Cardiology)

**Sleep Medicine:**

- Diagnostic Attended Sleep Studies

**Surgical Procedures:**

- Orthognathic Surgery; Face reconstruction
- Mastopexy; Breast lift
- Reduction Mammoplasty; Breast Reduction

**Wound Care:**

- Hyperbaric Oxygen (HBO2) Therapy

**Specialty Pharmacy:**

- Medical Benefit Specialty Drugs (Specialty drugs administered by your Provider)

**Non-Emergency Fixed-Wing Ambulance Transportation:**

- Non-Emergency Fixed-Wing Ambulance Transportation - Please refer to the definition of "Non-Emergency Fixed-Wing Ambulance Transportation" under the DEFINITIONS section of this benefit booklet for additional information regarding any limitations and/or special conditions pertaining to your benefits

Whenever the following Outpatient services(s), received by a Non-Participating Provider, are recommended by your Physician, in order to receive maximum benefits under this Health Care Plan, you must call the Claim Administrator's medical pre-notification number. This call must be made at least two business days prior to receiving these services:

- Dialysis
- Elective Surgery

If an Inpatient Emergency Hospital Admission occurs after an Outpatient service, in order to receive maximum benefits under this Health Care Plan, an additional call must be made to the Claim Administrator.

The Claim Administrator will send a letter to you, your Physician and the Hospital or facility with a determination of your Prior Authorization review no later than fifteen (15) calendar days after the Claim Administrator receives the request for Prior Authorization review. However, in some instances depending on the timing of the request for review, these letters will not be received prior to your scheduled date of service or procedure.

For specific details about the Prior Authorization requirements for any of the above referenced Outpatient services, please call the customer service toll-free telephone number on the back of your Identification Card. The Claim Administrator reserves the right to no longer require Prior Authorization during your benefit period for any or all of the listed services. Updates to the list of services requiring Prior Authorization may be confirmed by calling the customer service number.

**PREDETERMINATION REVIEW**

Predetermination is an optional Medical Necessity review by the Claim Administrator of a medical procedure, treatment or test, that has been recommended by your Physician in order to determine if it meets approved Claim Administrator medical policy guidelines. A Predetermination review is not the same as Prior Authorization. Prior Authorization is a required process for the Provider to get approval from the plan before you are admitted to the hospital or for certain types of Covered Services. A Predetermination review can help you avoid unexpected out-of-pocket costs by determining ahead of time if a

recommended service will be covered by your health care plan. If a service requires Prior Authorization, a Predetermination review is not available.

**Predetermination review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions under this Plan. Please coordinate with your Provider to submit a written request for Predetermination.**

Below are some examples (not an exhaustive list) of some common services for which a Predetermination review is recommended:

- Certain higher cost durable medical equipment;
- Surgeries that might be considered cosmetic; and
- Services and supplies that may be Experimental/Investigational under certain circumstances

**General Provisions Applicable to All Predeterminations**

1. **No Guarantee of Payment**

   A Predetermination is not a guarantee of benefits or payment of benefits by the plan. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Plan. Even if the service has been approved on Predetermination, coverage or payment can be affected for a variety of reasons. For example, the member may have become ineligible as of the date of service or the member's benefits may have changed as of the date of service.

2. **Request for Additional Information**

   The Predetermination process may require additional documentation from the member's health care Provider or pharmacist. In addition to the written request for Predetermination, the health care Provider or pharmacist may be required to include pertinent documentation explaining the proposed services, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by the plan to make a determination of coverage pursuant to the terms and conditions of this Plan.

**Post-Service Medical Necessity Review**

A Post-Service Medical Necessity Review, sometimes referred to as a retrospective review or Post-Service Claims request, is the process of determining coverage after treatment has been provided and is based on Medical Necessity guidelines. A Post-Service Medical Necessity Review confirms member eligibility, availability of benefits at the time of service, and reviews necessary clinical documentation to ensure the service was Medically Necessary. Providers should submit appropriate documentation at the time of a Post-Service Medical Necessity Review request. A Post-Service Medical Necessity Review may be

available when a Prior Authorization or Predetermination was not obtained prior to services being rendered.

**General Provisions Applicable to All Post-Service Medical Necessity Reviews**

**1. No Guarantee of Payment**

A Post-Service Medical Necessity Review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of this Certificate. Post-Service Medical Necessity Review does not guarantee payment of benefits by the plan, for instance a member may become ineligible as of the date of service or the member's benefits may have changed as of the date of service.

**2. Request for Additional Information**

The Post-Service Medical Necessity Review process may require additional documentation from the member's health care Provider or pharmacist. In addition to the written request for Post-Service Medical Necessity Review, the health care Provider or pharmacist may be required to include pertinent documentation explaining the services rendered, the functional aspects of the treatment, the projected outcome, treatment plan and any other supporting documentation, study models, prescription, itemized repair and replacement cost statements, photographs, x-rays, etc., as may be requested by the plan to make a determination of coverage pursuant to the terms and conditions of this Plan.

**CASE MANAGEMENT**

Case management is a collaborative process that assists you with the coordination of complex care services. A Claim Administrator case manager is available to you as an advocate for cost-effective interventions.

Case managers are also available to you to provide assistance when you need alternative benefits. Alternative benefits will be provided only so long as the Claim Administrator determines that the alternative services are Medically Necessary and cost-effective. The total maximum payment for alternative services shall not exceed the total benefits for which you would otherwise be entitled under the Health Care Plan.

Provision of alternative benefits in one instance shall not result in an obligation to provide the same or similar benefits in any other instance. In addition, the provision of alternative benefits shall not be construed as a waiver of any of the terms, conditions, limitations, and exclusions of the Health Care Plan.

**LENGTH OF STAY/SERVICE REVIEW**

**Length of stay/service review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

Upon completion of the preadmission or emergency review, the Claim Administrator will send a letter to your Physician and/or the Hospital confirming that you or your representative called the Claim Administrator and that an approved length of service or length of stay was assigned.

An extension of the length of stay/service will be based solely on whether continued Inpatient care or other health care service is Medically Necessary. In the event that the extension is determined not to be Medically Necessary, the authorization will not be extended. Additional notification will be provided to your Physician and/or the Hospital regarding the denial of payment for the extension.

A length of stay/service review, also known as a concurrent Medical Necessity review, is when you, your Provider, or other authorized representative may submit a request to the Plan for continued services. If you, your Provider or authorized representative requests to extend care beyond the approved time limit and it is a request involving urgent care or an Ongoing Course of Treatment, the Plan will make a determination on the request/appeal as soon as possible but no later than 72 hours after it receives the initial request, or within 48 hours after it receives the missing information (if the initial request is incomplete).

**MEDICALLY NECESSARY DETERMINATION**

The decision that Inpatient care or other health care services or supplies are not Medically Necessary will be determined by the Claim Administrator. The Claim Administrator will provide notification of a decision to not authorize payment for Inpatient care or other health care services or supplies to you, your Physician, and/or the Hospital or other Provider. The notification will specify the dates, services and/or supplies that are not considered Covered Services. For further details regarding Medically Necessary care and other exclusions from coverage, see the EXCLUSIONS - WHAT IS NOT COVERED section in this benefit booklet.

**The Claim Administrator does not determine your course of treatment or whether you receive particular health care services. Decisions regarding the course of treatment and receipt of particular health care services are a matter entirely between you and your Physician. The Claim Administrator's determination of Medically Necessary care is limited to merely whether a proposed admission, continued hospitalization or other health care service is a Covered Service under the Health Care Plan.**

In the event that the Claim Administrator determines that all or any portion of an Inpatient hospitalization or other health care service is not Medically Necessary, the Claim Administrator will not be responsible for any related Hospital or other health care service charge incurred.

ASO-1                                                60

**Remember that the Claim Administrator's Health Care Plan does not cover the cost of hospitalization or any health care services and supplies that are not determined to be Medically Necessary. The fact that your Physician or another health care Provider may prescribe, order, recommend or approve a Hospital stay or other health care service or supply does not of itself make such hospitalization, service or supply Medically Necessary. Even if your Physician prescribes, orders, recommends, approves, or views hospitalization or other health care services or supplies as Medically Necessary, the Claim Administrator will not pay for the hospitalization, services or supplies unless the Claim Administrator determines it to be Medically Necessary and a Covered Service under the Health Care Plan.**

**NOTE: Keep in mind that a Medically Necessary determination does not guarantee that benefits are available. For example, it might be determined that a service is Medically Necessary, however, the Health Care Plan may limit or exclude that service. In that case, the Medically Necessary determination does not override the benefit provision in the benefit booklet.**

### UTILIZATION REVIEW PROCEDURE

The following information is required when you contact the Claim Administrator:

1. The name of the attending and/or admitting Physician;
2. The name of the Hospital where the admission has been scheduled and/or the location where the service has been scheduled;
3. The scheduled admission and/or service date; and
4. A preliminary diagnosis or reason for the admission and/or service.

Upon receipt of the required information, the Claim Administrator:

1. will review the information provided and seek additional information as necessary.
2. will issue a determination that the services are either Medically Necessary or are not Medically Necessary.
3. will provide notification of the determination.

### APPEAL PROCEDURE

If you or your Physician disagree with the determination of the Claim Administrator prior to or while receiving services, you may appeal that decision. You should call the Claim Administrator's customer service number on your Identification Card. Your Physician should use the contact information in the notification letter.

In some instances, the resolution of the appeal process will not be completed until your admission or service has occurred and/or your assigned length of stay/service has elapsed. If you disagree with a decision after claim processing has taken place or upon receipt of the notification letter, you may appeal that

decision by having your Physician call the contact person indicated in the notification letter or by submitting a written request to:

> Medical Director
> Blue Cross and Blue Shield of Illinois
> P. O. Box A3957
> Chicago, Illinois 60601

Additional information about appeals procedures is set forth in the CLAIM FILING AND APPEALS PROCEDURES section of this benefit booklet.

**FAILURE TO NOTIFY**

The final decision regarding your course of treatment is solely your responsibility and the Claim Administrator will not interfere with your relationship with any Provider. However, the Claim Administrator has established the Utilization Management and Review Program for the specific purpose of assisting you in determining the course of treatment which will maximize your benefits provided under this benefit booklet.

Failure to enroll for Infertility service with Winfertility at 1-844-447-1230, will result in no coverage for infertility services.

**MEDICARE ELIGIBLE MEMBERS**

The preadmission review provisions of this Utilization Management and Review Program do not apply to you if you are Medicare eligible and have secondary coverage provided under the Health Care Plan.

## CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT

The Claim Administrator's Behavioral Health Unit has been established to assist in the administration of Mental Illness and Substance Use Disorder Treatment benefits, including Prior Authorization review, Emergency Mental Illness or Substance Use Disorder Admission Review and length of stay/service review for your Inpatient Hospital admissions and/or Outpatient services for the treatment of Mental Illness and Substance Use Disorders.

Failure to contact the Behavioral Health Unit or to comply with the determinations of the Behavioral Health Unit, is described in this section, may result in a reduction of benefits. The Behavioral Health Unit may be reached twenty-four (24) hours a day, 7 days a week at the toll-free telephone number 1-800-851-7498. Please read the provisions below very carefully.

Prior Authorization is a requirement that you must obtain authorization from the Claim Administrator before you receive a certain type of Covered Services designated by the Claim Administrator in order to be eligible for maximum benefits.

For Inpatient Hospital facility services, your Participating Provider is required to obtain Prior Authorization. If Prior Authorization is not obtained, the Participating Provider will be sanctioned based on the Claim Administrator's contractual agreement with the Provider, and the member will be held harmless for the Provider sanction. For additional information about Prior Authorization for services outside of the Claim Administrator's service area, see the section of this benefit booklet entitled "THE BLUECARD PROGRAM."

Failure to contact the Claim Administrator or to comply with the determinations of the Claim Administrator, as described in this section, may result in a reduction in benefits. These reductions in benefits are in addition to the applicable Copayments, Coinsurance, Deductibles and out-of-pocket expense limit amounts. Providers may bill you for any reduction in payment, as described in this section, resulting from failure to contact the Claim Administrator or to comply with the determinations of the Claim Administrator. We encourage you to call ahead. The pre-notification toll-free telephone number is on your Identification Card.

Rethink is an additional resource provided by Accenture for those with developmental disabilities. You may contact Rethink by calling (877) 988-8871 or send an email to support@rethinkbenefits.com.

ASO-1

**PRIOR AUTHORIZATION REVIEW**

- **Inpatient Hospital Prior Authorization Review**

  **Prior Authorization review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan. The Claim Administrator recommends you confirm with your Provider if Prior Authorization has been obtained.**

  In order to receive maximum benefits under this Health Care Plan, you must obtain Prior Authorization for your nonemergency Inpatient Hospital admission for the treatment of Mental Illness or Substance Use Disorder by calling the Behavioral Health Unit. Providers may obtain Prior Authorization for you, when required, but it is your responsibility to ensure Prior Authorization requirements are satisfied, as described in this section. This call must be made at least one day prior to the Inpatient Hospital admission.

- **Residential Treatment Center Prior Authorization Review**

  **Prior Authorization review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations and exclusions of this Health Care Plan. The Claim Administrator recommends you confirm with your Provider if Prior Authorization has been obtained.**

  Whenever an admission to a Residential Treatment Center for the treatment of Mental Illness or Substance Use Disorder is recommended by your Physician, you must, in order to receive maximum benefits under this Health Care Plan, call the Behavioral Health Unit. This call must be made at least one day prior to scheduling of the admission. Providers may obtain Prior Authorization for you, when required, but it is your responsibility to ensure Prior Authorization the requirements are satisfied, as described in this section. This call must be made at least one day prior to the Inpatient Hospital admission.

- **Emergency Mental Illness or Substance Use Disorder Admission Review**

  **Emergency Mental Illness or Substance Use Disorder Admission Review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

  In order to receive maximum benefits under this Health Care Plan, you or someone who calls on your behalf must notify the Behavioral Health Unit no later than two business days or as soon as reasonably possible after the admission for the treatment of Mental Illness or Substance Use Disorder has occurred.

If the call is made any later than the specified time period, you may not be eligible for maximum benefits. Providers may obtain Prior Authorization for you, when required, but it is your responsibility to ensure Prior Authorization requirements are satisfied, as described in this section.

- **Partial Hospitalization Treatment Program Review**

    **Partial Hospitalization Treatment Program review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

    In order to receive maximum benefits under this Health Care Plan, you must notify the Behavioral Health Unit no later than 48 hours after the admission for the treatment of Mental Illness or Substance Use Disorder has occurred. Providers may call for you, when required, but it is your responsibility to ensure these requirements are satisfied, as described in this section. The Behavioral Health Unit will obtain information regarding the service(s) and may discuss proposed treatment with your Behavioral Health Practitioner.

    If an Inpatient Emergency Mental Illness or Substance Use Disorder Admission occurs after a service(s), in order to receive maximum benefits under this Health Care Plan, an additional call must be made to the Behavioral Health Unit for an Emergency Mental Illness or Substance Use Disorder Admission Review.

- **Length of Stay/Service Review**

    **Length of stay/service review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan.**

    Upon completion of the Prior Authorization or Emergency Mental Illness or Substance Use Disorder Review, the Behavioral Health Unit will send you a letter confirming that you or your representative called the Behavioral Health Unit. A letter assigning a length of service or length of stay will be sent to your Behavioral Health Practitioner and/or the Hospital.

    An extension of the length of stay/service will be based solely on whether continued Inpatient care or other health care service is Medically Necessary as determined by the Behavioral Health Unit. In the event that the extension is determined not to be Medically Necessary, the length of stay/service will not be extended, and the case will be referred to a Behavioral Health Unit Physician for review.

**OUTPATIENT SERVICE PRIOR AUTHORIZATION REVIEW**

- **Outpatient Service Prior Authorization Review**

  **Outpatient service Prior Authorization review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations, and exclusions of the Health Care Plan**. **The Claim Administrator recommends you confirm with your Provider if Prior Authorization has been obtained.**

  In order to receive maximum benefits under this Health Care Plan for Outpatient services for the treatment of Mental Illness or Substance Use Disorders, you must, except as otherwise provided, obtain Prior Authorization for the following Outpatient service(s) by calling the Behavioral Health Unit:

    - Psychological testing
    - Neuropsychological testing
    - Electroconvulsive therapy
    - Intensive Outpatient Programs
    - Repetitive Transcranial Magnetic Stimulation
    - Applied Behavior Analysis (ABA) Therapies (Please see coverage details as described in the Autism Spectrum Disorder(s) provision under the SPECIAL CONDITIONS AND PAYMENTS section of this benefit booklet.)

  Providers may obtain Prior Authorization for you, when required, but it is your responsibility to ensure Prior Authorization requirements are satisfied, as described in this section. This call must be made at least one day prior to the scheduling of the planned Outpatient services(s). The Behavioral Health Unit will obtain information regarding the Outpatient service(s) and may discuss proposed treatment with your Behavioral Health Practitioner.

  If an Inpatient Emergency Mental Illness or Substance Use Disorder Admission occurs after an Outpatient services, in order to receive maximum benefits under this Health Care Plan, an additional call must be made to the Behavioral Health Unit for an Emergency Mental Illness or Substance Use Disorder Admission Review.

**MEDICALLY NECESSARY DETERMINATION**

The decision that Inpatient Hospital admission, Outpatient service, or other health care services or supplies are not Medically Necessary, as such term is defined in this benefit booklet, will be determined by the Behavioral Health Unit. If the Behavioral Health Unit concurs that the Inpatient Hospital admission, Outpatient service, or other health care service or supply does not meet the criteria for Medically Necessary care, benefit for some days, services or the entire hospitalization will be denied. Your Behavioral Health Practitioner and in the case of an Inpatient Hospital admissions, the Hospital will be advised by

ASO-1                                    66

telephone of this determinations, with a follow-up notification letter sent to you, your Behavioral Health Practitioner and the Hospital, and will specify the dates, services or supplies that are not considered Medically Necessary. The Behavioral Health Unit will issue these notification letters promptly. However, in some instances, these letters will not be received prior to your scheduled date of admission or service. For further details regarding Medically Necessary care and other exclusions described in this benefit booklet, see the provision entitled, ''EXCLUSIONS - WHAT IS NOT COVERED.''

**The Behavioral Health Unit does not determine your course of treatment or whether you receive particular health care services. The decision regarding the course of treatment and receipt of particular health care services is a matter entirely between you and your Behavioral Health Practitioner. The Behavioral Health Unit's determination of Medically Necessary care is limited to merely whether a proposed admission, continued hospitalization, Outpatient service or other health care service is Medically Necessary under the Health Care Plan.**

In the event that the Behavioral Health Unit determines that all or any portion of an Inpatient Hospital admission, Outpatient service, or other health care service or supply is not Medically Necessary, the Claim Administrator will not be responsible for any related Hospital or other health care service or supply charge incurred.

**Remember that your Health Care Plan does not cover the cost of hospitalization or any health care services and supplies that are not Medically Necessary. The fact that your Behavioral Health Practitioner or another health care Provider may prescribe, order, recommend or approve an Inpatient Hospital admission, Outpatient service or other health care service or supply does not of itself make such hospitalization, service or supply Medically Necessary. Even if your Behavioral Health Practitioner prescribes, orders, recommends, approves, or views hospitalization or other health care services or supplies as Medically Necessary, the Claim Administrator will not pay for the hospitalization, services or supplies if the Behavioral Health Unit decides they were not Medically Necessary.**

**BEHAVIORAL HEALTH UNIT PROCEDURE**

When you contact the Behavioral Health Unit to obtain Prior Authorization for your Inpatient Hospital admission, Outpatient service, and/or other service/supply, provide notification of your Emergency Mental Illness or Substance Use Disorder Admission, or request a length of stay/service review you should be prepared to provide the following information:

1. the name of the attending and/or admitting Behavioral Health Practitioner;

2. the name of the Hospital or facility where the admission and/or service has been scheduled, when applicable;

3. the scheduled admission and/or service date; and

4. a preliminary diagnosis or reason for the admission and/or service.

When you contact the Behavioral Health Unit to obtain Prior Authorization for your Inpatient Hospital admission, Outpatient service, and/or other service/supply, provide notification of your Emergency Mental Illness or Substance Use Disorder Admission, or request a length of stay/service review, the Behavioral Health Unit:

1. will review the medical information provided and follow-up with the Behavioral Health Practitioner;

2. upon request, will advise you of Participating Providers in the area who may be able to provide the admission and/or services that are the subject of the Prior Authorization Review;

3. may determine that the admission and/or services to be rendered are not Medically Necessary.

## APPEAL PROCEDURE

### Expedited Appeal

If you or your Behavioral Health Practitioner disagrees with the determinations of the Behavioral Health Unit prior to or while receiving services, you or the Behavioral Health Practitioner may appeal that determination by contacting the Behavioral Health Unit and requesting an expedited appeal. The Behavioral Health Unit Physician will review your case and determine whether the service was Medically Necessary. You and/or your Behavioral Health Practitioner will be notified of the Behavioral Health Unit Physician's determination within twenty-four (24) hours or no later than the last authorized day. If you or your Behavioral Health Practitioner still disagree with the Behavioral Health Unit Physician, you may request an appeal in writing as outlined below.

### Written Appeal

In some instances, the resolution of the appeal process will not be completed until your admission or service has occurred and/or your assigned length of stay/service has elapsed. If you disagree with a decision after Claim processing has taken place or upon receipt of the notification letter from the Behavioral Health Unit, you may appeal that decision by having your Behavioral Health Practitioner call the contact person indicated in the notification letter or by submitting a written request to:

> Blue Cross and Blue Shield of Illinois
> Appeals Coordinator
> Blue Cross and Blue Shield BH Unit
> P. O. Box 660240
> Dallas, Texas 75266-0240
> Fax Number: 1-877-361-7656

You must exercise the right to this appeal as a precondition to taking any action against the Claim Administrator, either at law or in equity.

ASO-1                                68

Once you have requested this review, you may submit additional information and comments on your Claim to the Claim Administrator as long as you do so within 30 days of the date you asked for a review. Also, during this 30 day period, you may review any relevant documents held by the Claim Administrator, if you request an appointment in writing.

Within 30 days of receiving your request for review, the Claim Administrator will send you its decision on the Claim. In unusual situations, an additional 15 days may be needed for the review and you will be notified of this during the first 30 day period.

Additional information about appeals procedures is set forth in the CLAIM FILING AND APPEALS PROCEDURES section of this benefit booklet.

### FAILURE TO OBTAIN PRIOR AUTHORIZATION OR NOTIFY

The final decision regarding your course of treatment is solely your responsibility and the Behavioral Health Unit will not interfere with your relationship with any Behavioral Health Practitioner. However, the Behavioral Health Unit has been established for the specific purpose of assisting you in maximizing your benefits as described in this benefit booklet.

For Outpatient behavioral health services, there is no penalty to you for failure to notify the Claim Administrator. For Substance Use Disorder Treatment, there is no penalty to you for failure to notify the Claim Administrator for Inpatient Hospital admissions, Residential Treatment Centers and Partial Hospitalization Treatment Programs.

### MEDICARE ELIGIBLE MEMBERS

The provisions of the CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT section of this benefit booklet do not apply to you if you are Medicare Eligible and have secondary coverage provided under the Health Care Plan.

# THE PARTICIPATING PROVIDER OPTION

Your Employer has chosen the Claim Administrator's "Participating Provider Option" for the administration of your Hospital and Physician benefits. The Participating Provider Option is a program of health care benefits designed to provide you with economic incentives for using designated Providers of health care services.

As a participant in the Participating Provider Option a directory of Participating Providers is available to you. You can visit the Blue Cross and Blue Shield of Illinois website at *www.bcbsil.com* for a list of Participating Providers. While there may be changes in the directory from time to time, selection of Participating Providers by the Claim Administrator will continue to be based upon the range of services, geographic location and cost-effectiveness of care. Notice of changes in the network will be provided to your Employer annually, or as required, to allow you to make selection within the network. However, you are urged to check with your Provider before undergoing treatment to make certain of its participation status. Although you can go to the Hospital or Professional Provider of your choice, benefits under the Participating Provider Option will be greater when you use the services of a Participating Provider.

Before reading the description of your benefits, you should understand the terms "Benefit Period" and "Deductible" as defined below.

## YOUR BENEFIT PERIOD

Your benefit period is a period of one year which begins on January 1st of each year. When you first enroll under this coverage, your first benefit period begins on your Coverage Date, and ends on the first December 31st following that date.

## YOUR DEDUCTIBLE

### (Employees with a base salary under $100,000)

Each benefit period you must satisfy a $350 deductible for Covered Services rendered by Participating Provider(s) and a separate $2,500 deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s). In other words, after you have claims for Covered Services for more than the deductible amount in a benefit period, your benefits will begin. This deductible will be referred to as the program deductible.

### (Employees with a base salary of $100,000 up to $250,000)

Each benefit period you must satisfy a $600 deductible for Covered Services rendered by Participating Provider(s) and a separate $2,500 deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s). In other words, after you have claims for Covered Services for more than the deductible amount in a benefit period, your benefits will begin. This deductible will be referred to as the program deductible.

ASO-1

**(Employees with a base salary of over $250,000)**

Each benefit period you must satisfy a $800 deductible for Covered Services rendered by Participating Provider(s) and a separate $2,500 deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s). In other words, after you have claims for Covered Services for more than the deductible amount in a benefit period, your benefits will begin. This deductible will be referred to as the program deductible.

### FAMILY DEDUCTIBLE

All charges applied to the individual deductible amount will be applied towards the family deductible amount. Once a person meets their individual deductible, no more deductible is required for that individual. When the family deductible is reached, no further deductibles will have to be satisfied for the remainder of that benefit period. No participant will contribute more than the individual deductible amount to the family deductible amount.

**(Employees with a base salary under $100,000)**

If you have Family Coverage and your family has reached the program deductible amount of $700 for Covered Services rendered by Participating Provider(s) and a separate $5,000 program deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s), it will not be necessary for anyone else in your family to meet the program deductible in that benefit period. That is, for the remainder of that benefit period only, no other family member(s) is required to meet the program deductible before receiving benefits. A family member may not apply more than the individual program deductible amount toward the family program deductible.

**(Employees with a base salary of $100,000 up to $250,000)**

If you have Family Coverage and your family has reached the program deductible amount of $1,200 for Covered Services rendered by Participating Provider(s) and a separate $5,000 program deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s), it will not be necessary for anyone else in your family to meet the program deductible in that benefit period. That is, for the remainder of that benefit period only, no other family member(s) is required to meet the program deductible before receiving benefits. A family member may not apply more than the individual program deductible amount toward the family program deductible.

**(Employees with a base salary of over $250,000)**

If you have Family Coverage and your family has reached the program deductible amount of $1,600 for Covered Services rendered by Participating Provider(s) and a separate $5,000 program deductible for Covered Services rendered by Non-Participating Provider(s) or Non-Administrator Provider(s), it will not be

necessary for anyone else in your family to meet the program deductible in that benefit period. That is, for the remainder of that benefit period only, no other family member(s) is required to meet the program deductible before receiving benefits. A family member may not apply more than the individual program deductible amount toward the family program deductible.

In any case, should two or more members of your family ever receive Covered Services as a result of injuries received in the same accident, only one program deductible will be applied against those Covered Services.

## BLUE DISTINCTION® AND BLUE DISTINCTION SPECIALTY CARE PROGRAM

Blue Distinction® ("Blue Distinction") is a national designation awarded by Blue Cross and Blue Shield Plans to health care Providers. The Blue Distinction Specialty Care program includes two levels of designation: Blue Distinction Centers (BDC) and Blue Distinction Centers+ (BDC+). The Blue Distinction Specialty Care program focuses on BDC and BDC+ providers that excel in providing safe, effective treatment for specialty care needs.

## BLUE DISTINCTION CENTERS

The Blue Distinction designation uses nationally consistent criteria to designate high-performing providers based on objective, evidence-based selection criteria. The Blue Distinction Specialty Care program's purpose is to assist you in finding BDC and BDC+ providers that have met overall quality measures for patient safety and outcomes, fewer medical complications, lower readmission rates, and higher survival rates in the administration of specialty care.

Blue Distinction Centers provide care in the following specialty care areas:

- Cardiac Care
- Cellular Immunotherapy (CAR-T)
- Fertility Care*
- Substance Use Treatment and Recovery
- Gene Therapy
- Spine Surgery
- Bariatric Surgery
- Knee and Hip Replacement Surgery
- Maternity Care
- Transplants

* BDC and BDC+ Fertility Care programs are currently supported by plans with Fertility Care programs at the professional level.

**BDC and BDC+ Benefit Differential**

Your plan may offer lower out-of-pocket costs when you receive treatment at a BDC and/or BDC+ Provider. You may choose to receive treatment at a non-BDC and/or non-BDC+ provider; however, your out-of-pocket costs will be higher. Please refer to your Benefit Highlights section to review the payment levels for procedures performed at a BDC or a BDC+ designated Provider, and procedures performed at other facilities. Blue Distinction benefit levels apply to Blue Distinction facility benefits only, except for Fertility, which offers Professional Provider services.

For additional information regarding Blue Distinction Centers for specialty care, please contact a Customer Service Representative at the toll-free telephone number shown on your Identification Card or visit the following website: www.bcbs.com/why-bcbs/blue-distinction.

ASO-1                                                                73

# HOSPITAL BENEFIT SECTION

Expenses for Hospital care are usually the biggest of all health care costs. Your Hospital benefits will help ease the financial burden of these expensive services. This section of your benefit booklet tells you what Hospital services are covered and how much will be paid for each of these services.

The benefits of this section are subject to all of the terms and conditions described in this benefit booklet. Please refer to the DEFINITIONS, ELIGIBILITY and EXCLUSIONS sections of this benefit booklet for additional information regarding any limitations and/or special conditions pertaining to your benefits.

In addition, the benefits described in this section will be provided only when you receive services on or after your Coverage Date and they are rendered upon the direction or under the direct care of your Physician. Such services must be Medically Necessary and regularly included in the Provider's charges.

Remember, whenever the term "you" or "your" is used, we also mean all eligible family members who are covered under Family Coverage.

### INPATIENT CARE

The following are Covered Services when you receive them as an Inpatient in a Hospital.

### Inpatient Covered Services

1. Bed, board and general nursing care when you are in:
   — a semi-private room
   — a private room
   — an intensive care unit

2. Ancillary services (such as operating rooms, drugs, surgical dressings and lab work)

### Preadmission Testing

Benefits are provided for preoperative tests given to you as an Outpatient to prepare you for Surgery which you are scheduled to have as an Inpatient, provided that benefits would have been available to you had you received these tests as an Inpatient in a Hospital. Benefits will not be provided if you cancel or postpone the Surgery.

These tests are considered part of your Inpatient Hospital surgical stay.

### Partial Hospitalization Treatment

Benefits are available for this program only if it is an Administrator Program. No benefits will be provided for services rendered in a Partial Hospitalization Treatment Program which has not been approved by the Claim Administrator.

### Coordinated Home Care

Benefits will be provided for services under a Coordinated Home Care Program.

ASO-1

**BENEFIT PAYMENT FOR INPATIENT HOSPITAL COVERED SERVICES**

**Participating Provider**

When you receive Inpatient Covered Services from a Participating Provider or in an Administrator Program of a Participating Provider, benefits will be provided at 80% of the Eligible Charge after you have met your program deductible, unless otherwise specified in this benefit booklet. If you are in a private room, benefits will be limited by the Hospital's rate for its most common type of room with two or more beds. Benefits for a private room rate will be payable only when such private room is deemed Medically Necessary.

**Non-Participating Provider**

When you receive Inpatient Covered Services from a Non-Participating Provider or in an Administrator Program of a Non-Participating Provider, benefits will be provided at 60% of the Eligible Charge, after you have met your program deductible. If you are in a private room, benefits will be limited by the Hospital's rate for its most common type of room with two or more beds. Benefits for a private room rate will be payable only when such private room is deemed Medically Necessary.

**Non-Administrator Provider**

When you receive Inpatient Covered Services from a Non-Administrator Provider, benefits will be provided at the same benefit payment level which would have been paid had such services been received from a Non-Participating Provider.

**OUTPATIENT HOSPITAL CARE**

The following are Covered Services when you receive them from a Hospital as an Outpatient.

**Outpatient Hospital Covered Services**

1. Surgery and any related Diagnostic Service received on the same day as the Surgery. In addition, benefits for Covered Services received for gender reassignment Surgery, including related services and supplies, will be provided the same as any other condition.

2. Radiation Therapy Treatments

3. Chemotherapy

4. Electroconvulsive Therapy

5. Renal Dialysis Treatments—if received in a Hospital, a Dialysis Facility or in your home under the supervision of a Hospital or Dialysis Facility

6. Diagnostic Service—when you are an Outpatient and these services are related to Surgery or Medical Care

7. Emergency Accident Care

8. Emergency Medical Care

9. Bone Mass Measurement and Osteoporosis—Benefits will be provided for bone mass measurement and the diagnosis and treatment of osteoporosis

10. Approved Clinical Trials—Benefits for Covered Services for Routine Patient Costs are provided in connection with a phase I, phase II, phase III or phase IV clinical trial that is conducted in relation to the prevention, detection or treatment of cancer or other Life-Threatening Disease or Condition and is recognized under state and/or federal law.

## BENEFIT PAYMENT FOR OUTPATIENT HOSPITAL COVERED SERVICES

### Participating Provider

Benefits will be provided at 80% of the Eligible Charge after you have met your program deductible when you receive Outpatient Hospital Covered Services from a Participating Provider.

Benefits for a routine colonoscopy, performed by a Participating Provider as a surgical procedure, will be provided at 100% of the Eligible Charge and your program deductible will not apply. However, benefits will only be provided at 100% of the Eligible Charge if such procedure is billed as a preventive service.

### Non-Participating Provider

When you receive Outpatient Hospital Covered Services from a Non-Participating Provider, benefits will be provided at 60% of the Eligible Charge after you have met your program deductible.

### Non-Administrator Provider

When you receive Outpatient Hospital Covered Services from a Non-Administrator Provider, benefits will be provided at the same payment level which would have been paid had such services been received from a Non-Participating Provider.

### Emergency Care

Benefits for Emergency Accident Care will be provided at 80% of the Eligible Charge when you receive Covered Services that meet the definition of Emergency Accident Care from either a Participating, Non-Participating or Non-Administrator Provider. Benefits for surgical procedures, such as stitching, gluing and casting are not provided at the Emergency Accident Care payment level. Such services will be provided at the benefit payment level for Surgery described in this benefit booklet.

During a national or regional state of emergency, patient care may be handled in a variety of new and unusual locations (i.e., drive-up testing in parking lots, overflow inpatient care in convention centers, floating military hospitals and

reopened previously closed facilities). In this case, reimbursement for services rendered by licensed providers will be based on provider licensure rather than place of service.

Benefits for Emergency Accident Care will be subject to the Participating Provider program deductible.

Benefits for Emergency Medical Care will be provided at 80% of the Eligible Charge when you receive Covered Services that meet the definition of Emergency Medical Care from either a Participating, Non-Participating or Non-Administrator Provider in a Hospital emergency department.

Benefits for Emergency Medical Care will be subject to the Participating Provider program deductible.

However, Covered Services received for Emergency Accident Care and Emergency Medical Care resulting from criminal sexual assault or abuse will be paid at 100% of the Eligible Charge whether or not you have met your program deductible.

If you disagree with the Claim Administrator's determination in processing your benefits as non-emergency care instead of Emergency Accident Care or Emergency Medical Care, you may call the Claim Administrator at the number on the back of your Identification Card. Please review the HOW TO FILE A CLAIM AND APPEALS PROCEDURES section of this benefit booklet for specific information on your right to seek and obtain a full and fair review of your Claim.

Notwithstanding anything in this benefit booklet to the contrary, the method used to determine the Eligible Charge for Emergency care services will be equal to the greatest of the following three possible amounts:

1. the amount negotiated with Participating Providers for emergency care benefits furnished; or

2. the amount for the emergency care service calculated using the same method the Participating Providers generally uses to determine payments for Non-Participating Provider services but substituting the Participating cost sharing provisions for the Non-Participating Provider cost-sharing provisions; or

3. the amount that would be paid under Medicare for the emergency care service.

Each of these three amounts is calculated excluding any Non-Participating Provider Copayment or Coinsurance imposed with respect to the covered person.

## WHEN SERVICES ARE NOT AVAILABLE FROM A PARTICIPATING PROVIDER (HOSPITAL)

If you must receive Hospital Covered Services which the Claim Administrator has reasonably determined are unavailable from a Participating Provider, benefits for the Covered Services you receive from a Non-Participating Provider will be provided at the payment level described for a Participating Provider.

ASO-1                                        77

# PHYSICIAN BENEFIT SECTION

This section of your benefit booklet tells you what services are covered and how much will be paid when you receive care from a Physician or other specified Professional Provider.

The benefits of this section are subject to all of the terms and conditions described in this benefit booklet. Please refer to the DEFINITIONS, ELIGIBILITY and EXCLUSIONS sections of this benefit booklet for additional information regarding any limitations and/or special conditions pertaining to your benefits.

For benefits to be available under this Benefit Section, services must be Medically Necessary and you must receive such services on or after your Coverage Date.

Remember, whenever the term "you" or "your" is used, we also mean all eligible family members who are covered under Family Coverage.

Certain services are covered pursuant to BCBSIL medical policies and clinical procedure and coding policies, which are updated throughout the Calendar Year. The medical policies are guides considered by BCBSIL when making coverage determinations and lay out the procedure and criteria to determine whether a procedure, treatment, facility, equipment, drug or device is Medically Necessary and is eligible as a Covered Service or is Experimental/Investigational, cosmetic, or a convenience item. The clinical procedure and coding policies provide information about what services are reimbursable under the benefit Plan. The most up-to-date medical and clinical procedure and coding policies are available at www.bcbsil.com, or call BCBSIL Customer Service at the number listed on the back of your Identification Card.

## COVERED SERVICES

### Surgery

Benefits are available for Surgery performed by a Physician, Dentist or Podiatrist. However, for services performed by a Dentist or Podiatrist, benefits are limited to those surgical procedures which may be legally rendered by them and which would be payable under this Health Care Plan had they been performed by a Physician. Benefits for oral Surgery are limited to the following services:

1. surgical removal of complete bony impacted teeth;

2. excision of tumors or cysts of the jaws, cheeks, lips, tongue, roof and floor of the mouth;

3. surgical procedures to correct accidental injuries of the jaws, cheeks, lips, tongue, roof and floor of the mouth and;

4. excision of exostoses of the jaws and hard palate (provided that this procedure is not done in preparation for dentures or other prostheses); treatment of fractures of facial bone; external incision and drainage of cellulitis; incision of accessory sinuses, salivary glands or ducts; reduction of dislocation of, or excision of, the temporomandibular joints.

The following services are also part of your surgical benefits:

1. Anesthesia Services—if administered at the same time as a covered surgical procedure in a Hospital or Ambulatory Surgical Facility or by a Physician other than the operating surgeon or by a Certified Registered Nurse Anesthetist. However, benefits will be provided for anesthesia services administered by oral and maxillofacial surgeons when such services are rendered in the surgeon's office or Ambulatory Surgical Facility.

   In addition, benefits will be provided for anesthesia administered in connection with dental care treatment rendered in a Hospital or Ambulatory Surgical Facility if (a) a child is age 6 and under, (b) you have a chronic disability, or (c) you have a medical condition requiring hospitalization or general anesthesia for dental care.

   Benefits will be provided for anesthesia administered in connection with dental care treatment rendered in a dental office, oral surgeon's office, Hospital or Ambulatory Surgical Facility if you are under age 19 and have been diagnosed with an Autism Spectrum Disorder or a developmental disability.

   For purposes of this provision only, the following definitions shall apply:

   Autism Spectrum Disorder means.....a pervasive developmental disorder described by the American Psychiatric Association or the World Health Organization diagnostic manuals as an autistic disorder, atypical autism, Asperger Syndrome, Rett Syndrome, childhood disintegrative disorder, or pervasive developmental disorder not otherwise specified; or a special education classification for autism or other disabilities related to autism.

   Developmental disability means.....a disability that is attributable to an intellectual disability or a related condition, if the related condition meets all of the following conditions:

   - It is attributable to cerebral palsy, epilepsy or any other condition, other than a Mental Illness, found to be closely related to an intellectual disability because that condition results in impairment of general intellectual functioning or adaptive behavior similar to that of individuals with an intellectual disability and requires treatment or services similar to those required for those individuals; for purposes of this definition, autism is considered a related condition;

   - It manifested before the age of 22;

   - It is likely to continue indefinitely; and

   - It results in substantial functional limitations in 3 or more of the following areas of major life activity: i) self-care, ii) language, iii) learning, iv) mobility, v) self-direction, and vi) the capacity for independent living.

ASO-1

2. Assist at Surgery—when performed by a Physician, Dentist or Podiatrist who assists the operating surgeon in performing covered Surgery in a Hospital or Ambulatory Surgical Facility. In addition, benefits will be provided for assist at Surgery when performed by a Registered Surgical Assistant or an Advanced Practice Nurse. Benefits will also be provided for assist at Surgery performed by a Physician Assistant under the direct supervision of a Physician, Dentist or Podiatrist.

3. Sterilization Procedures (even if they are voluntary).

4. Gender Reassignment—benefits for Covered Services received for gender reassignment Surgery, including related services and supplies, will be provided the same as any other condition.

## Medical Care

Benefits are available for Medical Care visits when:

1. you are an Inpatient in a Hospital, a Skilled Nursing Facility, or Substance Use Disorder Treatment Facility or a Residential Treatment Center; or

2. you are a patient in a Partial Hospitalization Treatment Program or Coordinated Home Care Program; or

3. you visit your Physician's office or your Physician comes to your home.

## Consultations

Your coverage includes benefits for consultations. The consultation must be requested by your Physician and consist of another Physician's advice in the diagnosis or treatment of a condition which requires special skill or knowledge. Benefits are not available for any consultation done because of Hospital regulations or by a Physician who also renders Surgery or Maternity Service during the same admission.

## Diabetes Self-Management Training and Education

Benefits will be provided for Outpatient self-management training, education and medical nutrition therapy. Benefits will also be provided for education programs that allow you to maintain a hemoglobin A1c level within the ranges identified in nationally recognized standards of care. Benefit will be provided if these services are rendered by a Physician, or duly certified, registered or licensed health care professionals with expertise in diabetes management, operating within the scope of his/her license. Benefits for such health care professionals will be provided at the Benefit Payment for Other Covered Services described in the OTHER COVERED SERVICES section of this benefit booklet. Benefits for Physicians will be provided at the Benefit Payment for Physician Services described later in this benefit section.

Benefits are also available for regular foot care examinations by a Physician or Podiatrist.

**Nutritional Counseling**—Benefits will be provided for nutritional counseling or dietician services with no maximum.

**Diagnostic Service**—Benefits will be provided for those services related to covered Surgery or Medical Care.

**Emergency Accident Care**

**Emergency Medical Care**

**Electroconvulsive Therapy**

**Allergy Injections and Allergy Testing**

**Chemotherapy**

**Occupational Therapy**

Benefits will be provided for Occupational Therapy when these services are rendered by a registered Occupational Therapist under the supervision of a Physician. This therapy must be furnished under a written plan established by a Physician and regularly reviewed by the therapist and Physician. The treatment plan must relate to the type, amount, frequency and duration of therapy and indicate the diagnosis and anticipated goals. Benefits for Autism Spectrum Disorder will not apply towards and are not subject to any Occupational Therapy visits maximum indicated in the Benefit Highlights section of this benefit booklet.

Your benefits can be denied or shortened if you are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Additional visits may be allowed based on Medical Necessity. Please note that the Plan excludes any type of therapy, service or supply for the treatment of a condition which ceases to be therapeutic treatment and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or re-occurring.

**Physical Therapy**

Benefits will be provided for Physical Therapy when rendered by a licensed professional Physical Therapist; provided, however, when the therapy is beyond the scope of the Physical Therapist's license, the Physical Therapist must be under the supervision of a Physician, and the therapy must be furnished under a written plan established by a Physician and regularly reviewed by the therapist and the Physician. The treatment plan must relate to the type, amount, frequency and duration of therapy and indicate the diagnosis and anticipated goals. Benefits for Autism Spectrum Disorder will not apply towards and are not subject to any Physical Therapy visits maximum indicated in the Benefit Highlights section of this benefit booklet.

Your benefits can be denied or shortened if you are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Additional visits may be allowed based on Medical Necessity. Please note that the Plan excludes any type of therapy, service or supply for the treatment of a condition which ceases to be therapeutic treatment and is instead

administered to maintain a level of functioning or to prevent a medical problem from occurring or re-occurring.

**Chiropractic and Osteopathic Manipulation**—Benefits will be provided for manipulation or adjustment of osseous or articular structures, commonly referred to as chiropractic and osteopathic manipulation, when performed by a person licensed to perform such procedures. Your benefits for chiropractic and osteopathic manipulation will be limited to a maximum of 20 visits per benefit period.

**Naprapathy**—Benefits will be provided for naprapathy when rendered by a Naprapath. Benefits for naprapathy will be limited to a maximum of $1,000 per benefit period.

### Radiation Therapy Treatments

### Speech Therapy

Benefits will be provided for Speech Therapy when these services are rendered by a licensed Speech Therapist or Speech Therapist certified by the American Speech and Hearing Association. Inpatient Speech Therapy benefits will be provided only if Speech Therapy is not the only reason for admission. Benefits for Autism Spectrum Disorder will not apply towards and are not subject to any Speech Therapy visits maximum indicated in the Benefit Highlights section of this benefit booklet.

Your benefits can be denied or shortened if you are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Additional visits may be allowed based on Medical Necessity. Please note that the Plan excludes any type of therapy, service or supply for the treatment of a condition which ceases to be therapeutic treatment and is instead administered to maintain a level of functioning or to prevent a medical problem from occurring or re-occurring.

**Clinical Breast Examinations**—Benefits will be provided for clinical breast examinations when performed by a Physician, Advanced Practice Nurse or a Physician Assistant working under the direct supervision of a Physician.

**Bone Mass Measurement and Osteoporosis**—Benefits will be provided for bone mass measurement and the diagnosis and treatment of osteoporosis.

**Experimental/Investigational Treatment**—Benefits will be provided for routine patient care in conjunction with experimental/investigational treatments when medically appropriate and you have cancer or a terminal condition that according to the diagnosis of your Physician is considered life threatening, if a) you are a qualified individual participating in an Approved Clinical Trial program; and b) if those services or supplies would otherwise be covered under this benefit booklet if not provided in connection with an Approved Clinical Trial program. You and/or your Physician are encouraged to call customer service at

the toll-free number on your Identification Card in advance to obtain information about whether a particular clinical trial is qualified.

**Approved Clinical Trials**—Benefits for Covered Services for Routine Patient Costs are provided in connection with a phase I, phase II, phase III or phase IV clinical trial that is conducted in relation to the prevention, detection or treatment of cancer or other Life-Threatening Disease or Condition and is recognized under state and/or federal law.

**Durable Medical Equipment**—Benefits will be provided for such things as internal cardiac valves, internal pacemakers, mandibular reconstruction devices (not used primarily to support dental prosthesis), bone screws, bolts, nails, plates and any other internal and permanent devices. Benefits will also be provided for the rental (but not to exceed the total cost of equipment) or purchase of durable medical equipment required for temporary therapeutic use provided that this equipment is primarily and customarily used to serve a medical purpose.

**Amino Acid-Based Elemental Formulas**—Benefits will be provided for amino acid-based elemental formulas for the diagnosis and treatment of eosinophilic disorders or short-bowel syndrome, when the prescribing Physician has issued a written order stating that the amino acid-based elemental formula is Medically Necessary. If you purchase the formula at a Pharmacy, benefits will be provided at the Benefit Payment for Other Covered Services described in the OTHER COVERED SERVICES section of this benefit booklet.

### Orthotic Devices

Benefits will be provided for a supportive device for the body or a part of the body, head, neck or extremities, including but not limited to, leg, back, arm and neck braces. In addition, benefits will be provided for adjustments, repairs or replacement of the device because of a change in your physical condition, as Medically Necessary.

### Outpatient Contraceptive Services

Benefits will be provided for prescription contraceptive devices, injections, implants and Outpatient contraceptive services covered through the medical plan. Outpatient contraceptive services means consultations, examinations, procedures and medical services provided on an Outpatient basis and related to the use of contraceptive methods (including natural family planning) to prevent an unintended pregnancy.

### Prosthetic Appliances

Benefits will be provided for prosthetic devices, special appliances and surgical implants when:

1. they are required to replace all or part of an organ or tissue of the human body, or

ASO-1                    83

2. they are required to replace all or part of the function of a non-functioning or malfunctioning organ or tissue.

Benefits will also include adjustments, repair and replacements of covered prosthetic devices, special appliances and surgical implants when required because of wear or change in a patient's condition (excluding dental appliances other than intra-oral devices used in connection with the treatment of Temporomandibular Joint Dysfunction and Related Disorders, subject to specific limitations applicable to Temporomandibular Joint Dysfunction and Related Disorders, and replacement of cataract lenses when a prescription change is not required).

**Routine Pediatric Hearing Examination**—Benefits will be provided for routine pediatric hearing examinations.

**Pulmonary Rehabilitation Therapy**—Benefits will be provided for outpatient cardiac/pulmonary rehabilitation programs provided within six months of a cardiac incident and outpatient pulmonary rehabilitation services.

**BENEFIT PAYMENT FOR PHYSICIAN SERVICES**

The benefits provided by the Claim Administrator and the expenses that are your responsibility for your Covered Services will depend on whether you receive services from a Participating or Non-Participating Professional Provider.

**Participating Provider**

When you receive any of the Covered Services described in this Physician Benefit Section from a Participating Provider or from a Dentist, benefits will be provided at 80% of the Maximum Allowance after you have met your program deductible, unless otherwise specified in this benefit booklet. Although Dentists are not Participating Providers they will be treated as such for purposes of benefit payment made under this benefit booklet and may bill you for the difference between the Claim Administrator's benefit payment and the Provider's charge to you.

If you receive Covered Services for a vasectomy from a Participating Provider, benefits will be provided at 100% of the Maximum Allowance. Your program deductible will not apply.

Benefits for all other chiropractic services from a Participating Provider, benefits will be provided at 80% of the Maximum Allowance after you have met your program deductible.

**Non-Participating Provider**

When you receive any of the Covered Services described in this Physician Benefit Section from a Non-Participating Provider, benefits will be provided at 60% of the Maximum Allowance after you have met your program deductible.

However, when you receive benefits for nutritional counseling from a Non-Participating Provider, benefits will be provided at 80% of the Maximum Allowance after you have met your program deductible.

Benefits for all other chiropractic services from a Non-Participating Provider, benefits will be provided at 60% of the Maximum Allowance after you have met your program deductible.

**Emergency Care**

Benefits for Emergency Accident Care will be provided at 80% of the Maximum Allowance when rendered by either a Participating or Non-Participating Provider after you have met your program deductible. Benefits for surgical procedures, such as stitching, gluing and casting are not provided at the Emergency Accident Care payment level. Such services will be provided at the benefit payment level for Surgery described in this benefit booklet.

Benefits for Emergency Medical Care will be provided at 80% of the Maximum Allowance when rendered by either a Participating or Non-Participating Provider after you have met your program deductible.

However, Covered Services for Emergency Accident Care and Emergency Medical Care resulting from a criminal sexual assault or abuse will be paid at 100% of the Maximum Allowance whether or not you have met your program deductible.

If you disagree with the Claim Administrator's determination in processing your benefits as non-emergency care instead of Emergency Accident Care or Emergency Medical Care, you may call the Claim Administrator at the number on the back of your Identification Card. Please review the HOW TO FILE A CLAIM AND APPEALS PROCEDURES section of this benefit booklet for specific information on your right to seek and obtain a full and fair review of your Claim.

Notwithstanding anything in this benefit booklet to the contrary, the method used to determine the Maximum Allowance for Emergency care services will be equal to the greatest of the following three possible amounts:

1. the amount negotiated with Participating Providers for emergency care benefits furnished; or

2. the amount for the emergency care service calculated using the same method the Participating Providers generally uses to determine payments for Non-Participating Provider services but substituting the Participating cost sharing provisions for the Non-Participating Provider cost-sharing provisions; or

3. the amount that would be paid under Medicare for the emergency care service.

Each of these three amounts is calculated excluding any Non-Participating Provider Copayment or Coinsurance imposed with respect to the covered person.

**Participating Providers are:**

- Physicians
- Podiatrists
- Psychologists
- Certified Clinical Nurse Specialists
- Certified Nurse-Midwives
- Certified Nurse Practitioners
- Certified Registered Nurse Anesthetists
- Chiropractors
- Clinical Laboratories
- Clinical Professional Counselors
- Clinical Social Workers
- Durable Medical Equipment Providers
- Home Infusion Therapy Providers
- Marriage and Family Therapists
- Naprapaths
- Occupational Therapists
- Optometrists
- Orthotic Providers
- Physical Therapists
- Prosthetic Providers
- Registered Dieticians
- Registered Surgical Assistants
- Retail Health Clinics
- Speech Therapists

who have signed an Agreement with the Claim Administrator to accept the Maximum Allowance as payment in full. Such Participating Providers have agreed not to bill you for Covered Services amounts in excess of the Maximum Allowance. Therefore, you will be responsible only for the difference between the Claim Administrator's benefit payment and the Maximum Allowance for the particular Covered Service — that is, your program deductible, Copayment and Coinsurance amounts.

ASO-1                                         86

**Non-Participating Providers are:**

- Physicians
- Podiatrists
- Psychologists
- Dentists
- Certified Nurse-Midwives
- Certified Nurse Practitioners
- Certified Clinical Nurse Specialists
- Certified Registered Nurse Anesthetists
- Chiropractors
- Clinical Social Workers
- Clinical Professional Counselors
- Clinical Laboratories
- Durable Medical Equipment Providers
- Home Infusion Therapy Providers
- Marriage and Family Therapists
- Naprapaths
- Occupational Therapists
- Optometrists
- Orthotic Providers
- Physical Therapists
- Prosthetic Providers
- Registered Dieticians
- Registered Surgical Assistants
- Retail Health Clinics
- Speech Therapists
- Other Professional Providers

who have not signed an agreement with the Claim Administrator to accept the Maximum Allowance as payment in full. Therefore, you are responsible to these Providers for the difference between the Claim Administrator's benefit payment and such Provider's charge to you.

Should you wish to know the Maximum Allowance for a particular procedure or whether a particular Provider is a Participating Provider, contact your Employer, your Professional Provider or the Claim Administrator.

ASO-1                    87

# OTHER COVERED SERVICES

## OTHER COVERED SERVICES

This section of your benefit booklet describes "Other Covered Services" and the benefits that will be provided for them.

- The processing, transporting, storing, handling and administration of blood and blood components.

- Private Duty Nursing Service—Benefits for Private Duty Nursing Service will be provided to you in your home only when the services are of such a nature that they cannot be provided by non-professional personnel and can only be provided by a licensed health care provider. No benefits will be provided when a nurse ordinarily resides in your home or is a member of your immediate family. Private Duty Nursing includes teaching and monitoring of complex care skills such as tracheotomy suctioning, medical equipment use and monitoring to home caregivers and is not intended to provide for long term supportive care. Benefits for Private Duty Nursing Service will not be provided due to the lack of willing or available non-professional personnel.

- Ambulance Transportation—Benefits will not be provided for long distance trips or for use of an ambulance because it is more convenient than other transportation.

- Dental accident care—Dental services rendered by a Dentist or Physician which are required as the result of an accidental injury.

- Oxygen and its administration.

- Medical and surgical dressings, supplies, casts and splints.

- Wigs—Benefits will be provided for wigs and toupees (also known as cranial prostheses) if the hair loss is a result of an accidental injury or is due to the treatment of a malignancy. Benefits for wigs will be limited to a lifetime maximum of $1,000.

- Nutritional supplements—Benefits will be provided for nutritional supplements or formula when the attending Physician diagnoses a failure to thrive.

## BENEFIT PAYMENT FOR OTHER COVERED SERVICES

**After you have met your program deductible, benefits will be provided at 80% of the Eligible Charge or 80% of the Maximum Allowance for any of the Covered Services described in this section.**

**Benefits for ambulance transportation (local ground or air transportation to the nearest appropriately equipped facility) will be provided at 80% of the Eligible Charge or 80% of the Maximum Allowance after you have met your program deductible.**

**Notwithstanding anything else described herein, Providers of ambulance services will be paid based on the amount that represents the billed charges from the majority of the ambulance Providers in the Chicago Metro area as submitted to the Claim Administrator. Benefits for Ambulance Transportation will be paid at the highest level available under this benefit program. However, you will be responsible for any charges in excess of this amount.**

When you receive Other Covered Services from a Participating or Non-Participating Provider, benefits for Other Covered Services will be provided at the payment levels previously described in this benefit booklet for Hospital and Physician Covered Services.

**Participating Providers are:**

- Physicians
- Podiatrists
- Psychologists
- Certified Clinical Nurse Specialists
- Certified Nurse-Midwives
- Certified Nurse Practitioners
- Certified Registered Nurse Anesthetists
- Chiropractors
- Clinical Laboratories
- Clinical Professional Counselors
- Clinical Social Workers
- Durable Medical Equipment Providers
- Home Infusion Therapy Providers
- Marriage and Family Therapists
- Naprapaths
- Occupational Therapists
- Optometrists
- Orthotic Providers
- Physical Therapists
- Prosthetic Providers
- Registered Dieticians
- Registered Surgical Assistants
- Retail Health Clinics
- Speech Therapists

who have signed an Agreement with the Claim Administrator to accept the Maximum Allowance as payment in full. Such Participating Providers have agreed not to bill you for Covered Services amounts in excess of the Maximum Allowance. Therefore, you will be responsible only for the difference between the Claim Administrator's benefit payment and the Maximum Allowance for the particular Covered Service — that is, your program deductible, Copayment and Coinsurance amounts.

**Non-Participating Providers are:**

- Physicians
- Podiatrists
- Psychologists
- Dentists
- Certified Clinical Nurse Specialists
- Certified Nurse-Midwives
- Certified Nurse Practitioners
- Certified Registered Nurse Anesthetists
- Chiropractors
- Clinical Laboratories
- Clinical Professional Counselors
- Clinical Social Workers
- Durable Medical Equipment Providers
- Home Infusion Therapy Providers
- Marriage and Family Therapists
- Naprapaths
- Occupational Therapists
- Optometrists
- Orthotic Providers
- Physical Therapists
- Prosthetic Providers
- Registered Dieticians
- Registered Surgical Assistants
- Retail Health Clinics
- Speech Therapists
- Other Professional Providers

who have not signed an agreement with the Claim Administrator to accept the Maximum Allowance as payment in full. Therefore, you are responsible to these Providers for the difference between the Claim Administrator's benefit payment and such Provider's charge to you.

Should you wish to know the Maximum Allowance for a particular procedure or whether a particular Provider is a Participating Provider, contact your Employer, your Professional Provider or the Claim Administrator.

## SPECIAL CONDITIONS AND PAYMENTS

There are some special things that you should know about your benefits should you receive any of the following types of treatments:

### HUMAN ORGAN TRANSPLANTS

Your benefits for certain human organ transplants are the same as your benefits for any other condition. Benefits will be provided only for cornea, kidney, bone marrow, heart valve, muscular-skeletal, parathyroid, heart, lung, heart/lung, liver, pancreas or pancreas/kidney human organ or tissue transplants. Benefits are available to both the recipient and donor of a covered transplant as follows:

— If both the donor and recipient have coverage each will have their benefits paid by their own program.

— If you are the recipient of the transplant, and the donor for the transplant has no coverage from any other source, the benefits described in this benefit booklet will be provided for both you and the donor. In this case, payments made for the donor will be charged against your benefits.

— If you are the donor for the transplant and no coverage is available to you from any other source, the benefits described in this benefit booklet will be provided for you. However, no benefits will be provided for the recipient.

Benefits will be provided for:

— Inpatient and Outpatient Covered Services related to the transplant Surgery.

— the evaluation, preparation and delivery of the donor organ.

— the removal of the organ from the donor.

— the transportation of the donor organ to the location of the transplant Surgery. Benefits will be limited to the transportation of the donor organ in the United States or Canada.

In addition to the above provisions, benefits for heart, lung, heart/lung, liver, pancreas or pancreas/kidney transplants will be provided as follows:

— **Whenever a heart, lung, heart/lung, liver, pancreas or pancreas/kidney transplant is recommended by your Physician, you must contact the Claim Administrator by telephone before your transplant Surgery has been scheduled. The Claim Administrator will furnish you with the names of Hospitals which have Claim Administrator approved Human Organ Transplant Programs. No benefits will be provided for heart, lung, heart/lung, liver, pancreas or pancreas/kidney transplants performed at any Hospital that does not have a Claim Administrator approved Human Organ Transplant Program.**

— If you are the recipient of the transplant, benefits will be provided for transportation and lodging for you and a companion. If the recipient of the transplant is a dependent child under the limiting age of this benefit booklet, benefits for transportation and lodging will be provided for the transplant recipient and two companions. For benefits to be available, your place of

residency must be more than 100 miles from the Hospital where the transplant will be performed.

— The maximum amount that will be provided for lodging is $50 per person per day.

— In addition to the other exclusions of this benefit booklet, benefits will not be provided for the following:

- Cardiac rehabilitation services when not provided to the transplant recipient immediately following discharge from a Hospital for transplant Surgery.

- Travel time and related expenses required by a Provider.

- Drugs which do not have approval of the Food and Drug Administration.

- Storage fees.

- Services provided to any individual who is not the recipient or actual donor, unless otherwise specified in this provision.

- Meals.

## CARDIAC REHABILITATION SERVICES

Your benefits for cardiac rehabilitation services are the same as your benefits for any other condition. Benefits will be provided for cardiac rehabilitation services only in Claim Administrator approved programs. Benefits are available if you have a history of any of the following: acute myocardial infarction, coronary artery bypass graft Surgery, percutaneous transluminal coronary angioplasty, heart valve Surgery, heart transplantation, stable angina pectoris, compensated heart failure or transmyocardial revascularization.

## GENDER IDENTITY DISORDER (GID)

Benefits will be provided for the treatment of Gender Identity Disorder (GID) that conform to the World Professional Association for Transgender Health Association (WPATH) Standards of Care for Gender Identity Disorder. Whether the Plan covers a GID treatment will depend on the nature of the treatment and the stage of the Covered Person's GID. A Covered Person may be required to submit documentation to the Claim Administrator in order for GID treatment to be covered under the Accenture United States Group Health Plan. Coverage for a GID treatment recipient under this Plan is limited to a one time only procedure from male to female or female to male. This procedure is limited to persons age 18 or older.

- "Transportation" is defined as the means of conveyance or travel from the GID treatment recipient home to and from the Hospital where GID treatment will take place.

- "Lodging" is defined as a temporary place of residence while the recipient is undergoing the GID treatment.

- Transportation and Lodging benefits are intended to provide coverage for items that are a necessity while away from the GID treatment recipient's home.

- If you are the recipient of GID treatment, benefits will be provided for transportation and lodging for you and a companion (s). For benefits to be available, your place of residency must be more than 50 miles from the Hospital where the GID treatment will be performed.

The maximum that will be provided for lodging is $50 per person per day.

**PREVENTIVE CARE SERVICES**

In addition to the benefits otherwise provided for in this benefit booklet, (and notwithstanding anything in your benefit booklet to the contrary), the following preventive care services will be considered Covered Services and will not be subject to any deductible, Coinsurance, Copayment or dollar maximum ( to be implemented in the quantities and within the time period allowed under applicable law or regulatory guidance) when such services are received from a Participating Provider or Participating Pharmacy that is contracted for such service:

1. evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the United States Preventive Services Task Force ("USPSTF");

2. immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention ("CDC") with respect to the individual involved;

3. evidenced-informed preventive care and screenings provided for in the comprehensive guidelines supported by the Health Resources and Services Administration ("HRSA") for infants, children, and adolescents;

4. with respect to women, such additional preventive care and screenings, not described in item 1. above, as provided for in comprehensive guidelines supported by the HRSA; and

5. drugs (including both prescription and over-the-counter) that fall within a category of the current "A" or "B" recommendations of the United States Preventive Services Task Force and that are listed on the ACA Preventive Services Drug List (to be implemented in the quantities and within the time period allowed under applicable law) will be covered and will not be subject to any Copayment Amount, Coinsurance Amount, Deductible, or dollar maximum when obtained from a Participating Pharmacy. Drugs on the Preventive Services Drug List that are obtained from a non-Participating Pharmacy, may be subject to Copayment Amount, Coinsurance Amount, Deductibles, or dollar maximums, if applicable.

For purposes of this preventive care services benefit provision, the current recommendations of the USPSTF regarding breast cancer screening and mammography and prevention will be considered the most current (other than those issued in or around November, 2009).

ASO-1                                                    94

The preventive care services described in items 1. through 5. above may change as USPSTF, CDC and HRSA guidelines are modified. For more information, you may access the Claim Administrator's website at *www.bcbsil.com* or contact customer service at the toll-free number on your Identification Card.

If a recommendation or guideline for a particular preventive health service does not specify the frequency, method, treatment or setting in which it must be provided, the Claim Administrator may use reasonable medical management techniques, including but not limited to, those related to setting and medical appropriateness to determine coverage.

If a covered preventive health service is provided during an office visit and is billed separately from the office visit, you may be responsible for the Copayment or Coinsurance for the office visit only. If an office visit and the preventive health service are billed together and the primary purpose of the visit was not the preventive health service, you may be responsible for the Copayment or Coinsurance for the office visit including the preventive health service.

**Preventive Care Services for Adults (or others as specified):**

1. Abdominal aortic aneurysm screening for men ages 65 to 75 who have ever smoked
2. Unhealthy alcohol use screening and counseling
3. Clinicians offer or refer adults with a Body Mass Index (BMI) of 30 or higher to intensive, multicomponent behavioral interventions
4. Aspirin use for men and women for prevention of cardiovascular diseases for certain ages
5. Blood pressure screening
6. Cholesterol screening for adults of certain ages or at higher risk
7. Colorectal cancer screening for adults over age 45
8. Depression screening
9. Physical activity counseling for adults who are overweight or obese and have additional cardiovascular disease risk factors for cardiovascular disease
10. HIV screening for all adults at higher risk
11. HIV preexposure prophylaxis (PrEP) with effective antiretroviral therapy for persons at high risk of HIV acquisition
12. The following immunization vaccines for adults (doses, recommended ages, and recommended populations vary):

    - Hepatitis A
    - Hepatitis B
    - Herpes Zoster (Shingles)
    - Human papillomavirus

- Influenza (Flu shot)
- Measles, Mumps, Rubella
- Meningococcal
- Pneumococcal
- Tetanus, Diphtheria, Pertussis
- Varicella

13. Obesity screening and counseling

14. Sexually transmitted infections (STI) counseling

15. Tobacco use screening and cessation interventions for tobacco users

16. Syphilis screening for adults at higher risk

17. Exercise interventions to prevent falls in adults age 65 years and older who are at increased risk for falls

18. Hepatitis C virus (HCV) screening infection in adults aged 19 to 79 years

19. Hepatitis B virus screening for persons at high risk for infection

20. Counseling children, adolescents and young adults who have fair skin about minimizing their exposure to ultraviolet radiation to reduce risk for skin cancer

21. Lung cancer screening in adults 55 and older who have a 30 pack-year smoking history and currently smoke or have quit within the past 15 years

22. Screening for high blood pressure in adults age 18 years or older

23. Screening for abnormal blood glucose and type II diabetes mellitus as part of cardiovascular risk assessment in adults who are overweight or obese

24. Low to moderate-dose statin for the prevention of cardiovascular disease (CVD) for adults aged 40 to 75 years with: (a) no history of CVD, (b) 1 or more risk factors for CVD (including but not limited to dyslipidemia, diabetes, hypertension, or smoking) and (c) a calculated 10-year CVD risk of 10% or greater

25. Tuberculin testing for adults 18 years or older who are at risk of tuberculosis

26. Whole body skin examination for lesions suspicious for skin cancer

**Preventive Care Services for Women (including pregnant women or other as specified):**

1. Bacteriuria urinary tract screening or other infection screening for pregnant women

2. Perinatal depression screening and counseling

3. BRCA counseling about genetic testing for women at higher risk

4. Breast cancer chemoprevention counseling for women at higher risk

5. Breastfeeding comprehensive lactation support and counseling from trained providers, as well as, access to breastfeeding supplies for pregnant and nursing women. Electric breast pumps are limited to one per benefit period. Hospital grade breast pumps are covered under the following conditions: in-network only, one per pregnancy

6. Cervical cancer screening

7. Chlamydia infection screening for younger women and women at higher risk

8. Contraception: FDA-approved contraceptive methods, sterilization procedures, and patient education and counseling, not including abortifacient drugs

9. Domestic and interpersonal violence screening and counseling for all women

10. Daily supplements of .4 to .8 mg of folic acid supplements for women who may become pregnant

11. Diabetes mellitus screening after pregnancy

12. Gestational diabetes screening for women 24 to 28 weeks pregnant and those at high risk of developing gestational diabetes

13. Gonorrhea screening for all women

14. Hepatitis B screening for pregnant women at their first prenatal visit

15. HIV screening and counseling for women

16. Human papillomavirus (HPV) DNA test: high risk HPV DNA testing every 3 years for women with normal cytology results who are age 30 or older

17. Osteoporosis screening for women over age 65, and younger women with risk factors

18. Rh incompatibility screening for all pregnant women and follow-up testing for women at higher risk

19. Tobacco use screening and interventions for all women, and expanded counseling for pregnant tobacco users

20. Screening for anxiety in adolescent and adult women, including those who are pregnant or postpartum, who have not recently been screened

21. Sexually transmitted infections (STI) counseling

22. Syphilis screening for all pregnant women or other women at increased risk

23. Well-woman visits to obtain recommended preventive services

24. Urinary incontinence screening

25. Breast Cancer mammography screenings, including breast tomosynthesis and, if determined to be Medically Necessary by a Physician, Advanced Practice Nurse or a Physician Assistant, a screening MRI and comprehensive ultrasound

26. Intrauterine device (IUD) services related to follow-up and management of side effects, counseling for continued adherence, and device removal

27. Aspirin use for pregnant women to prevent preeclampsia

28. Screening for preeclampsia in pregnant women with blood pressure measurements throughout pregnancy

**Preventive Care Services for Children (or others as specified):**

1. Alcohol and drug use assessment for adolescents

2. Behavioral assessments for children of all ages

3. Blood pressure screenings for children of all ages

4. Cervical dysplasia screening for sexually active females

5. Congenital hypothyroidism screening for newborns

6. Critical congenital heart defect screening for newborns

7. Depression screening for adolescents

8. Development screening for children under age 3, and surveillance throughout childhood

9. Dyslipidemia screening for children ages 9-11 and 17-21

10. Bilirubin screening in newborns

11. Fluoride chemoprevention supplements for children without fluoride in their water source

12. Fluoride varnish to primary teeth of all infants and children starting at the age of primary tooth eruption

13. Gonorrhea preventive medication for the eyes of all newborns

14. Hearing screening for all newborns, children and adolescents

15. Height, weight and body mass index measurements

16. Hematocrit or hemoglobin screening

17. Hemoglobinopathies or sickle cell screening for all newborns

18. HIV screening for adolescents at higher risk

19. The following immunization vaccines for children from birth to age 18 (doses, recommended ages, and recommended populations vary):

   - Hepatitis A
   - Hepatitis B
   - Human papillomavirus
   - Influenza (Flu shot)
   - Measles, Mumps, Rubella
   - Meningococcal

ASO-1                                    98

- Pneumococcal
- Varicella
- Haemophilus influenzae type b
- Rotavirus
- Inactivated Poliovirus
- Diphtheria, tetanus and acellular pertussis

20. Lead screening for children at risk for exposure

21. Medical history for all children throughout development

22. Obesity screening and counseling

23. Oral health risk assessment for younger children up to six years old

24. Phenylketonuria (PKU) screening for newborns

25. Sexually transmitted infections (STI) prevention and counseling for adolescents

26. Tuberculin testing for children at higher risk of tuberculosis

27. Vision screening for children and adolescents

28. Autism screening

29. Tobacco use interventions, including education or brief counseling, to prevent initiation of tobacco use in school-aged children and adolescents

30. Newborn blood screening

31. Any other immunization that is required by law for a child. Allergy injections are not considered immunizations under this benefit provision

32. Whole body skin examination for lesions suspicious for skin cancer

The FDA-approved contraceptive drugs and devices currently covered under this benefit provision are listed on the *Contraceptive Coverage List*. This list is available on the Claim Administrator's website at *www.bsbsil.com* and/or by contacting customer service at the toll-free number on your Identification Card. Benefits are not available under this benefit provision for contraceptive drugs and devices not listed on the *Contraceptive Coverage List*. You may, however, have coverage under other sections of this benefit booklet, subject to any applicable deductible, Coinsurance, Copayments and/or benefit maximums. The *Contraceptive Coverage List* and the preventive care services covered under this benefit provision are subject to change as FDA guidelines, medical management and medical policies are modified.

Routine pediatric care, women's preventive care (such as contraceptives) and/or Outpatient periodic health examinations Covered Services not included above will be subject to the deductible, Coinsurance, Copayments and/or benefit maximums previously described in your benefit booklet, if applicable.

Preventive care services received from a Non-Participating Provider, or a Non-Administrator Provider facility, or a Non-Participating Pharmacy or other routine Covered Services not provided for under this provision may be subject to the deductible, Coinsurance, Copayments and/or benefit maximums.

Benefits for vaccinations that are considered preventive care services will not be subject to any deductible, Coinsurance, Copayments and/or benefit maximum when such services are received from a Participating Provider or Participating Pharmacy.

Vaccinations that are received from a Non-Participating Provider, or a Non-Administrator Provider facility, or a Non-Participating Pharmacy or other vaccinations that are not provided for under this provision may be subject to the deductible, Coinsurance, Copayments and/or benefit maximum.

### WELLNESS CARE

Benefits will be provided for Covered Services rendered to you, even though you are not ill. Benefits will be limited to the following services:

- Routine diagnostic medical procedures;
- Routine laboratory tests;
- Routine EKG;
- Routine x-ray;
- Routine ovarian cancer screening;
- Routine colorectal cancer screening x-ray;
- Routine digital rectal examinations and prostate tests.

Routine colonoscopy will only be covered under this provision if it is billed as a preventive service.

### Participating Provider

When you receive Covered Services for wellness care from a Participating Provider, benefits for wellness care will be provided at 100% of the Eligible Charge or 100% of the Maximum Allowance and will not be subject to the program deductible.

### Non-Participating Provider

Benefits will not be provided for wellness care received from a Non-Participating Provider.

**SKILLED NURSING FACILITY CARE**

The following are Covered Services when you receive them in a Skilled Nursing Facility:

1. Bed, board and general nursing care.
2. Ancillary services (such as drugs and surgical dressings or supplies).

No benefits will be provided for admissions to a Skilled Nursing Facility which are for the convenience of the patient or Physician or because care in the home is not available or the home is unsuitable for such care.

Benefits for Covered Services rendered in an Administrator Skilled Nursing Facility will be provided at 80% of the Eligible Charge after you have met your program deductible.

Benefits for Covered Services rendered in a Non-Administrator Skilled Nursing Facility will be provided at 60% of the Eligible Charge, once you have met your program deductible. Benefits will not be provided for Covered Services received in an Uncertified Skilled Nursing Facility.

**AMBULATORY SURGICAL FACILITY**

Benefits for all of the Covered Services previously described in this benefit booklet are available for Outpatient Surgery. In addition, benefits will be provided if these services are rendered by an Ambulatory Surgical Facility.

Benefits for services rendered by an Administrator Ambulatory Surgical Facility will be provided at 80% of the Eligible Charge. Benefits for services rendered by a Non-Administrator Ambulatory Surgical Facility will be provided at 60% of the Eligible Charge.

Benefits for Outpatient Surgery will be provided as stated above after you have met your program deductible.

**AUTISM SPECTRUM DISORDER(S)**

Your benefits for the diagnosis and treatment of Autism Spectrum Disorder(s) are the same as your benefits for any other condition. Treatment for Autism Spectrum Disorder(s) shall include the following care when prescribed, provided or ordered for an individual diagnosed with an Autism Spectrum Disorder (a) by a Physician or a Psychologist who has determined that such care is Medically Necessary, or (b) by a certified, registered or licensed health care professional with expertise in treating Autism Spectrum Disorder(s), including but not limited to, a health care professional who is eligible as a Qualified ABA Provider by state regulation and when such care is determined to be Medically Necessary and ordered by a Physician or a Psychologist:

- psychiatric care, including diagnostic services;
- psychological assessments and treatments;
- habilitative or rehabilitative treatments;

ASO-1                                    101

- therapeutic care, including behavioral Speech, Occupational and Physical Therapies that provide treatment in the following areas: a) self care and feeding, b) pragmatic, receptive and expressive language, c) cognitive functioning, d) applied behavior analysis (ABA), intervention and modification, e) motor planning and f) sensory processing.

Prior Authorization will assess whether services meet coverage requirements. Review the OUTPATIENT SERVICE PRIOR AUTHORIZATION REVIEW provision of the CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT section of this benefit booklet for more specific information about Prior Authorization.

Please review the Occupational Therapy, Physical Therapy and Speech Therapy provisions in this benefit booklet.

## HABILITATIVE SERVICES

Your benefits for Habilitative Services with Congenital, Genetic, or Early Acquired Disorder are the same as your benefits for any other condition if all of the following conditions are met:

- a physician has diagnosed the Congenital, Genetic, or Early Acquired Disorder; and

- treatment is administered by a licensed speech-language pathologist, audiologist, Occupational Therapist, Physical Therapist, Physician, licensed nurse, Optometrist, licensed nutritionist, or Psychologist upon the referral of a Physician; and

- treatment must be Medically Necessary and therapeutic and not Investigational.

## SUBSTANCE USE DISORDER TREATMENT

Benefits for all of the Covered Services described in this benefit booklet are available for Substance Use Disorder Treatment. In addition, benefits will be provided if these Covered Services are rendered by a Behavioral Health Practitioner in a Substance Use Disorder Treatment Facility. Inpatient benefits for these Covered Services will also be provided for Substance Use Disorder Treatment in a Residential Treatment Center. Substance Use Disorder Treatment Covered Services rendered in a program that does not have a written agreement with the Claim Administrator or in a Non-Administrator Provider facility will be paid at the Non-Participating Provider facility payment level.

## DETOXIFICATION

Covered Services received for detoxification are not subject to the Substance Use Disorder Treatment provisions specified above. Benefits for Covered Services received for detoxification will be provided under the HOSPITAL BENEFIT and PHYSICIAN BENEFIT sections of this benefit booklet, the same as for any other condition.

ASO-1                                   102

**MENTAL ILLNESS AND SUBSTANCE USE DISORDER SERVICES**

Benefits for all of the Covered Services described in this benefit booklet are available for the diagnosis and/or treatment of a Mental Illness and/or Substance Use Disorder. Inpatient benefits for these Covered Service will also be provided for the diagnosis and/or treatment of Inpatient Mental Illness or Substance Use Disorder in a Residential treatment Center. Treatment of a Mental Illness or Substance Use Disorder is eligible when rendered by Behavioral Health Practitioner working within the scope of their license. Covered Services rendered in a Non-Administrator Provider facility will be paid at the Non-Participating Provider facility payment level.

**BARIATRIC SURGERY**

**Participating Provider**

When you receive Covered Services for bariatric Surgery from a Participating Provider, benefits will be provided at 80% of the Eligible Charge or 80% of the Maximum Allowance after you have met your program deductible.

**Non-Participating Provider**

When you receive Covered Services for a bariatric Surgery from a Non-Participating Provider, benefits will be provided at 60% of the Eligible Charge or 60% of the Maximum Allowance after you have met your program deductible.

**MATERNITY SERVICE**

Your benefits for Maternity Service are the same as your benefits for any other condition and are available whether you have Individual Coverage or Family Coverage. Benefits will also be provided for Covered Services rendered by a Certified Nurse-Midwife.

Benefits will be paid for Covered Services received in connection with both normal pregnancy and Complications of Pregnancy. As part of your maternity benefits certain services rendered to your newborn infant are also covered, even if you have Individual Coverage. These Covered Services are: a) the routine Inpatient Hospital nursery charges and b) one routine Inpatient examination and c) one Inpatient hearing screening as long as this examination is rendered by a Physician other than the Physician who delivered the child or administered anesthesia during delivery. (If the newborn child needs treatment for an illness or injury, benefits will be available for that care only if you have Family Coverage. You may apply for Family Coverage within 31 days of date of the birth. Your Family Coverage will then be effective from the date of the birth).

Benefits will be provided for any hospital length of stay in connection with childbirth for the mother or newborn child for no less than 48 hours following a normal vaginal delivery, or no less than 96 hours following a cesarean section. Your Provider will not be required to obtain authorization from the Claim Administrator for prescribing a length of stay less than 48 hours (or 96 hours).

ASO-1                                        103

Such an earlier discharge may only be provided if there is coverage and availability of a post-discharge Physician office visit or an in-home visit to verify the condition of the infant in the first 48 hours after discharge.

Your coverage also includes benefits for elective abortions if legal where performed.

## FERTILITY TREATMENT

Benefits will be provided the same as your benefits for any other condition for Covered Services rendered in connection with the diagnosis and/or treatment of fertility, including, but not limited to, in-vitro fertilization, uterine embryo lavage, embryo transfer, artificial insemination, gamete intrafallopian tube transfer, zygote intrafallopian tube transfer, low tubal ovum transfer and intracytoplasmic sperm injection.

### Special Limitations

Benefits will not be provided for the following:

1. Services or supplies rendered to a donor or surrogate, except that costs for procedures to obtain eggs, sperm or embryos from you will be covered if you choose to use a surrogate.

2. Selected termination of an embryo; provided, however, termination will be covered where the mother's life would be in danger if all embryos were carried to full term.

3. Expenses incurred for cryo-preservation or storage of sperm, eggs, or embryos, except for those procedures which use a cryo-preserved substance.

4. Non-medical costs of an egg or sperm donor.

5. Fertility treatments which are deemed Investigational, in writing, by the American Society for Reproductive Medicine or the American College of Obstetricians or Gynecologists.

6. Fertility treatment rendered to your dependents under age 18.

In addition to the above provisions, in-vitro fertilization, gamete intrafallopian tube transfer, zygote intrafallopian tube transfer, low tubal ovum transfer and intracytoplasmic sperm injection procedures must be performed at medical facilities that conform to the American College of Obstetricians and Gynecologists guidelines for in-vitro fertilization clinics or to the American Society for Reproductive Medicine minimal standards for programs of in-vitro fertilization.

Your benefits for Assisted Reproductive Technologies (ART) and all related services and supplies are subject to a lifetime maximum of $20,000. If you have Family Coverage, this is a family maximum.

**Participating Provider**

When you receive Covered Services for Infertility Treatment from a Participating Provider, benefits will be provided at 80% of the Eligible Charge or 80% of the Maximum Allowance after you have met your program deductible.

**Non-Participating Provider**

When you receive Covered Services for a Infertility Treatment from a Non-Participating Provider, benefits will be provided at 50% of the Eligible Charge or 50% of the Maximum Allowance after you have met your program deductible.

Your benefits for Artificial Reproductive Technologies (ART) and all related services and supplies except for prescription drugs are subject to a lifetime maximum of $20,000 (excludes pharmacy). If you have Family Coverage, this is a family maximum across all medical plans.

Your benefits for Egg, Sperm, Embryo Freezing and Storage in the event of medical issues (i.e., cancer) or ability to preserve healthy eggs for later child-birth, is subject to the $20,000 maximum (excludes pharmacy) listed above.

Failure to notify Winfertility for infertility service will result in no coverage. You may contact Winfertility by calling 1-844-447-1230 or visit http://managed.winfertility.com/accenture.

**ROUTINE MAMMOGRAMS**

Benefits will be provided for routine mammograms for all women. A routine mammogram is an x-ray or digital examination of the breast for the presence of breast cancer, even if no symptoms are present. Benefits for routine mammograms will be provided as follows:

— one baseline mammogram

— an annual mammogram

Benefits for routine mammograms will be provided for women who have a family history of breast cancer, prior personal history of breast cancer, positive genetic testing or other risk factors at the age and intervals considered Medically Necessary by their Physician.

If a routine mammogram reveals heterogeneous or dense breast tissue, benefits will be provided for a comprehensive ultrasound screening and magnetic resonance imaging (MRI) screening of an entire breast or breasts, when determined to be Medically Necessary by your Physician.

### Participating Providers

Benefits for routine mammograms when received from a Participating Provider will be provided at 100% of the Eligible Charge or Maximum Allowance whether or not you have met your program deductible.

### Non-Participating Providers

No benefits will be provided when received routine mammograms from a Non-Participating Provider.

### Benefit Maximum

Benefits for routine mammograms will not be subject to any benefit period maximum or lifetime maximum.

### TEMPOROMANDIBULAR JOINT DYSFUNCTION AND RELATED DISORDERS

Benefits for all of the Covered Services previously described in this benefit booklet are available for the appliances, diagnosis and treatment of Temporomandibular Joint Dysfunction and Related Disorders.

### MASTECTOMY-RELATED SERVICES

Benefits for Covered Services related to mastectomies are the same as for any other condition. Mastectomy-related Covered Services include, but are not limited to:

1. Reconstruction of the breast on which the mastectomy has been performed;

2. Surgery and reconstruction of the other breast to produce a symmetrical appearance;

3. Inpatient care following a mastectomy for the length of time determined by your attending Physician to be Medically Necessary and in accordance with protocols and guidelines based on sound scientific evidence and patient evaluation and a follow-up Physician office visit or in-home nurse visit within 48 hours after discharge;

4. Prostheses and physical complications of all stages of the mastectomy including, but not limited to, lymphedemas; and

5. The removal of breast implants when the removal of the implants is a Medically Necessary treatment for a sickness or injury. Surgery performed for removal of breast implants that were implanted solely for cosmetic reasons is not covered. Cosmetic changes performed as reconstruction resulting from sickness or injury are not considered cosmetic Surgery.

## VIRTUAL VISITS

Benefits will be provided for Covered Services described in this benefit booklet for the diagnosis and treatment of non-emergency medical and/or behavioral health injuries or illnesses in situations when a Virtual Provider determines that such diagnosis and treatment can be conducted without an in-person primary care office visit, convenient care, urgent care, emergency room or behavioral health office visit. For more information about this benefit, you may visit the Claim Administrator's website at *www.bcbsil.com* or call customer service at the number on the back of your Identification Card.

Benefits for Covered Services you receive through a Virtual Visit from a Participating Virtual Provider will be provided at the same general payment level for Participating Providers as described under the BENEFIT PAYMENT FOR PHYSICIAN SERVICES provision in the PHYSICIAN BENEFIT SECTION of this benefit booklet.

Benefits will not be provided for services you receive through an interactive audio or interactive audio/video communication from a Provider who does not have a specific agreement with the Claim Administrator to provide Virtual Visits.

Note: Not all medical or behavioral health conditions can be appropriately treated through Virtual Visits. The Virtual Provider will identify any condition for which treatment by an in-person Provider is necessary.

## HEALTH ADVOCATES

Blue Cross and Blue Shield of Illinois representatives ("Health Advocates") are available to assist you with understanding your health benefits, navigate the health care system and answer questions.

A Health Advocate can help you and your covered family members with the following:

- Assistance with general health information
- Understanding benefit options
- Connecting with a Health Advocate to answer your health questions*
- Locating participating providers for quality, cost-effective health care services
- Assisting with submission of Prior Authorization requirements
- Assisting with engagement requirements

*Blue Cross and Blue Shield of Illinois does not provide medical care. Health Advocates do not replace the care of a doctor and you should consult your doctor about any medical questions or concerns.

### Engagement Requirements

To satisfy engagement requirements for the services listed below, you must engage with Health Advocate via one of these methods: Connect with a Health Advocate at the number shown on the back of your Identification Card, chat

online with a Health Advocate through Blue Access for Members℠ (BAM) website or mobile application or use the Blue Access for Members Provider Finder tool online or through the mobile application to search for information about your Participating Provider options and estimated costs. If you have any questions about engagement requirements you should connect with a Health Advocate.

- MRI
- CT Scans
- Bariatric surgery
- Diagnostic radiology
- Joint replacement
- Musculoskeletal (Inpatient)
- Musculoskeletal (Outpatient)
- Reduction mammoplasty

**PAYMENT PROVISIONS**

**Lifetime Maximum**

Your benefits are not subject to a lifetime maximum. The total dollar amount that will be available in benefits for you is unlimited subject to the separate dollar maximums for specific Covered Services described earlier in this benefit booklet.

**TRAVEL BENEFITS**

You will be reimbursed for travel expenses for transportation and lodging that you incur for travel that is necessary to obtain any Covered Service rendered by a Participating Provider if there is no Participating Provider offers able to perform that service located within 100 miles of your home address (such benefits referred to herein as "Travel Benefits"). Coverage is available for you and up to one companion, or, if the person receiving the Covered Service is under age 18, up to two companions. Reimbursement for lodging is limited to $50 per night for you and an additional $50 per night for each permitted companion. To obtain reimbursement, you will need to submit a form, which includes receipts and supporting documentation of your expenses. Meals are not reimbursable. Reimbursement is subject to the service, travel, and reimbursement being in accordance with all applicable laws or regulations. **International travel is not covered, and travel expenses must be primarily for and essential to obtaining medical care.**

**OUT-OF-POCKET EXPENSE LIMIT**

There are separate Out-of-Pocket Expense Limits applicable to Covered Services received from Participating Providers and Non-Participating Providers.

**Individual Out-of-Pocket Expense Limits For Participating Providers**

**(Employees with a base salary of under $100,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $3,350, any additional eligible Claims for Participating Providers (except for those Covered Services specifically excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

**(Employees with a base salary of $100,000 up to $250,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $3,900, any additional eligible Claims for Participating Providers (except for those Covered Services specifically excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

**(Employees with a base salary of over $250,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $4,100, any additional eligible Claims for Participating Providers (except for those Covered Services specifically excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

This out-of-pocket expense limit may be reached by:

- the Participating Provider program deductible
- the payments for which you are responsible after benefits have been provided (except for any expenses incurred for Covered Services rendered by a Non-Participating or Non-Administrator Provider other than Emergency Accident Care, Emergency Medical Care and Inpatient treatment during the period of time when your condition is serious)

The following expenses for Covered Services cannot be applied to the out-of-pocket expense limit and will not be paid at 100% of the Eligible Charge or Maximum Allowance when your out-of-pocket expense limit is reached:

- charges that exceed the Eligible Charge or Maximum Allowance
- the Coinsurance resulting from Covered Services rendered by a Non-Participating Provider or a Non-Administrator Provider
- charges for Covered Services which have a separate dollar maximum specifically mentioned in this benefit booklet
- Copayments resulting from noncompliance with the provisions of the UTILIZATION MANAGEMENT AND REVIEW PROGRAM and/or the CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT

**Family Out-of-Pocket Expense Limits for Participating Providers**

**(Employees with a base salary of under $100,000)**

If you have Family Coverage and your expense as described above equals $6,700 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**(Employees with a base salary of $100,000 up to $250,000)**

If you have Family Coverage and your expense as described above equals $7,800 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**(Employees with a base salary of over $250,000)**

If you have Family Coverage and your expense as described above equals $8,200 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**Individual Out-of-Pocket Expense Limits For Non-Participating Providers**

**(Employees with a base salary of under $100,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $5,000, any additional eligible Claims for Non-Participating Providers (except for those Covered Services specifically excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

**(Employees with a base salary of $100,000 up to $250,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $5,000, any additional eligible Claims for Participating Providers (except for those Covered Services specifically excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

**(Employees with a base salary of over $250,000)**

If, during one benefit period, your out-of-pocket expense (the amount remaining unpaid after benefits have been provided) equals $5,000, any additional eligible Claims for Participating Providers (except for those Covered Services specifically

ASO-1                    110

excluded below) during that benefit period will be paid in full up to the Eligible Charge or Maximum Allowance.

This out-of-pocket expense limit may be reached by:

- the Non-Participating Provider program deductible
- the payments for Covered Services rendered by a Non-Participating Provider for which you are responsible after benefits have been provided
- the Coinsurance resulting from Covered Services rendered by a Non-Administrator Hospital or other Non-Administrator Provider facility (For Non-Participating Providers: out-of-pocket expense only)

The following expenses for Covered Services cannot be applied to the out-of-pocket expense limit and will not be paid at 100% of the Eligible Charge or Maximum Allowance when your out-of-pocket expense limit is reached:

- charges that exceed the Eligible Charge or Maximum Allowance
- the Coinsurance resulting from Covered Services you may receive from a Participating Provider
- charges for Covered Services which have a separate dollar maximum specifically mentioned in this benefit booklet
- Copayments resulting from noncompliance with the provisions of the UTILIZATION MANAGEMENT AND REVIEW PROGRAM and/or the CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT
- any unreimbursed expenses incurred for "comprehensive major medical" covered services within your prior contract's benefit period.

**Family Out-of-Pocket Expense Limits for Non-Participating Providers**

All charges applied to the individual out-of-pocket expense amount will be applied towards the family out-of-pocket expense amount. Once a person meets their individual out-of-pocket-expense, no more out-of-pocket expense is required for that individual. When the family out-of-pocket expense amount is reached, no further out-of-pocket expense will have to be satisfied for the remainder of the benefit period. No participant will contribute more than the individual out-of-pocket expense amount to the family out-of-pocket expense amount.

**(Employees with a base salary of under $100,000)**

If you have Family Coverage and your expense as described above equals $10,000 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**(Employees with a base salary of $100,000 up to $250,000)**

If you have Family Coverage and your expense as described above equals $10,000 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**(Employees with a base salary of over $250,000)**

If you have Family Coverage and your expense as described above equals $10,000 during one benefit period, then, for the rest of the benefit period, all other family members will have benefits for Covered Services (except for those Covered Services specifically excluded above) provided at 100% of the Eligible Charge or Maximum Allowance. A member may not apply more than the individual out-of-pocket expense limit toward this amount.

**EXTENSION OF BENEFITS IN CASE OF TERMINATION**

If you are an Inpatient at the time your coverage under this plan is terminated, benefits will be provided for, and limited to, the Covered Services of this plan which are rendered by and regularly charged for by a Hospital, Skilled Nursing Facility, Substance Use Disorder Treatment Facility, Partial Hospitalization Treatment Program Residential Treatment Center or Coordinated Home Care Program. Benefits will be provided until you are discharged or until the end of your benefit period, whichever occurs first.

# HOSPICE CARE PROGRAM

Your Hospital coverage also includes benefits for Hospice Care Program Service.

Benefits will be provided for the Hospice Care Program Service described below when these services are rendered to you by a Hospice Care Program Provider. However, for benefits to be available you must have a terminal illness with a life expectancy of one year or less, as certified by your attending Physician, and you will no longer benefit from standard medical care or have chosen to receive hospice care rather than standard care. Also, a family member or friend should be available to provide custodial type care between visits from Hospice Care Program Providers if hospice is being provided in the home.

The following services are covered under the Hospice Care Program:

1. Coordinated Home Care;
2. Medical supplies and dressings;
3. Medication;
4. Nursing Services - Skilled and non-Skilled;
5. Occupational Therapy;
6. Pain management services;
7. Physical Therapy;
8. Physician visits;
9. Social and spiritual services;
10. Respite Care Service.

The following services are **not** covered under the Hospice Care Program:

1. Durable medical equipment;
2. Home delivered meals;
3. Homemaker services;
4. Traditional medical services provided for the direct care of the terminal illness, disease or condition;
5. Transportation, including, but not limited to, Ambulance Transportation.

Notwithstanding the above, there may be clinical situations when short episodes of traditional care would be appropriate even when the patient remains in the hospice setting. While these traditional services are not eligible under this Hospice Care Program section, they may be Covered Services under other sections of this benefit booklet.

**Benefit Payment for Hospice Care Program Services**

Benefit payment for Covered Services rendered by a Hospice Care Program Provider will be provided at the same payment level as described for Inpatient Hospital Covered Services.

# HEARING CARE PROGRAM

Your coverage includes benefits for hearing care when you receive such care from a Physician, Otologist, Audiologist or Hearing Aid Dealer.

The benefits of this section are subject to all of the terms and conditions described in this benefit booklet. Please refer to the DEFINITIONS, ELIGIBILITY and EXCLUSIONS sections of this benefit booklet for additional information regarding any limitations and/or special conditions pertaining to your benefits.

For hearing care benefits to be available, such care must be Medically Necessary and you must receive such care on or after your Coverage Date.

In addition to the Definitions of this benefit booklet, the following definitions are applicable to this Benefit Section:

AUDIOLOGIST.....means a duly licensed audiologist.

HEARING AID DEALER.....means a Provider licensed to make and provide hearing aids to you.

OTOLOGIST.....means a duly licensed otologist or otolaryngologist.

**Benefit Period**

Your hearing examination benefit period is a period of one year which begins on January 1st of each year. When you first enroll under this coverage, your first benefit period begins on your Coverage Date, and ends on the first December 31st following that date.

Your hearing aids, evaluations and accessories benefit period begins on the first date a Covered Service is received after your Coverage Date and continues for a period of 36 consecutive months thereafter. Later benefit periods will begin on the first date a Covered Service is received following the expiration of your prior benefit period.

**Covered Services**

Benefits will be provided under this Benefit Section for the following:

> Audiometric Examination
> Hearing Aid Evaluation
> Conformity Evaluation
> Hearing Aids
> Ear Molds

Benefits will be limited to one Covered Service(s) of each type listed above per benefit period.

**Special Limitations**

Benefits will not be provided for the following:

1. Audiometric examinations by an Audiologist when not ordered by your Physician within 6 months of such examination.

2. Medical or surgical treatment.

3. Drugs or other medications.

4. Replacement for lost or broken hearing aids, except if otherwise eligible under frequency limitations.

5. Hearing aids ordered while covered but delivered more than 60 days after termination.

**Benefit Payment for Hearing Care**

Benefits will be provided at 100% of the Claim Charge for one routine hearing examination per benefit period.

Benefits for hearing aid evaluations, and accessories from a Participating Provider will be provided at 80% of the Claim Charge are limited to one unit per ear every 36 consecutive months.

Benefits for hearing aid evaluations, conformity evaluations, hearing aids and any necessary accessories from a Participating Provider will be provided at 80% of the Claim Charge up to a maximum of $2,500 per each ear after you have met your program deductible.

Benefits for unilateral or bilateral cochlear implants (CI) and associated aural rehabilitation will be provided at the payment levels previously described in this benefit booklet for Hospital and Physician Covered Services. Cochlear implantation must be Medically Necessary and can be an inpatient or outpatient procedure. Upgrades of existing components are Medically Necessary only for patients in whom response to existing components is inadequate to the point of interfering with the activities of daily living or when components are no longer functional.

## BENEFITS FOR MEDICARE ELIGIBLE
## COVERED PERSONS

This section describes the benefits which will be provided for Medicare Eligible Covered Persons who are not affected by MSP laws, unless otherwise specified in this benefit booklet.

The benefits and provisions described throughout this benefit booklet apply to you, however, in determining the benefits to be paid for your Covered Services, consideration is given to the benefits available under Medicare.

The process used in determining benefits under the Health Care Plan is as follows:

1. determine what the payment for a Covered Service would be following the payment provisions of this coverage and

2. deduct from this resulting amount the amount paid or payable by Medicare. (If you are eligible for Medicare, the amount that is available from Medicare will be deducted whether or not you have enrolled and/or received payment from Medicare.) The difference, if any, is the amount that will be paid under the Health Care Plan.

When you have a Claim, you must send the Claim Administrator a copy of your Explanation of Medicare Benefits ("EOMB") in order for your Claim to be processed. In the event you are eligible for Medicare but have not enrolled in Medicare, the amount that would have been available from Medicare, had you enrolled, will be used.)

# EXCLUSIONS - WHAT IS NOT COVERED

Expenses for the following are not covered under your benefit program:

— **Hospitalization, services and supplies which are not Medically Necessary.**
No benefits will be provided for services which are not, in the reasonable judgment of the Claim Administrator, Medically Necessary. Medically Necessary means that a specific medical, health care or Hospital service is required, in the reasonable medical judgment of the Claim Administrator, for the treatment or management of a medical symptom or condition and that the service or care provided is the most efficient and economical service which can safely be provided.

Hospitalization is not Medically Necessary when, in the reasonable medical judgment of the Claim Administrator, the medical services provided did not require an acute Hospital Inpatient (overnight) setting, but could have been provided in a Physician's office, the Outpatient department of a Hospital or some other setting without adversely affecting the patient's condition.

Examples of hospitalization and other health care services and supplies that are not Medically Necessary include:

— Hospital admissions for or consisting primarily of observation and/or evaluation that could have been provided safely and adequately in some other setting, e.g., a Physician's office or Hospital Outpatient department.

— Hospital admissions primarily for diagnostic studies (x-ray, laboratory and pathological services and machine diagnostic tests) which could have been provided safely and adequately in some other setting, e.g., Hospital Outpatient department or Physician's office.

— Continued Inpatient Hospital care, when the patient's medical symptoms and condition no longer require their continued stay in a Hospital.

— Hospitalization or admission to a Skilled Nursing Facility, nursing home or other facility for the primary purposes of providing Custodial Care Service, convalescent care, rest cures or domiciliary care to the patient.

— Hospitalization or admission to a Skilled Nursing Facility for the convenience of the patient or Physician or because care in the home is not available or is unsuitable.

— The use of skilled or private duty nurses to assist in daily living activities, routine supportive care or to provide services for the convenience of the patient and/or his family members.

These are just some examples, not an exhaustive list, of hospitalizations or other services and supplies that are not Medically Necessary.

The Claim Administrator will make the decision whether hospitalization or other health care services or supplies were not Medically Necessary and therefore not eligible for payment under the terms of your health care plan. In most instances this decision is made by the Claim Administrator AFTER YOU HAVE BEEN HOSPITALIZED OR HAVE RECEIVED OTHER HEALTH CARE SERVICES OR SUPPLIES AND AFTER A CLAIM FOR PAYMENT HAS BEEN SUBMITTED.

The fact that your Physician may prescribe, order, recommend, approve or view hospitalization or other health care services and supplies as Medically Necessary does not make the hospitalization, services or supplies Medically Necessary and does not mean that the Claim Administrator will pay the cost of the hospitalization, services or supplies.

If your Claim for benefits is denied on the basis that the services or supplies were not Medically Necessary, and you disagree with the Claim Administrator's decision, your plan provides for an appeal of that decision.

Additional information about appeals procedures is set forth in the CLAIM FILING AND APPEALS PROCEDURES section of this benefit booklet.

REMEMBER, EVEN IF YOUR PHYSICIAN PRESCRIBES, ORDERS, RECOMMENDS, APPROVES OR VIEWS HOSPITALIZATION OR OTHER HEALTH CARE SERVICES AND SUPPLIES AS MEDICALLY NECESSARY, THE CLAIM ADMINISTRATOR WILL NOT PAY FOR THE HOSPITALIZATION, SERVICES AND SUPPLIES IF IT DECIDES THEY WERE NOT MEDICALLY NECESSARY.

— Services or supplies that are not specifically mentioned in this benefit booklet.

— Services or supplies for any illness or injury arising out of or in the course of employment for which benefits are available under any Workers' Compensation Law or other similar laws whether or not you make a claim for such compensation or receive such benefits. However, this exclusion shall not apply if you are a corporate officer of any domestic or foreign corporation and are employed by the corporation and elect to withdraw yourself from the operation of the Illinois Workers' Compensation Act according to the provisions of the Act.

— Services or supplies that are furnished to you by the local, state or federal government and for any services or supplies to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not that payment or benefits are received, except in case of Medicare, except however, this exclusion shall not be applicable to medical assistance benefits under Article V or VI of the Illinois Public Aid Code (305 ILCS 5/5-1 et seq. or 5/6-1 et seq.) or similar Legislation of any state, benefits provided in compliance with the Tax Equity and Fiscal Responsibility Act or as otherwise provided by law.

ASO-1                                               118

— Services or supplies that were received prior to your Coverage Date or after the date that your coverage was terminated.

— Services and supplies from more than one Provider on the same day(s) to the extent benefits are duplicated.

— Services or supplies that do not meet accepted standards of medical and/or dental practice.

— Investigational Services and Supplies and all related services and supplies, except as may be provided under this benefit booklet for a) the cost of routine patient care associated with Investigational cancer treatment if you are a qualified individual participating in a qualified clinical cancer trial, if those services or supplies would otherwise be covered under this benefit booklet if not provided in connection with an approved clinical trial program and b) applied behavior analysis used for the treatment of Autism Spectrum Disorder.

— Custodial Care Service.

— Long Term Care Service.

— Respite Care Service, except as specifically mentioned under the Hospice Care Program.

— Inpatient Private Duty Nursing Service.

— Routine physical examinations, unless otherwise specified in this benefit booklet.

— Services or supplies received during an Inpatient stay when the stay is primarily related to behavioral, social maladjustment, lack of discipline or other antisocial actions which are not specifically the result of Mental Illness. This does not include services or supplies provided for the treatment of an injury resulting from an act of domestic violence or a medical condition (including both physical and mental health conditions).

— Cosmetic Surgery and related services and supplies, except for the correction of congenital deformities or for conditions resulting from accidental injuries, scars, tumors or diseases, or otherwise meeting the Claim Administrator's medical policy.

— Services or supplies for which you are not required to make payment or would have no legal obligation to pay if you did not have this or similar coverage.

— Charges for failure to keep a scheduled visit or charges for completion of a Claim form.

— Personal hygiene, comfort or convenience items commonly used for other than medical purposes, such as air conditioners, humidifiers, physical fitness equipment, televisions and telephones.

— Special braces, splints, specialized equipment, appliances, ambulatory apparatus, battery implants, except as specifically mentioned in this benefit booklet.

— Blood derivatives which are not classified as drugs in the official formularies.

— Eyeglasses, contact lenses or cataract lenses and the examination for prescribing or fitting of glasses or contact lenses or for determining the refractive state of the eye, except as specifically mentioned in this benefit booklet.

— Treatment of flat foot conditions and the prescription of supportive devices for such conditions and the treatment of subluxations of the foot.

— Routine foot care, except for persons diagnosed with diabetes.

— Immunizations, unless otherwise specified in this benefit booklet.

— Maintenance Occupational Therapy, Maintenance Physical Therapy and Maintenance Speech Therapy, except as specifically mentioned in this benefit booklet.

— Maintenance Care.

— Speech Therapy when rendered for the treatment of psychosocial speech delay, behavioral problems (including impulsive behavior and impulsivity syndrome), attention disorder, conceptual disability or mental disability. except as may be provided under this benefit booklet for Autism Spectrum Disorder(s).

— Habilitative Services that are solely educational in nature or otherwise paid under state or federal law for purely educational services.

— Hearing aids or examinations for the prescription or fitting of hearing aids, unless otherwise specified in this benefit booklet.

— Hypnotism.

— Services and supplies to the extent benefits are duplicated because the spouse, parent and/or child are covered separately under this Health Care Plan.

— Diagnostic Service as part of routine physical examinations or check-ups, premarital examinations, determination of the refractive errors of the eyes, auditory problems, surveys, case finding, research studies, screening, or similar procedures and studies, or tests which are Investigational, unless otherwise specified in this benefit booklet.

— Procurement or use of prosthetic devices, special appliances and surgical implants which are for cosmetic purposes, the comfort and convenience of the patient, or unrelated to the treatment of a disease or injury.

— Wigs (also referred to as cranial prostheses), unless otherwise specified in this benefit booklet.

— Services and supplies rendered or provided for human organ or tissue transplants other than those specifically named in this benefit booklet.

— Nutritional items such as infant formulas, weight-loss supplements, over-the-counter food substitutes, non-prescription vitamins and herbal supplements, other than those specifically named in this benefit booklet.

— Reversals of sterilization.

— Christian Science Providers.

— Hypnosis/Hypnotherapy.

— Acupuncture.

— Any related services to a non-covered service. Related services are a) services in preparation for the non-covered service; b) services in connection with providing the non-covered service; c) hospitalization required to perform the non-covered service; or d) services that are usually provided following the non-covered service, such as follow up care or therapy after surgery.

— Self-administered drugs dispensed by a Physician.

— Behavioral health services provided at behavioral modification facilities, boot camps, emotional group academies, military schools, therapeutic boarding schools, wilderness programs, halfway houses, and group homes, except for Covered Services provided by appropriate Providers as defined in this benefit booklet.

Any of the following applied behavior analysis (ABA) related services:

— Services with a primary diagnosis that is not Autism Spectrum Disorder;

— Services that are facilitated by a Provider that is not properly credentialed. Please see the definition of "Qualified ABA Provider" in the DEFINITIONS SECTION of this benefit booklet;

— Activities primarily of an educational nature;

— Shadow or companion services; or

— Any other services not provided by an appropriately licensed Provider in accordance with nationally accepted treatment standards.

ASO-1                                          121

# COORDINATION OF BENEFITS SECTION

Coordination of Benefits (COB) applies when you have health care coverage through more than one group program. The purpose of COB is to ensure that you receive all of the coverage to which you are entitled under this Health Care Plan. In other words, the total payment from all of your coverages together will never be less than what would have been paid under this Health Care Plan if no other group coverages were involved. It is your obligation to notify the Claim Administrator of the existence of such other group coverages.

To coordinate benefits, it is necessary to determine what the payment responsibility is for each benefit program. This is done by following these rules:

1. The coverage under which the patient is the Eligible Person (rather than a dependent) is primary (that is, full benefits are paid under that program). The other coverage is secondary and only pays any remaining eligible charges.

2. When a dependent child receives services, the birthdays of the child's parents are used to determine which coverage is primary. The coverage of the parent whose birthday (month and day) comes before the other parent's birthday in the calendar year will be considered the primary coverage. If both parents have the same birthday, then the coverage that has been in effect the longest is primary. If the other coverage does not have this "birthday" type of COB provision and, as a result, both coverages would be considered either primary or secondary, then the provisions of the other coverage will determine which coverage is primary.

   — However, when the parents are separated or divorced and the parent with custody of the child has not remarried, the benefits of a plan which covers the child as a dependent of the parent with custody of the child will be determined before the benefits of a plan which covers the child as a dependent of the parent without custody;

   — when the parents are divorced and the parent with custody of the child has remarried, the benefits of a plan which covers the child as a dependent of the parent with custody shall be determined before the benefits of a plan which covers that child as a dependent of the stepparent, and the benefits of a plan which covers that child as a dependent of the stepparent will be determined before the benefits of a plan which covers that child as a dependent of the parent without custody.

   Notwithstanding the items above, if there is a court decree which would otherwise establish financial responsibility for the medical expenses with respect to the child, the benefits of a plan which covers the child as a dependent of the parent with such financial responsibility shall be determined before the benefits of any other plan which covers the child as a dependent child. It is the obligation of the person claiming benefits to notify the Claim Administrator, and upon its request to provide a copy, of such court decree.

ASO-1                           122

3. If neither of the above rules apply, then the coverage that has been in effect the longest is primary.

The only time these rules will not apply is if the other group benefit program does not include a COB provision. In that case, the other group program is automatically primary.

In order to prevent duplicate payment of benefits for a Claim, the Claim Administrator uses the following process to determine benefits when it is the secondary payer.

— determines what the payment for service would be following the payment provisions of this coverage; and

— deducts from this resulting amount the amount paid by the primary payer. The difference is the amount that will be paid under this coverage.

The Claim Administrator has the right in administering these COB provisions to:

— pay any other organization an amount which it determines to be warranted if payments which should have been made by the Claim Administrator have been made by such other organization under any other group program.

— recover any overpayment which the Claim Administrator may have made to you, any Provider, insurance company, person or other organization.

## CONTINUATION COVERAGE RIGHTS UNDER COBRA

For an explanation of the Continuation coverage rights under COBRA, please see the Summary Plan Description for the Participating Medical Plan under the Accenture United States Group Health Plan found on the Knowledge Library page of the Live Well at Accenture website, http://digital.alight.com/accenture.

# HOW TO FILE A CLAIM
# AND APPEALS PROCEDURES

In order to obtain your benefits under this benefit program, it is necessary for a Claim to be filed with the Claim Administrator. To file a Claim, usually all you will have to do is show your Identification Card to your Hospital or Physician (or other Provider). They will file your Claim for you. Remember however, it is your responsibility to ensure that the necessary Claim information has been provided to the Claim Administrator.

Once the Claim Administrator receives your Claim, it will be processed and the benefit payment will usually be sent directly to the Hospital or Physician. You will receive a statement telling you how your benefits were calculated. In some cases the Claim Administrator will send the payment directly to you or if applicable, in the case of a Qualified Medical Child Support Order, to the designated representative as it appears on the Claim Administrator's records.

In certain situations, you will have to file your own Claims. This is primarily true when you are receiving services or supplies from Providers other than a Hospital or Physician. An example would be when you have had ambulance expenses. To file your own Claim, follow these instructions:

1. Complete a Claim Form. These are available from your Employee Benefits Department or from the Claim Administrator's office.

2. Attach copies of all bills to be considered for benefits. These bills must include the Provider's name and address, the patient's name, the diagnosis, the date of service and a description of the service and the Claim Charge.

3. Mail the completed Claim Form with attachments to:

> Blue Cross and Blue Shield of Illinois
> P. O. Box 805107
> Chicago, Illinois 60680-4112

In any case, Claims must be filed no later than twelve (12) months after the date a service is received. Claims not filed within twelve (12) months from the date a service is received, will not be eligible for payment.

Should you have any questions about filing Claims, ask your Employee Benefits Department or call the Claim Administrator's office.

**INTERNAL CLAIMS DETERMINATIONS AND APPEALS PROCESS**

**CLAIM DETERMINATIONS AND INTERPRETATION OF EMPLOYER'S PLAN PROVISIONS**

When Claim Administrator receives a properly submitted claim, it has sole authority and discretion to apply, construe, and interpret all plan provisions to grant or deny all claims for benefits and to determine all benefit coverage issues under the benefit plan. The Group Administrator has given the Claim Administrator the sole discretionary authority to construe the terms and

conditions of the benefit plan and the sole discretion to interpret the benefit plan's provisions to determine all coverage or benefits under the benefit plan.

## INITIAL CLAIM DETERMINATIONS

When the Claim Administrator receives a properly submitted claim, the Claim Administrator will determine benefits in accordance with the Health Benefit Plan provisions. The Claim Administrator will receive and review claims for benefits and will process claims consistent with administrative practices and procedures established by your Plan. You, your valid assignee, your authorized representative, or Provider will be notified of the Claim Administrator's benefit decision.

(For information regarding assigning benefits, see "Payment of Claims and Assignment of Benefits" provisions in the GENERAL PROVISIONS section of this benefit booklet.)

### If a Claim Is Denied or Not Paid in Full

If a claim for benefits is denied, you or your authorized representative shall be notified in writing of the following:

      a. The reasons for determination;

      b. A reference to the benefit plan provisions on which the determination is based, or the contractual, administrative, medical policy or protocol for the determination;

      c. A description of additional information which may be necessary to perfect the Claim and an explanation of why such material is necessary;

      d. Subject to privacy laws and other restrictions, if any, the identification of the Claim, date of service, health care provider, Claim amount (if applicable), diagnosis, treatment and determination codes with their meanings and the standards used. Upon request, diagnosis/treatment codes with their meanings and the standards used are also available;

      e. An explanation of the Claim Administrator's internal review/appeals and external review processes (and how to initiate a review/appeal or external review);

      f. In certain situations, a statement in non-English language(s) that future notices of Claim determinations and certain other benefit information may be available in such non-English language(s);

      g. In certain situations, a statement in non-English language(s) that indicates how to access the language services provided by the Claim Administrator;

      h. The right to request, free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim for benefits;

i. Any internal rule, guideline, protocol or other similar criterion relied on in the determination, and a statement that a copy of such rule, guideline, protocol or other similar criterion will be provided free of charge on request;

j. An explanation of the scientific or clinical judgment relied on in the determination as applied to claimant's medical circumstances, if the determination was based on medical necessity, experimental treatment or similar exclusion, or a statement that such explanation will be provided free of charge upon request;

k. In the case of a determination of an Urgent Care Clinical Claim, a description of the expedited review procedure applicable to such Claims. An Urgent Care Clinical Claim decision may be provided orally, so long as written notice is furnished to the claimant within three days of oral notification.

**If You Need Assistance**

If you have any questions about the Claims procedures or the review procedure, write or call the Claim Administrator Headquarters at 1-800-538-8833. The Claim Administrator's offices are open from 8:45 a.m. to 4:45 p.m., Monday through Friday. Customer service hours and operations are subject to change without notice.

> Blue Cross and Blue Shield of Illinois
> P. O. Box 805107
> Chicago, Illinois 60680-4112
> 1-800-538-8833 Toll-free phone

If you need assistance with the internal Claims and appeals or the external review processes that are described below, you may contact the health insurance consumer assistance office or ombudsman. You may contact the Illinois ombudsman program at 1-877-527-9431, or call the number on the back of your Identification Card for contact information. In addition, for questions about your appeal rights or for assistance, you can contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272).

**INQUIRIES AND COMPLAINTS**

An **"Inquiry"** is a general request for information regarding claims, benefits, or membership.

A **"Complaint"** is an expression of dissatisfaction by you either orally or in writing.

The Claim Administrator has a team available to assist you with Inquiries and Complaints. Issues may include, but are not limited to, the following:

- Claims
- Quality of care

ASO-1    127

When your Complaint relates to dissatisfaction with an Adverse Benefit Determination (or partial determination), then you have the right to a Claim review/appeal as described in the CLAIM APPEAL PROCEDURES.

To pursue an Inquiry or a Complaint, you may contact **customer service** at the number on the back of your Identification Card, or you may write to:

> **Blue Cross and Blue Shield of Illinois**
> **300 East Randolph**
> **Chicago, Illinois 60601**

When you contact customer service to pursue an Inquiry or Complaint, you will receive a written acknowledgement of your call or correspondence. You will receive a written response to your Inquiry or Complaint within 30 days of receipt by customer service. Sometimes the acknowledgement and the response will be combined. If the Claim Administrator needs more information, you will be contacted. If a response to your Inquiry or Complaint will be delayed due to the need for additional information, you will be contacted. If an Inquiry or Complaint is not resolved to your satisfaction, you may appeal to the Claim Administrator.

An appeal is an oral or written request for review of an Adverse Benefit Determination (as defined below) or an adverse action by the Claim Administrator, its employees or a Provider.

The following is the contact information for the Illinois Department of Insurance consumer assistance and ombudsman:

> For Complaints and general Inquiries:
>
> > Illinois Department of Insurance
> > Office of Consumer Health Insurance
> > 320 West Washington Street
> > Springfield, Illinois 62767
> > (877) 527-9431 Toll-free phone
> > (217) 558-2083 Fax number
> > Consumer_complaints@ins.state.il.us Email address
> > *https://mc.insurance.illinois.gov/messagecenter.nsf*

**Timing of Required Notices and Extensions**

Separate schedules apply to the timing of required notices and extensions, depending on the type of Claim. There are three types of Claims as defined below.

a. **Urgent Care Clinical Claim** is any pre-service claim for benefits for medical care or treatment with respect to which the application of regular time periods for making health Claim decisions could seriously jeopardize the life or health of the claimant or the ability of the claimant to regain maximum function or, in the opinion of a Physician with knowledge of the claimant's medical condition, would subject the claimant to severe pain that cannot be adequately managed without the care or treatment.

    **b. Pre-Service Claim** is any non-urgent request for benefits or a determination with respect to which the terms of the benefit plan condition receipt of the benefit on approval of the benefit in advance of obtaining medical care.

    **c. Post-Service Claim** is notification in a form acceptable to the Claim Administrator that a service has been rendered or furnished to you. This notification must include full details of the service received, including your name, age, sex, identification number, the name and address of the Provider, an itemized statement of the service rendered or furnished, the date of service, the diagnosis, the Claim charge, and any other information which the Claim Administrator may request in connection with services rendered to you.

### Urgent Care Clinical Claims*

| Type of Notice or Extension | Timing |
|---|---|
| If your Claim is incomplete, the Claim Administrator must notify you within: | **24 hours**\*\* |
| If you are notified that your Claim is incomplete, you must then provide completed Claim information to the Claim Administrator within: | **48 hours after receiving notice** |
| *The Claim Administrator must notify you of the Claim determination (whether adverse or not):* | |
| if the initial Claim is complete as soon as possible (taking into account medical exigencies), but no later than: | **72 hours** |
| after receiving the completed Claim (if the initial Claim is incomplete), within: | **48 hours** |

*You do not need to submit appeals of Urgent Care Clinical Claims in writing. You should call the Claim Administrator at the toll-free number listed on the back of your Identification Card as soon as possible to submit an Urgent Care Clinical Claim.

\*\*Notification may be oral unless the claimant requests written notification.

### Pre-Service Claims

| Type of Notice or Extension | Timing |
|---|---|
| If your Claim is filed improperly, the Claim Administrator must notify you within: | **5 days**\* |
| If your Claim is incomplete, the Claim Administrator must notify you within: | **15 days** |
| If you are notified that your Claim is incomplete, you must then provide completed Claim information to the Claim Administrator within: | **45 days after receiving notice** |

| *The Claim Administrator must notify you of the Claim determination (whether adverse or not):* | |
|---|---|
| if the initial Claim is complete, within: | **15 days**\*\* |
| after receiving the completed Claim (if the initial Claim is incomplete), within: | **30 days** |
| If you require post-stabilization care after an Emergency within: | **the time appropriate to the circumstance not to exceed one hour after the time of request** |

\*Notification may be oral unless the claimant requests written notification.

\*\*This period may be extended one time by the Claim Administrator for up to 15 days, provided that the Claim Administrator both (1) determines that such an extension is necessary due to matters beyond the control of the Claim Administrator and (2) notifies you, prior to the expiration of the initial 15-day period, of the circumstances requiring the extension of time and the date by which the Claim Administrator expects to render a decision.

### Post-Service Claims

| Type of Notice or Extension | Timing |
|---|---|
| If your Claim is incomplete, the Claim Administrator must notify you within: | **30 days** |
| If you are notified that your Claim is incomplete, you must then provide completed Claim information to the Claim Administrator within: | **45 days after receiving notice** |
| *The Claim Administrator must notify you of any adverse Claim determination:* | |
| if the initial Claim is complete, within: | **30 days**\* |
| after receiving the completed Claim (if the initial Claim is incomplete), within: | **45 days** |

\*This period may be extended one time by the Claim Administrator for up to 15 days, provided that the Claim Administrator both (1) determines that such an extension is necessary due to matters beyond the control of the Claim Administrator and (2) notifies you in writing, prior to the expiration of the initial 30-day period, of the circumstances requiring the extension of time and the date by which the Claim Administrator expects to render a decision.

### Concurrent Care

For benefit determinations relating to care that is being received at the same time as the determination, such notice will be provided no later than 24 hours after receipt of your Claim for benefits.

### CLAIM APPEAL PROCEDURES - DEFINITIONS

An appeal of an Adverse Benefit Determination may be filed by you or a person authorized to act on your behalf. In some circumstances, a health care provider may appeal on his/her own behalf. Your designation of a representative must be in

ASO-1                                     130

writing as it is necessary to protect against disclosure of information about you except to your authorized representative. To obtain an Authorized Representative Form, you or your representative may call the Claim Administrator at the number on the back of your ID card.

An **"Adverse Benefit Determination"** means a denial, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit, in response to a Claim, Pre-Service Claim or Urgent Care Clinical Claim, including any such denial, reduction, termination, or failure to provide or make payment for, a benefit resulting from the application of utilization review, as well as a failure to cover an item or service for which benefits are otherwise provided because it is determined to be experimental or investigational or not Medically Necessary or appropriate. If an ongoing course of treatment had been approved by the Claim Administrator or your Employer and the Claim Administrator or your Employer reduces or terminates such treatment (other than by amendment or termination of the Employer's benefit plan) before the end of the approved treatment period, that is also an Adverse Benefit Determination. A Rescission of coverage is also an Adverse Benefit Determination. A Rescission does not include a termination of coverage for reasons related to non-payment of premium.

### Urgent Care/Expedited Clinical Appeals

If your situation meets the definition of an expedited clinical appeal, you may be entitled to an appeal on an expedited basis. An **expedited clinical appeal** is an appeal of a clinically urgent nature related to health care services, including but not limited to, procedures or treatments ordered by a health care provider, as well as continued hospitalization. Before authorization of benefits for an ongoing course of treatment is terminated or reduced, the Claim Administrator will provide you with notice at least 24 hours before the previous benefits authorization ends and an opportunity to appeal. For the ongoing course of treatment, coverage will continue during the appeal process.

Upon receipt of an expedited pre-service or concurrent clinical appeal, the Claim Administrator will notify the party filing the appeal, as soon as possible, but in no event more than 24 hours after submission of the appeal, of all the information needed to review the appeal. The Claim Administrator will render a decision on the appeal within 24 hours after it receives the requested information, but not more than 72 hours from the appeal request.

### Other Appeals

Upon receipt of a non-urgent pre-service appeal the Claim Administrator shall render a determination of the first level appeal decision within 15 days after the appeal has been received by the Claim Administrator. You may also appeal the Claim Administrator's final adverse benefit determination by filing a second level appeal. Your written request must be submitted within 60 days following receipt of a final pre-service denial. A second level appeal decision will be given within 15 days from the receipt of the second level request.

Upon receipt of a non-urgent post-service appeal the Claim Administrator shall render a determination of the appeal within 60 days after the appeal has been received by the Claim Administrator. You may also appeal the Claim Administrator's final adverse benefit determination by filing a second level appeal. Your written request must be submitted within 30 days following receipt of a final post-service denial. A second level appeal decision will be given within 30 days from receipt of the second level request. Both levels of appeals combined will not exceed a total of 60 days.

For an explanation of your second level appeal rights and the procedure to file an appeal, please see the Accenture US Benefit Plans General Information Summary found in the Knowledge Library on the Live Well at Accenture website, http://digital.alight.com/accenture.

### Standard or Non-Urgent Appeals

The Claim Administrator will send you a written decision for appeals that need medical review within 15 calendar days after we receive your appeal request, or if you are appealing before getting a service. All other appeals will be answered within 30 calendar days.

### How to Appeal an Adverse Benefit Determination

You have the right to seek and obtain a review of any determination of a claim, any determination of a request for Prior Authorization, or any other determination made by the Claim Administrator in accordance with the benefits and procedures detailed in your Health Benefit Plan.

An appeal of an Adverse Benefit Determination may be filed by you or a person authorized to act on your behalf. In some circumstances, a health care provider may appeal on his/her own behalf. Under your health benefit plan, there is one level of internal appeal available to you. Your designation of a representative must be in writing as it is necessary to protect against disclosure of information about you except to your authorized representative. To obtain an Authorized Representative Form, you or your representative may call the Claim Administrator at the number on the back of your Identification Card. In urgent care situations, a doctor may act as your authorized representative without completing the form.

If you believe the Claim Administrator incorrectly denied all or part of your benefits, you may have your Claim reviewed. The Claim Administrator will review its decision in accordance with the following procedure:

- Within 180 days after you receive notice of an Adverse Benefit Determination, you may call or write to the Claim Administrator to request a Claim review. The Claim Administrator will need to know the reasons why you do not agree with the Adverse Benefit Determination.

- In support of your Claim review, you have the option of presenting evidence and testimony to the Claim Administrator. You and your authorized representative may ask to review your file and any relevant documents and

ASO-1                    132

may submit written issues, comments and additional medical information within 180 days after you receive notice of an Adverse Benefit Determination or at any time during the claim review process.

- The Illinois Department of Insurance (IDOI) offers consumer assistance. If your standard or expedited (urgent) external review request does not qualify for review by your plan or its representatives, you may file an appeal with the IDOI at the Springfield address below. Also, if you have questions about your rights, with to file a complaint or wish to take up your matter with the IDOI, you may use either address below:

> IDOI Consumer Division
> 320 W. Washington St.
> Springfield, Illinois 62767
> 1-217-782-4515
>
> or
>
> IDOI Consumer Division
> 122 S. Michigan Ave., 19th Floor
> Chicago, Illinois 60603
> 1-312-814-2420
> web: *http://insurance.Illinois.gov*

| **Your Right to Appeal** |
|---|
| You may appeal if you think you have been denied benefits in error. For all levels of appeals and reviews described below, you may give a written explanation of why you think we should change our decision and you may give any documents you want to add to make your point. For appeals, you may also make a verbal statement about your case.<br>Send a written appeal request to:<br>        The Claim Administrator<br>        Claim Review Section<br>        P.O. Box 2401<br>        Chicago, Illinois 60690 |
| To file an appeal or if you have questions, please call 800-538-8833 (TTY/TDD:711, send a fax to 888-235-2936, or send a secure email using our Message Center by logging into Blue Access for Members (BAM) at *bcbsil.com* |

During the course of your internal appeal(s), the Claim Administrator will provide you or your authorized representative (free of charge) with any new or additional evidence considered, relied upon or generated by the Claim Administrator in connection with the appealed Claim, as well as any new or additional rationale for a determination at the internal appeals stage. Such new or additional evidence or rationale will be provided to you or your authorized representative as soon as possible and sufficiently in advance of the date a final decision on appeal is made in order to give you a reasonable

opportunity to respond. The Claim Administrator may extend the time period described in this benefit booklet for its final decision on appeal to provide you with a reasonable opportunity to respond to such new or additional evidence or rationale. If the initial benefit determination regarding the Claim is based in whole or in part on a medical judgement, the appeal will be conducted by individuals associated with the Claim Administrator and/or by external advisors, but who were not involved in making the initial determination of your Claim. No deference will be given to the initial Adverse Benefit Determination. Before you or your authorized representative may bring any action to recover benefits the claimant must exhaust the appeal process and must raise all issues with respect to a Claim and must file an appeal or appeals and the appeals must be finally decided by the Claim Administrator.

**Timing of Non-Urgent Appeal Determinations**

Upon receipt of a non-urgent concurrent pre-service or post-service appeal, the Claim Administrator will notify the party filing the appeal within five business days of all the information needed to review the appeal.

The Claim Administrator will render a decision of a non-urgent concurrent or pre-service appeal as soon as practical, but in no event more than 15 calendar days after receipt of all required information. We will send you a written decision for appeals that are related to health care services and not related to administrative matters or Complaints within 15 calendar days after receipt of any needed information, but no later than 15 calendar days of receipt of the request. All other appeals will be answered within 15 calendar days if you are appealing before getting a service or within 30 calendar days if you have already received the service.

If the appeal is related to administrative matters or Complaints, the Claim Administrator will render a decision of a pre-service or post-service appeal as soon as practical, but in no event more than 30 business days after receipt of all required information.

**Notice of Appeal Determination**

The Claim Administrator will notify the party filing the appeal, you, and, if a clinical appeal, any health care provider who recommended the services involved in the appeal.

The written notice will include:

1. The reasons for the determination;

2. A reference to the benefit plan provisions on which the determination is based, or the contractual, administrative or protocol for the determination;

3. Subject to privacy laws and other restrictions, if any, the identification of the Claim, date of service, health care provider, Claim amount (if applicable), and a statement describing determination codes with their meanings and the

standards used. Upon request, diagnosis/treatment codes with their meanings and the standards used are also available;

4. An explanation of the Claim Administrator's internal review/appeals and external review processes (and how to initiate a review/appeal or an external review) and a statement of your right, if any, to bring a civil action under Section 502(a) of ERISA following a final determination on internal and external appeal;

5. An explanation that you and your Provider may file appeals separately and at the same time, and that deadlines for filing appeals or external review requests are not delayed by appeals made by your Provider UNLESS you have chosen your Provider to act for you as your authorized representative;

6. In certain situations, a statement in non-English language(s) that future notices of Claim determinations and certain other benefit information may be available in such non-English language(s);

7. In certain situations, a statement in non-English language(s) that indicates how to access the language services provided by the Claim Administrator;

8. The right to request, free of charge, reasonable access to and copies of all documents, records and other information relevant to the claim for benefits;

9. Any internal rule, guideline, protocol or other similar criterion relied on in the determination, or a statement that a copy of such rule, guideline, protocol or other similar criterion will be provided free of charge on request;

10. An explanation of the scientific or clinical judgment relied on in the determination, or a statement that such explanation will be provided free of charge upon request;

11. A description of the standard that was used in denying the claim and a discussion of the decision;

12. When the notice is given upon the exhaustion of an appeal submitted by a health care Provider on his/her own behalf, the timeframes from the date of the adverse determination for the member to file an appeal or file an external review;

13. When the notice of final adverse determination is given upon the exhaustion of internal appeals by the member, a statement that all internal appeals have been exhausted and the member has 4 months from the date of the letter to file an external review;

14. A statement indicating whether the adverse determination relates to a MEMBER appeal (filed by the member or authorized representative who may be the health care Provider) or a PROVIDER appeal (pursuant to the Provider contract) and shall explain timeframes from the date of the adverse determination for the member to appeal and to file an external review regardless of the status of a Provider appeal.

If the Claim Administrator's or your Employer's decision is to continue to deny or partially deny your Claim or you do not receive timely decision, you may be able to request an external review of your claim by an independent third party, who will review the determination and issue a final decision. Your external review rights are described in the **STANDARD EXTERNAL REVIEW** section below.

You may file a Complaint with the Illinois Department of Insurance. The Illinois Department of Insurance will notify the Claim Administrator of the Complaint. The Claim Administrator will have 21 days to respond to the Illinois Department of Insurance.

You must exercise the right to internal appeal as a precondition to taking any action against the Claim Administrator, either at law or in equity. If you have an adverse appeal determination, you may file civil action in a state or federal court.

Under the terms of the plan, any further legal action against Accenture, the plan, or its delegates may only be filed once you have exhausted (or are deemed to have exhausted) your appeals rights, and the action must be filed in a court of law no later than 120 days after the date of the decision.

**Forum Selection**

In the event of any dispute relating to or arising from this Plan, the jurisdiction and venue for the dispute is the United States District Court for the Northern District of Illinois. If, and only if, the United States District Court for the Northern District of Illinois lacks subject-matter jurisdiction over such dispute, the jurisdiction and venue for the dispute is the Circuit Court of Cook County, Illinois.

**STANDARD EXTERNAL REVIEW**

You or your authorized representative (as described above) may make a request for a standard external review or expedited external review of an Adverse Benefit Determination or Final Internal Adverse Benefit Determination by an independent review organization (IRO). The external review is at no charge to the member.

An "**Adverse Benefit Determination**" means a determination, reduction, or termination of, or a failure to provide or make payment (in whole or in part) for, a benefit, including any such determination, reduction, termination, or failure to provide or make payment for, a benefit resulting from the application of any utilization review, as well as a failure to cover an item or service for which benefits are otherwise provided because it is determined to be experimental or investigational or not Medically Necessary or appropriate. If an ongoing course of treatment had been approved by the Claim Administrator or your Employer and the Claim Administrator or your Employer reduces or terminates such treatment (other than by amendment or termination of the Employer's benefit plan) before the end of the approved treatment period, that is also an Adverse Benefit Determination. A Rescission of coverage is also an Adverse Benefit Determination. A Rescission does not include a termination of coverage for reasons related to non-payment of premium.

A "**Final Internal Adverse Benefit Determination**" means an Adverse Benefit Determination that has been upheld by the Claim Administrator at the completion of the Claim Administrator's internal review/appeal process.

1. **Request for external review.** Within 4 months after the date of receipt of a notice of an Adverse Benefit Determination or Final Internal Adverse Benefit Determination from the Claim Administrator, you or your authorized representative must file your request for standard external review. If there is no corresponding date 4 months after the date of receipt of such a notice, then the request must be filed by the first day of the fifth month following the receipt of the notice. For example, if the date of receipt of the notice is October 30, because there is no February 30, the request must be filed by March 1. If the last filing date would fall on a Saturday, Sunday, or Federal holiday, the last filing is extended to the next day that is not a Saturday, Sunday, or Federal holiday.

2. **Preliminary review.** Within 5 business days following the date of receipt of the external review request, the Claim Administrator must complete a preliminary review of the request to determine whether:

   a. You are, or were, covered under the plan at the time the health care item or service was requested or, in the case of a retrospective review, was covered under the plan at the time the health care item or service was provided;

   b. The Adverse Benefit Determination or the Final Adverse Benefit Determination does not relate to your failure to meet the requirements for eligibility under the terms of the plan (e.g., worker classification or similar determination);

   c. You have exhausted the Claim Administrator's internal appeal process unless you are not required to exhaust the internal appeals process under the interim final regulations. Please read the **EXHAUSTION** section below for additional information and exhaustion of the internal appeal process; and

   d. You or your authorized representative have provided all the information and forms required to process an external review.

   You will be notified within 1 business day after we complete the preliminary review if your request is eligible or if further information or documents are needed. You will have the remainder of the 4-month appeal period (or 48 hours following receipt of the notice), whichever is later, to perfect the appeal request. If your claim is not eligible for external review, we will outline the reasons it is ineligible in the notice, and provide contact information for the Department of Labor's Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272).

3. **Referral to Independent Review Organization.** When an eligible request for external review is completed within the time period allowed, Claim Administrator will assign the matter to an independent review organization (IRO). The IRO assigned will be accredited by URAC or by similar

nationally-recognized accrediting organization. Moreover, the Claim Administrator will take action against bias and to ensure independence. Accordingly, the Claim Administrator must contract within at least (3) IROs for assignments under the plan and rotate claims assignments among them (or incorporate other independent, unbiased methods for selection of IROs, such as random selection). In addition, the IRO may not be eligible for any financial incentives based on the likelihood that the IRO will support the determination of benefits.

The IRO must provide the following:

a. Utilization of legal experts where appropriate to make coverage determinations under the plan.

b. Timely notification to you or your authorized representative, in writing, of the request's eligibility and acceptance for external review. This notice will include a statement that you may submit in writing to the assigned IRO within ten business days following the date of receipt of the notice additional information that the IRO must consider when conducting the external review. The IRO is not required to, but may, accept and consider additional information submitted after 10 business days.

c. Within 5 business days after the date of assignment of the IRO, the Claim Administrator must provide to the assigned IRO the documents and any information considered in making the Adverse Benefit Determination or Final Internal Adverse Benefit Determination. Failure by the Claim Administrator to timely provide the documents and information must not delay the conduct of the external review. If the Claim Administrator fails to timely provide the documents and information, the assigned IRO may terminate the external review and make a decision to reverse the Adverse Benefit Determination or Final Internal Adverse Benefit Determination. Within 1 business day after making the decision, the IRO must notify the Claim Administrator and you or your authorized representative.

d. Upon receipt of any information submitted by you or your authorized representative, the assigned IRO must within 1 business day forward the information to the Claim Administrator. Upon receipt of any such information, the Claim Administrator may reconsider its Adverse Benefit Determination or Final Internal Adverse Benefit Determination that is the subject of the external review. Reconsideration by the Claim Administrator must not delay the external review. The external review may be terminated as a result of the reconsideration only if the Claim Administrator decides, upon completion of its reconsideration, to reverse its Adverse Benefit Determination or Final Internal Adverse Benefit Determination and provide coverage or payment. Within 1 business day after making such a decision, the Claim Administrator must provide written notice of its decision to you and the assigned IRO. The assigned IRO must

terminate the external review upon receipt of the notice from the Claim Administrator.

e. Review all of the information and documents timely received. In reaching a decision, the assigned IRO will review the claim de novo and not be bound by any decisions or conclusions reached during the Claim Administrator's internal claims and appeals process applicable under paragraph (b) of the interim final regulations under section 2719 of the Public Health Service (PHS) Act. In addition to the documents and information provided, the assigned IRO, to the extent the information or documents are available and the IRO considers them appropriate, will consider the following in reaching a decision:

    (1) Your medical records;

    (2) The attending health care professional's recommendation;

    (3) Reports from appropriate health care professionals and other documents submitted by the Claim Administrator, you, or your treating provider;

    (4) The terms of your plan to ensure that the IRO's decision is not contrary to the terms of the plan, unless the terms are inconsistent with applicable law;

    (5) Appropriate practice guidelines, which must include applicable evidence-based standards and may include any other practice guidelines developed by the Federal government, national or professional medical societies, boards, and associations;

    (6) Any applicable clinical review criteria developed and used by the Claim Administrator, unless the criteria are inconsistent with the terms of the plan or with applicable law; and

    (7) The opinion of the IRO's clinical reviewer or reviewers after considering information described in this notice to the extent the information or documents are available and the clinical reviewer or reviewers consider appropriate.

f. Written notice of the final external review decision must be provided within 45 days after the IRO receives the request for the external review. The IRO must deliver the notice of final external review decision to the Claim Administrator and you or your authorized representative.

g. The notice of final external review decision will contain:

    (1) A general description of the reason for the request for external review, including information sufficient to identify the claim (including the date or dates of service, the health care provider, the claim amount (if applicable), the diagnosis code and its corresponding meaning, the treatment code and its corresponding meaning, and the reason for the previous determination);

(2) The date the IRO received the assignment to conduct the external review and the date of the IRO decision;

(3) References to the evidence or documentation, including the specific coverage provisions and evidence-based standards, considered in reaching its decision;

(4) A discussion of the principal reason or reasons for its decision, including the rationale for its decision and any evidence-based standards that were relied on in making its decision;

(5) A statement that the determination is binding except to the extent that other remedies may be available under State or Federal law to either the Claim Administrator and you or your authorized representative;

(6) A statement that judicial review may be available to you or your authorized representative; and

(7) Current contact information, including phone number, for any applicable office of health insurance consumer assistance or ombudsman established under PHS Act section 2793.

h. After a final external review decision, the IRO must maintain records of all claims and notices associated with the external review process for six years. An IRO must make such records available for examination by the Claim Administrator, State or Federal oversight agency upon request, except where such disclosure would violate State or Federal privacy laws, and you or your authorized representative.

**4. Reversal of plan's decision.** Upon receipt of a notice of a final external review decision reversing the Adverse Benefit Determination or Final Internal Adverse Benefit Determination, the Claim Administrator immediately must provide coverage or payment (including immediately authorizing or immediately paying benefits) for the claim.

## EXPEDITED EXTERNAL REVIEW

**1. Request for expedited external review.** Claim Administrator must allow you or your authorized representative to make a request for an expedited external review with the Claim Administrator at the time you receive:

**a.** An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical condition of the claimant for which the timeframe for completion of an expedited internal appeal under the interim final regulations would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function and you have filed a request for an expedited internal appeal; or

**b.** A Final Internal Adverse Benefit Determination, if the claimant has a medical condition where the timeframe for completion of a standard external review would seriously jeopardize your life or health or would jeopardize your ability to regain maximum function, or if the Final

ASO-1                    140

Internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which you received emergency services, but have not been discharged from a facility.

2. **Preliminary review.** Immediately upon receipt of the request for expedited external review, the Claim Administrator must determine whether the request meets the reviewability requirements set forth in the STANDARD EXTERNAL REVIEW section above. The Claim Administrator must immediately send you a notice of its eligibility determination that meets the requirements set forth in STANDARD EXTERNAL REVIEW section above.

3. **Referral to independent review organization.** Upon a determination that a request is eligible for external review following the preliminary review, the Claim Administrator will assign an IRO pursuant to the requirements set forth in the STANDARD EXTERNAL REVIEW section above. The Claim Administrator must provide or transmit all necessary documents and information considered in making the Adverse Benefit Determination or Final Internal Adverse Benefit Determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method.

The assigned IRO, to the extent the information or documents are available and the IRO considers them appropriate, must consider the information or documents described above under the procedures for standard review. In reaching a decision, the assigned IRO must review the claim de novo and is not bound by any decisions or conclusions reached during the Claim Administrator's internal claims and appeals process.

4. **Notice of final external review decision.** The Claim Administrator's contract with the assigned IRO must require the IRO to provide notice of the final external review decision, in accordance with the requirements set forth in the STANDARD EXTERNAL REVIEW section above, as expeditiously as your medical condition or circumstances require, but in no event more than 72 hours after the IRO receives the request for an expedited external review. If the notice is not in writing, within 48 hours after the date of providing that notice, the assigned IRO must provide written confirmation of the decision to the Claim Administrator and you or your authorized representative.

**EXHAUSTION**

For standard internal review, you have the right to request external review once the internal review process has been completed and you have received the Final Internal Adverse Benefit Determination. For expedited internal review, you may request external review simultaneously with the request for expedited internal review. The IRO will determine whether or not your request is appropriate for expedited external review or if the expedited internal review process must be completed before external review may be requested.

You will be deemed to have exhausted the internal review process and may request external review if the Claim Administrator waives the internal review process or the Claim Administrator has failed to comply with the internal claims and appeals process. In the event you have been deemed to exhaust the internal review process due to the failure by the Claim Administrator to comply with the internal claims and appeals process, you also have the right to pursue any available remedies under 502(a) of ERISA or under State law.

External review may not be requested for an Adverse Benefit Determination involving a claim for benefits for a health care service that you have already received until the internal review process has been exhausted.

# GENERAL PROVISIONS

## 1. CLAIM ADMINISTRATOR'S SEPARATE FINANCIAL ARRANGEMENTS WITH PROVIDERS AND OTHER ENTITIES

The Claim Administrator hereby informs you that it has contracts with certain Providers ("Administrator Providers") in its service area to provide and pay for health care services to all persons entitled to health care benefits under health policies and contracts to which the Claim Administrator is a party, including all persons covered under the Health Care Plan. Under certain circumstances described in its contracts with Administrator Providers, the Claim Administrator may:

- receive substantial payments from Administrator Providers with respect to services rendered to you for which the Claim Administrator was obligated to pay the Administrator Provider, or

- pay Administrator Providers substantially less than their Claim Charges for services, by discount or otherwise, or

- receive from Administrator Providers other substantial allowances under the Claim Administrator's contracts with them.

In the case of Hospitals and other facilities, the calculation of any out-of-pocket maximums or any maximum amounts of benefits payable by the Claim Administrator as described in this benefit booklet and the calculation of all required deductible and Coinsurance amounts payable by you as described in this benefit booklet shall be based on the Eligible Charge or Provider's Claim Charge for Covered Services rendered to you, reduced by the Average Discount Percentage ("ADP") applicable to your Claim or Claims. Your Employer has been advised that the Claim Administrator may receive such payments, discounts and/or other allowances during the term of the agreement between your Employer and the Claim Administrator. Neither the Employer nor you are entitled to receive any portion of any such payments, discounts and/or other allowances in excess of the ADP.

To help you understand how the Claim Administrator's separate financial arrangements with Providers work, please consider the following example:

a. Assume you go into the Hospital for one night and the normal, full amount the Hospital bills for Covered Services is $1,000. How is the $1,000 bill paid?

b. You personally will have to pay the deductible and Coinsurance amounts set out in your benefit booklet.

c. However, for purposes of calculating your deductible and Coinsurance amounts, and whether you have reached any out-of-pocket or benefit maximums, the Hospital's Eligible Charge would be reduced by the ADP applicable to your Claim. In our example, if the applicable ADP were 30%, the $1,000 Hospital bill would be reduced by 30% to $700 for

purposes of calculating your deductible and Coinsurance amounts, and whether you have reached any out-of-pocket or benefit maximums.

d. Assuming you have already satisfied your deductible, you will still have to pay the Coinsurance portion of the $1,000 Hospital bill after it has been reduced by the ADP. In our example, if your Coinsurance obligation is 20%, you personally will have to pay 20% of $700, or $140. You should note that your 20% Coinsurance is based on the full $1,000 Hospital bill, after it is reduced by the applicable ADP.

e. After taking into account the deductible and Coinsurance amounts, the Claim Administrator will satisfy its portion of the Hospital bill. In most cases, the Claim Administrator has a contract with Hospitals that allows it to pay less, and requires the Hospital to accept less, than the amount of money the Claim Administrator would be required to pay if it did not have a contract with the Hospital.

So, in the example we are using, since the full Hospital bill is $1,000, your deductible has already been satisfied, and your Coinsurance is $140, then the Claim Administrator has to satisfy the rest of the Hospital bill, or $860. Assuming the Claim Administrator has a contract with the Hospital, the Claim Administrator will usually be able to satisfy the $860 bill that remains after your Coinsurance and deductible, by paying less than $860 to the Hospital, often substantially less than $860. The Claim Administrator receives, and keeps for its own account, the difference between the $860 bill and whatever the Claim Administrator ultimately pays under its contracts with Administrator Providers, and neither you nor your Employer are entitled to any part of these savings.

The Claim Administrator or its subsidiaries or affiliates may also have ownership interests in or financial arrangements with certain Providers who provide Covered Services to covered persons and/or vendors or other third parties who provide services related to the Policy or provide services to certain Providers.

## 2. INTER-PLAN ARRANGEMENTS

### I. Out-of-Area Services

### Overview

The Claim Administrator has a variety of relationships with other Blue Cross and/or Blue Shield Licensees. Generally, these relationships are called "Inter-Plan Arrangements." These Inter-Plan Arrangements work based on rules and procedures issued by the Blue Cross Blue Shield Association ("Association"). Whenever you access healthcare services outside the geographic area the Claim Administrator serves, the Claim for those services may be processed through one of these Inter-Plan Arrangements. The Inter-Plan Arrangements are described below.

When you receive care outside of the Claim Administrator's service area, you will receive it from one of two kinds of Providers. Most Providers ("participating Providers") contract with the local Blue Cross and/or Blue Shield Licensee in that geographic area ("Host Blue"). Some Providers ("nonparticipating Providers") do not contract with the Host Blue. The Claim Administrator explains below how the Claim Administrator pays both kinds of Providers.

**Inter-Plan Arrangements Eligibility – Claim Types**

All claim types are eligible to be processed through Inter-Plan Arrangements, as described above, except for all dental care benefits except when paid as medical claims/benefits, and those prescription drug benefits or vision care benefits that may be administered by a third party contracted by the Claim Administrator to provide the specific service or services.

**A. BlueCard® Program**

Under the BlueCard Program, when you receive Covered Services within the geographic area served by a Host Blue, Claim Administrator will remain responsible for doing what we agreed to in the contract. However, the Host Blue is responsible for contracting with and generally handling all interactions with its participating Providers.

For Inpatient facility services received in a Hospital, the Host Blue's participating Provider is required to obtain Prior Authorization. If Prior Authorization is not obtained, the participating Provider will be sanctioned based on the Host Blue's contractual agreement with the Provider, and the member will be held harmless for the Provider sanction.

When you receive Covered Services outside the Claim Administrator's service area and the Claim is processed through the BlueCard Program, the amount you pay for Covered Services is calculated based on the lower of:

- The billed charges for Covered Services, or
- The negotiated price that the Host Blue makes available to the Claim Administrator.

To help you understand how this calculation would work, please consider the following example:

a. Suppose you receive Covered Services for an illness while you are on vacation outside of Illinois. You show your Identification Card to the provider to let him or her know that you are covered by the Claim Administrator.

b. The provider has negotiated with the Host Blue a price of $80, even though the provider's standard charge for this service is $100. In this example, the provider bills the Host Blue $100.

   c. The Host Blue, in turn, forwards the claim to the Claim Administrator and indicates that the negotiated price for the covered service is $80. The Claim Administrator would then base the amount you must pay for the service - the amount applied to your deductible, if any, and your coinsurance percentage - on the $80 negotiated price, not the $100 billed charge.

   d. So, for example, if your coinsurance is 20%, you would pay $16 (20% of $80), not $20 (20% of $100). You are not responsible for amounts over the negotiated price for a covered service.

PLEASE NOTE: The coinsurance percentage in the above example is for illustration purposes only. The example assumes that you have met your deductible and that there are no copayments associated with the service rendered. Your deductible(s), Coinsurance and Copayment(s) are specified in this benefit booklet.

Often, this "negotiated price" will be a simple discount that reflects an actual price that the Host Blue pays to your healthcare provider. Sometimes, it is an estimated price that takes into account special arrangements with your healthcare provider or provider group that may include types of settlements, incentive payments, and/or other credits or charges. Occasionally, it may be an average price, based on a discount that results in expected average savings for similar types of healthcare providers after taking into account the same types of transactions as with an estimated price.

Estimated pricing and average pricing also take into account adjustments to correct for over or underestimation of modifications of past pricing of Claims, as noted above. However, such adjustments will not affect the price the Claim Administrator has used for your claim because they will not be applied after a Claim has already been paid.

**B. Negotiated (non–BlueCard Program) Arrangements**

With respect to one or more Host Blues, instead of using the BlueCard Program, the Claim Administrator may process your claims for Covered Services through Negotiated Arrangements for National Accounts.

The amount you pay for Covered Services under this arrangement will be calculated based on the lower of either billed charges for Covered Services or negotiated price (refer to the description of negotiated price under Section A, BlueCard Program) made available to the Claim Administrator by the Host Blue.

If reference-based benefits, which are service-specific benefit dollar limits for specific procedures, based on a Host Blue's local market rates, are made available to you, you will be responsible for the amount that the healthcare provider bills above the specific reference benefit limit for the given procedure. For a participating Provider, that amount will be the difference between the negotiated price and the reference benefit limit. For a nonparticipating Provider, that amount will be the difference between the Provider's billed charge and the reference benefit limit. Where a reference

benefit limit is greater than either a negotiated price or a Provider's billed charge, you will incur no liability, other than any related patient cost sharing under this agreement.

### C. Special Cases: Value-Based Programs

*BlueCard® Program*

If you receive Covered Services under a Value-Based Program inside a Host Blue's service area, you will not be responsible for paying any of the Provider incentives, risk-sharing, and/or Care Coordinator Fees that are a part of such an arrangement, except when a Host Blue passes these fees to the Claim Administrator through average pricing or fee schedule adjustments.

*Value-Based Programs: Negotiated (non–BlueCard Program) Arrangements*

If the Claim Administrator has entered into a Negotiated Arrangement with a Host Blue to provide Value-Based Programs to your Employer on your behalf, the Claim Administrator will follow the same procedures for Value-Based Programs administration and Care Coordinator Fees as noted above for the BlueCard Program.

### D. Inter-Plan Programs: Federal/State Taxes/Surcharges/Fees

Federal or state laws or regulations may require a surcharge, tax or other fee that applies to self-funded accounts. If applicable, the Claim Administrator will include any such surcharge, tax or other fee as part of the Claim Charge passed on to you.

### E. Non-Participating Healthcare Providers Outside The Claim Administrator's Service Area

### a. Member Liability Calculation

(1) In General

When Covered Services are provided outside of the Claim Administrator's service area by non-participating Providers, the amount(s) you pay for such services will be calculated using the methodology described in the benefit booklet for non-participating Providers located inside our service area. You may be responsible for the difference between the amount that the non-participating Provider bills and the payment the Claim Administrator will make for the Covered Services as set forth in this paragraph.

(2) Exceptions

In some exception cases, the Claim Administrator may, but is not required to, negotiate a payment with such non-participating Provider on an exception basis. If a negotiated payment is not available, then the Claim Administrator may make a payment based on the lesser of:

> 1. The amount calculated using the methodology described in the benefit booklet for non-participating Providers located inside our service area (and described in Section (a)(1) above); or

2. The following:

    a. For professional Providers, make a payment based on publicly available Provider reimbursement data for the same or similar services, adjusted for geographical differences where applicable, or

    b. For Hospital or facility Providers, make a payment based on publicly available data reflecting the approximate costs that Hospitals or facilities have reportedly incurred historically to provide the same or similar service, adjusted for geographical differences where applicable, plus a margin factor for the Hospital or facility.

In these situations, you may be liable for the difference between the amount that the non-participating Provider bills and the payment the Claim Administrator will make for the Covered Services as set forth in this paragraph.

### F. Blue Cross Blue Shield Global® Core

If you are outside the United States, the Commonwealth of Puerto Rico, and the U.S. Virgin Islands (hereinafter "BlueCard service area"), you may be able to take advantage of the Blue Cross Blue Shield Global Core when accessing Covered Services. The Blue Cross Blue Shield Global Core is unlike the BlueCard Program available in the BlueCard service area in certain ways. For instance, although the Blue Cross Blue Shield Global Core assists you with accessing a network of Inpatient, Outpatient and Professional Providers, the network is not served by a Host Blue. As such, when you receive care from Providers outside the BlueCard service area, you will typically have to pay the Providers and submit the Claims yourself to obtain reimbursement for these services.

If you need medical assistance services (including locating a doctor or Hospital) outside the BlueCard service area, you should call the service center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week. An assistance coordinator, working with a medical professional, can arrange a Physician appointment or hospitalization, if necessary.

- **Inpatient Services**

  In most cases, if you contact the service center for assistance, hospitals will not require you to pay for covered Inpatient services, except for your cost-share amounts/Deductibles, Coinsurances, etc. In such cases, the hospital will submit your claims to the service center to begin claims processing. However, if you paid in full at the time of service, you must submit a Claim to receive reimbursement for Covered Services. **You must contact the Claim Administrator to obtain Prior Authorization for non-emergency Inpatient services.**

- **Outpatient Services**

  Outpatient Services are available for Emergency Care. Physicians, urgent care centers and other Outpatient Providers located outside the BlueCard service area will typically require you to pay in full at the time of service. You must submit a Claim to obtain reimbursement for Covered Services.

- **Submitting a Blue Cross Blue Shield Global Core Claim**

  When you pay for Covered Services outside the BlueCard service area, you must submit a Claim to obtain reimbursement. For institutional and professional Claims, you should complete a Blue Cross Blue Shield Global Core International claim form and send the Claim form with the Provider's itemized bill(s) to the service center (the address is on the form) to initiate Claims processing. Following the instructions on the Claim form will help ensure timely processing of your Claim. The Claim form is available from the Claim Administrator, the service center or online at www.bcbsglobalcore.com. If you need assistance with your Claim submission, you should call the service center at 1.800.810.BLUE (2583) or call collect at 1.804.673.1177, 24 hours a day, seven days a week.

**Servicing Plans**

In some instances, the Claim Administrator has entered into agreements with other Blue Cross and Blue Shield Plans ("Servicing Plans") to provide, on the Claim Administrator's behalf, Claim Payments and certain administrative services for you. Under these agreements, the Claim Administrator will reimburse each Servicing Plan for all Claim Payments made on the Claim Administrator's behalf for you.

Certain Servicing Plans may have contracts similar to the contracts described above with certain Providers ("Servicing Plan Providers") in their service area. The Servicing Plan will process your claim in accordance with the Servicing Plan's applicable contract with the Servicing Plan Provider. Further, all amounts payable to the Servicing Plan by the Claim Administrator for Claim Payments made by the Servicing Plan and applicable service charges, and all benefit maximum amounts and any required deductible and Coinsurance amounts under this Health Care Plan will be calculated on the basis of the Servicing Plan Provider's Eligible Charge for Covered Services rendered to you or the cost agreed upon between the Servicing Plan and the Claim Administrator for Covered Services that the Servicing Plan passes to the Claim Administrator, whichever is lower.

Often, the agreed upon cost is a simple discount. Sometimes, however, the agreed upon cost may represent either an estimated discount or an average discount received or expected by the Servicing Plan based on separate financial arrangements with Servicing Plan Providers.

In other instances, laws in a small number of states dictate the basis upon which the Coinsurance is calculated. When Covered Services are rendered in those states, the Coinsurance amount will be calculated using the state's statutory method.

### Claim Administrator's Separate Financial Arrangements with Pharmacy Benefit Managers

The Claim Administrator owns a significant portion of the equity of Prime Therapeutics LLC and informs you that the Claim Administrator has entered into one or more agreements with Prime Therapeutics LLC or other entities (collectively referred to as "Pharmacy Benefit Managers") to provide, on the Claim Administrator's behalf, Claim Payments and certain administrative services for your prescription drug benefits. Pharmacy Benefit Managers have agreements with pharmaceutical manufacturers to receive rebates for using their products. The Pharmacy Benefit Manager may share a portion of those rebates with the Claim Administrator. In addition, the mail-order pharmacy and specialty pharmacy operate through an affiliate partially owned by Prime Therapeutics, LLC. Neither the Employer nor you are entitled to receive any portion of such rebates.

Prime negotiates rebate contracts with pharmaceutical manufacturers on behalf of the Claim Administrator, but does not retain any rebates (although Prime may retain any interest or late fees earned on rebates received from manufactures to cover the administrative costs of processing late payments). The Claim Administrator may also negotiate rebate contracts with pharmaceutical manufacturers. The Claim Administrator may receive such rebates from Prime or pharmaceutical manufacturers. You are not entitled to receive any portion of any such rebates.

### 3. PAYMENT OF CLAIMS AND ASSIGNMENT OF BENEFITS

a. Under this Health Care Plan, the Claim Administrator has the right to make any benefit payment either to you or directly to the Provider of the Covered Services. For example, the Claim Administrator may pay benefits to you if you receive Covered Services from a Non-Administrator Provider. The Claim Administrator is specifically authorized by you to determine to whom any benefit payment should be made.

b. Once Covered Services are rendered by a Provider, you have no right to request the Claim Administrator not to pay the Claim submitted by such Provider and no such request will be given effect. In addition, the Claim Administrator will have no liability to you or any other person because of its rejection of such request.

c. A covered person's claim for benefits under this Health Care Plan is expressly non-assignable and non-transferable in whole or in part to any person or entity, including any Provider, at anytime before or after Covered Services are rendered to a covered person. Coverage under this Health Care Plan is expressly non-assignable and non-transferable and

ASO-1                               150

will be forfeited if you attempt to assign or transfer coverage or aid or attempt to aid any other person in fraudulently obtaining coverage. Any such assignment or transfer of a claim for benefits or coverage shall be null and void.

### 4. YOUR PROVIDER RELATIONSHIPS

a. The choice of a Provider is solely your choice and the Claim Administrator will not interfere with your relationship with any Provider.

b. The Claim Administrator does not itself undertake to furnish health care services, but solely to make payments to Providers for the Covered Services received by you. The Claim Administrator is not in any event liable for any act or omission of any Provider or the agent or employee of such Provider, including, but not limited to, the failure or refusal to render services to you. Professional services which can only be legally performed by a Provider are not provided by the Claim Administrator. Any contractual relationship between a Physician and an Administrator Provider shall not be construed to mean that the Claim Administrator is providing professional service.

c. The use of an adjective such as Participating, Administrator, Preferred or approved in modifying a Provider shall in no way be construed as a recommendation, referral or any other statement as to the ability or quality of such Provider. In addition, the omission, non-use or non-designation of Participating, Administrator, Preferred, approved or any similar modifier or the use of a term such as Non-Administrator or Non-Participating should not be construed as carrying any statement or inference, negative or positive, as to the skill or quality of such Provider.

d. Each Provider provides Covered Services only to you and does not interact with or provide any services to your Employer (other than as an individual covered person) or your Employer's ERISA Health Benefit Program.

### 5. NOTICES

Any information or notice which you furnish to the Claim Administrator under the Health Care Plan as described in this benefit booklet must be in writing and sent to the Claim Administrator at its offices at 300 East Randolph, Chicago, Illinois 60601 (unless another address has been stated in this benefit booklet for a specific situation). Any information or notice which the Claim Administrator furnishes to you must be in writing and sent to you at your address as it appears on the Claim Administrator's records or in care of your Employer and if applicable, in the case of a Qualified Medical Child Support Order, to the designated representative as it appears on the Claim Administrator's records. The Claim Administrator may also provide such notices electronically to the extent permitted by applicable law.

**6. LIMITATIONS OF ACTIONS**

No legal action may be brought to recover under the Health Care Plan as described in this benefit booklet, prior to the expiration of sixty (60) days after a Claim has been furnished to the Claim Administrator in accordance with the requirements described in this benefit booklet. In addition, no such action shall be brought after the expiration of three (3) years after the time a Claim is required to be furnished to the Claim Administrator in accordance with the requirements described in this benefit booklet.

**7. INFORMATION AND RECORDS**

You agree that it is your responsibility to insure that any Provider, other Blue Cross and Blue Shield Plan, insurance company, employee benefit association, government body or program, any other person or entity, having knowledge of or records relating to (a) any illness or injury for which a Claim or Claims for benefits are made under the Health Care Plan, (b) any medical history which might be pertinent to such illness, injury, Claim or Claims, or (c) any benefits or indemnity on account of such illness or injury or on account of any previous illness or injury which may be pertinent to such Claim or Claims, furnish to the Claim Administrator or its agent, and agree that any such Provider, person or other entity may furnish to the Claim Administrator or its agent, at any time upon its request, any and all information and records (including copies of records) relating to such illness, injury, Claim or Claims. In addition, the Claim Administrator may furnish similar information and records (or copies of records) to Providers, Blue Cross and Blue Shield Plans, insurance companies, governmental bodies or programs or other entities providing insurance type benefits requesting the same. It is also your responsibility to furnish the Claim Administrator and/or your Employer or group administrator information regarding your or your dependents becoming eligible for Medicare, termination of Medicare eligibility or any changes in Medicare eligibility status in order that the Claim Administrator be able to make Claim Payments in accordance with MSP laws.

**Effective 11/1/2019**

**8. OVERPAYMENT**

If your group's benefit plan or the Claim Administrator pays benefits for eligible expenses incurred by you or your dependents and it is found that the payment was more than it should have been, or it was made in error ("Overpayment"), your group's benefit plan or the Claim Administrator has the right to obtain a refund of the Overpayment amount from: (i) the person to, or for whom, such benefits were paid, or (ii) any insurance company or plan, or (iii) any other persons, entities, or organizations, including, but not limited to Participating Providers or Non-Participating Providers.

If no refund is received, your group's benefit plan and/or Blue Cross and Blue Shield (in its capacity as insurer or administrator) has the right to deduct any refund for any Overpayment due up to an amount equal to the Overpayment, from any future benefit payment, or other payment, made by this plan to any person or entity under this benefit booklet, whether for the same or a different member, provided that in all cases, any amount recovered is from the party that received the Overpayment.

**Balance Billing and Other Protections**

Federal requirements, including, but not limited to, the Consolidated Appropriations Act, may impact Your benefits. BCBSIL will apply federal requirements to your benefit plan, where applicable.

For some types of out-of-network care, your health care Provider may not bill you more than your in-network Copayment/Coinsurance. If you receive the types of care listed below, your Copayment/Coinsurance will be calculated as if you received Covered Services from a Participating Provider. Those Copayment/Coinsurance amounts will apply to any in-network Deductible and out-of-pocket maximums.

- Emergency Care from non-Participating facilities or Providers;
- Care furnished by non-Participating Providers during your visit to a Participating facility; and
- Air ambulance services from non-Participating Providers, if your Plan covers in-network air ambulance services.

There are limited instances when a non-Participating Provider of the care listed above may send you a bill for up to the amount of that Provider's billed charges. You are only responsible for payment of the out-of-network Provider's billed charges if, in advance of receiving services, you signed a written notice that informed you of:

- The Provider's out-of-network status;
- In the case of services received from a non-Participating Provider at a Participating facility, a list of Participating Providers at the facility who could offer the same services;
- Information about whether Prior Authorization or other Utilization Management limitations may be required in advance of services; and
- A good faith estimate of the Provider's charges.

Your Provider cannot ask you to be responsible for paying billed charges for certain types of services, including emergency medicine, anesthesiology, pathology, radiology, and neonatology, and other specialists as may be defined by applicable law.

# SUBROGATION AND RIGHT OF RECOVERY PROVISION

The provisions of this section apply to all current or former Plan participants and also to the parents, guardian, or other representative of a dependent child who incurs claims and is or has been covered by the Plan. The Plan's right to recover (whether by subrogation or reimbursement) shall apply to the personal representative of your estate, your decedents, minors, and incompetent or disabled persons. "You" or "your" includes anyone on whose behalf the Plan pays benefits. No adult covered person hereunder may assign any rights that it may have to recover medical expenses from any tortfeasor or other person or entity to any minor child or children of said adult covered person without the prior express written consent of the Plan.

The Plan's right of subrogation or reimbursement, as set forth below, extend to all insurance coverage available to you due to an injury, illness or condition for which the Plan has paid medical claims (including, but not limited to, liability coverage, uninsured motorist coverage, underinsured motorist coverage, personal umbrella coverage, medical payments coverage, workers' compensation coverage, no-fault automobile coverage or any first party insurance coverage).

Your health Plan is always secondary to automobile no-fault coverage, personal injury protection coverage, or medical payments coverage.

### Subrogation

The right of subrogation means the Plan is entitled to pursue any claims that you may have in order to recover the benefits paid by the Plan. Immediately upon paying or providing any benefit under the Plan, the Plan shall be subrogated to (stand in the place of) all rights of recovery with respect to any claim or potential claim against any party, due to an injury, illness or condition to the full extent of benefits provided or to be provided by the Plan. The Plan may assert a claim or file suit in your name and take appropriate action to assert its subrogation claim, with or without your consent. The Plan is not required to pay you part of any recovery it may obtain, even if it files suit in your name.

### Reimbursement

If you receive any payment as a result of an injury, illness or condition, you agree to reimburse the Plan first from such payment for all amounts the Plan has paid and will pay as a result of that injury, illness or condition, up to and including the full amount of your recovery.

### Constructive Trust

By accepting benefits (whether the payment of such benefits is made to you or made on your behalf to any provider) you agree that if you receive any payment as a result of an injury, illness or condition, you will serve as a constructive trustee over those funds.

**Lien Rights**

Further, the Plan will automatically have a lien to the extent of benefits paid by the Plan for the treatment of the illness, injury or condition upon any recovery whether by settlement, judgment, or otherwise, related to treatment for any illness, injury or condition for which the Plan paid benefits. The lien may be enforced against any party who possesses funds or proceeds representing the amount of benefits paid by the Plan including, but not limited to, you, your representative or agent, and/or any other source possessing funds representing the amount of benefits paid by the Plan.

**Assignment**

In order to secure the Plan's recovery rights, you agree to assign to the Plan any benefits or claims or rights of recovery you have under any automobile policy or other coverage, to the full extent of the Plan's subrogation and reimbursement claims. This assignment allows the Plan to pursue any claim you may have, whether or not you choose to pursue the claim.

**First-Priority Claim**

By accepting benefits from the Plan, you acknowledge that the Plan's recovery rights are a first priority claim and are to be repaid to the Plan before you receive any recovery for your damages. The Plan shall be entitled to full reimbursement on a first-dollar basis from any payments, even if such payment to the Plan will result in a recovery which is insufficient to make you whole or to compensate you in part or in whole for the damages sustained. The Plan is not required to participate in or pay your court costs or attorney fees to any attorney you hire to pursue your damage claim.

**Applicability to All Settlements and Judgments**

The terms of this entire subrogation and right of recovery provision shall apply and the Plan is entitled to full recovery regardless of whether any liability for payment is admitted and regardless of whether the settlement or judgment identifies the medical benefits the Plan provided or purports to allocate any portion of such settlement or judgment to payment of expenses other than medical expenses. The Plan is entitled to recover from any and all settlements or judgments, even those designated as pain and suffering, non-economic damages, and/or general damages only. The Plan's claim will not be reduced due to your own negligence.

**Cooperation**

You agree to cooperate fully with the Plan's efforts to recover benefits paid. It is your duty to notify the Plan within 30 days of the date when any notice is given to any party, including an insurance company or attorney, of your intention to pursue or investigate a claim to recover damages or obtain compensation due to your injury, illness or condition. You and your agents shall provide all information requested by the Plan, the Claims Administrator or its representative including, but not limited to, completing and submitting any applications or other forms or statements as the Plan may reasonably request and all documents related to or

ASO-1                                    155

filed in person injury litigation. Failure to provide this information, failure to assist the Plan in pursuit of its subrogation rights, or failure to reimburse the Plan from any settlement or recovery you receive may result in the termination of your health benefits or the institution of court proceedings against you.

You shall do nothing to prejudice the Plan's subrogation or recovery interest or to prejudice the Plan's ability to enforce the terms of this Plan provision. This includes, but is not limited to, refraining from making any settlement or recovery that attempts to reduce or exclude the full cost of all benefits provided by the Plan. If you fail to cooperate with the Plan in its efforts to recover such amounts or do anything to hinder or prevent such a recovery, you will cease to be entitled to any further Plan benefits. The Plan will also have the right to withhold or offset future benefit payments up to the amount of any settlement, judgment, or recovery you obtain, regardless of whether the settlement, judgment or recovery is designated to cover future medical benefits or expenses.

You acknowledge that the Plan has the right to conduct an investigation regarding the injury, illness or condition to identify potential sources of recovery. The Plan reserves the right to notify all parties and his/ her agents of its lien. Agents include, but are not limited to, insurance companies and attorneys.

You acknowledge that the Plan has notified you that it has the right pursuant to the Health Insurance Portability & Accountability Act ("HIPAA"), 42 U.S.C. Section 1301 et seq, to share your personal health information in exercising its subrogation and reimbursement rights.

**Interpretation**

In the event that any claim is made that any part of this subrogation and right of recovery provision is ambiguous or questions arise concerning the meaning or intent of any of its terms, the Claims Administrator for the Plan shall have the sole authority and discretion to resolve all disputes regarding the interpretation of this provision.

**Jurisdiction**

By accepting benefits from the Plan, you agree that any court proceeding with respect to this provision may be brought in any court of competent jurisdiction as the Plan may elect. By accepting such benefits, you hereby submit to each such jurisdiction, waiving whatever rights may correspond by reason of your present or future domicile. By accepting such benefits, you also agree to pay all attorneys' fees the Plan incurs in successful attempts to recover amounts the Plan is entitled to under this section.

**Workers Compensation**

If benefits are paid under the Blue Cross Blue Shield medical benefits Plan and Blue Cross Blue Shield determines you received Workers' Compensation benefits for the same incident, Blue Cross Blue Shield has the right to recover as described under the Subrogation and Right of Reimbursement provision. Blue Cross Blue Shield, on behalf of the Plan, will exercise its right to recover against you.

The Recovery Rights will be applied even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- No final determination is made that bodily injury or illness was sustained in the course of or resulted from your employment;
- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by you or the Workers' Compensation carrier; or
- The medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

You hereby agree that, in consideration for the coverage provided by this Blue Cross Blue Shield medical benefits Plan, you will notify Blue Cross Blue Shield of any Workers' Compensation claim you make, and that you agree to reimburse Blue Cross Blue Shield on behalf of the Plan, as described above.

If benefits are paid under this Blue Cross Blue Shield medical benefits Plan, and you or your covered dependent recover from a responsible party by settlement, judgment or otherwise, Blue Cross Blue Shield, on behalf of the Plan, has a right to recover from you or your covered dependent an amount equal to the amount the Plan paid.

**Recovery of Overpayments**

**Health Coverage**

If a benefit payment is made by the Plan, to or on your behalf, which exceeds the benefit amount that you are entitled to receive, the Plan has the right:

- To require the return of the overpayment; or
- To reduce by the amount of the overpayment, any future benefit payment made to or on behalf of that person or another person in his or her family.

Such right does not affect any other right of recovery the Plan may have with respect to such overpayment.

Administered by:



## BlueCross BlueShield of Illinois

*Experience. Wellness. Everywhere.*℠

ASO-1

Effective Date: January 1, 2022
www.bcbsil.com

A Division of Health Care Service Corporation, a Mutual Legal Reserve Company,
an Independent Licensee of the Blue Cross and Blue Shield Association

Blue Cross and Blue Shield of Illinois provides administrative services only and
does not assume any financial risk or obligation with respect to claims.

# EXHIBIT 3


**BlueCross BlueShield**
**of Illinois**

October 28, 2023

| | |
|---|---|
| **Subscriber:** | Allison B▪▪▪▪ |
| **Group/Sub. No.:** | 287832/000848422953 |
| **Claim No.:** | 30785514H940H, 30785514H950H, 30785514H960H, 30785519J820H, 30785519J840H, 30785520J190H, 30965561F710H, 312555D62970H, 315755288A80H, 3191559X2730H, 321655525Y40H and 32485530A140H |
| **Appeal ID No.:** | 532874336 |
| **Appeal Type:** | Member |

Allison B▪▪▪▪

| | |
|---|---|
| Phone: | (800)435-0108 |
| Fax: | (918)551-2011 |
| Email: | Appeals@bcbsil.com |

---

**Subject:  Your Appeal Results**

Dear Allison B▪▪▪:

We received your first level appeal on October 25, 2023, for the denial of the below treatment or service(s) for the below mentioned member. The appeal has been reviewed by an Appeals Specialist who was not involved in the prior denial. Supporting documentation of this appeal decision is listed below.

| **Appeal Decision** | After careful review of the information we have, the appeal request has been **denied**. |
|---|---|

| Service(s) | Residential Treatment | | |
|---|---|---|---|
| Member | ▪▪▪▪▪▪ | Provider | James Palmer, D.O. |
| Service Date(s) | September 19, 2022 through August 11, 2023 | Facility | Maple Lake Academy |
| Initial Decision | Services are not covered by contract for this type of provider., This course of treatment was not pre-approved. No payment can be made., Medical/Surgical advisor contacted but did not approve service/treatment. Clinical | Initial Decision Code | 273, PS1, PS2 |
| Initial Decision Date | October 12, 2023 | Claim Amount | $245,250.00 |

---

**bcbsil.com**

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Page 1 of 4

BCBSIL_AB_0002916


**BlueCross BlueShield of Illinois**

October 28, 2023

| | |
|---|---|
| Subscriber: | Allison B█ |
| Group/Sub. No.: | 287832/000848422953 |
| Claim No.: | 30785514H940H, 30785514H950H, 30785514H960H, 30785519J820H, 30785519J840H, 30785520J190H, 30965561F710H, 312555D62970H, 315755288A80H, 3191559X2730H, 321655525Y40H and 32485530A140H |
| Appeal ID No.: | 532874336 |
| Appeal Type: | Member |


Allison B█

| | |
|---|---|
| Phone: | (800)435-0108 |
| Fax: | (918)551-2011 |
| Email: | Appeals@bcbsil.com |

This is a Member appeal requesting reconsideration of residential treatment services.

The above-referenced claims were processed correctly according to the member's benefits. Preauthorization review was not performed because the services billed are not covered for the provider which requested preauthorization and subsequently billed for the services.

Although Maple Lake does meet the definition of "Provider," it does not meet the meet the minimum Blue Cross and Blue Shield requirements to be defined as a "Residential Treatment Center" due to lack of 24-hour nursing staff. This requirement applies only to residential treatment facilities. Because the services billed are residential treatment services and the provider does not meet the definition of "Residential Treatment Center", the services billed are not covered.

**Procedure(s) Reviewed:**
Residential Treatment

**Additional information can be found in the member's ACCENTURE, LLP Summary Plan Description and/or benefit booklet:**

"DEFINITIONS SECTION

CLAIM ADMINISTRATOR.....means Blue Cross and Blue Shield of Illinois.

RESIDENTIAL TREATMENT CENTER......means a facility setting offering a defined course of therapeutic intervention and special programming in a controlled environment which also offers a degree of security, supervision, structure and is licensed by the appropriate state and local authority to provide such service. It does not include halfway houses, supervised living, group homes, wilderness programs, boarding houses or other facilities that provide primarily a supportive environment and address long-term social needs, even if counseling is provided in such facilities. Patients are medically monitored with 24 hour medical availability and 24 hour onsite nursing service for patients with Mental Illness and/or Substance Use Disorders. Any Mental Illness and/or Substance Use Disorder Residential Treatment Center must be licensed in the state where it is located, or accredited by a national organization that is recognized by the Claim Administrator as set forth in its current credentialing policy, and otherwise meets all other credentialing requirements set forth in such policy.

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Page 2 of 4

CONFIDENTIAL BCBSIL_AB_0002917



**BlueCross BlueShield of Illinois**

October 28, 2023

| | |
|---|---|
| Subscriber: | Allison B▮ |
| Group/Sub. No.: | 287832/000848422953 |
| Claim No.: | 30785514H940H, 30785514H950H, 30785514H960H, 30785519J820H, 30785519J840H, 30785520J190H, 30965561F710H, 312555D62970H, 315755288A80H, 3191559X2730H, 321655525Y40H and 32485530A140H |
| Appeal ID No.: | 532874336 |
| Appeal Type: | Member |

Allison B▮

| | |
|---|---|
| Phone: | (800)435-0108 |
| Fax: | (918)551-2011 |
| Email: | Appeals@bcbsil.com |

PROVIDER.....means any health care facility (for example, a Hospital or Skilled Nursing Facility) or person (for example, a Physician or Dentist) or entity duly licensed to render Covered Services to you, and operating within the scope of such license.

A "Non-Participating Provider" means an Administrator Hospital or Professional Provider which does not have a written agreement with the Claim Administrator or another Blue Cross and/or Blue Shield Plan to provide services to participants in the Participating Provider Option program or a facility which has not been designated by the Claim Administrator as a Participating Provider."

"CLAIM ADMINISTRATOR'S BEHAVIORAL HEALTH UNIT

PREAUTHORIZATION REVIEW

◻ Residential Treatment Center Preauthorization Review Preauthorization review is not a guarantee of benefits. Actual availability of benefits is subject to eligibility and the other terms, conditions, limitations and exclusions of this Health Care Plan.

Whenever an admission to a Residential Treatment Center for the treatment of Mental Illness is recommended by your Physician, you must, in order to receive maximum benefits under this Health Care Plan, call the Behavioral Health Unit. This call must be made at least one day prior to scheduling of the admission. Providers may Preauthorize services for you, when required, but it is your responsibility to ensure Preauthorization the requirements are satisfied, as described in this section. This call must be made at least one day prior to the Inpatient Hospital admission."

If you don't agree with this decision, you have the right to a second internal appeal. You may send us more evidence or give a statement to support your claim. Mail your second appeal and any related information you'd like to add within 180 days of the date of this letter (with time allowed for mail delivery) to:

Claim Review Section
Health Care Service Corporation
PO Box 660603
Dallas, TX 75266-0603

If your request is not received within the time frame, your right to a review ends.

**bcbsil.com**

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

CONFIDENTIAL

BCBSIL_AB_0002918



**BlueCross BlueShield of Illinois**

October 28, 2023

| | |
|---|---|
| Subscriber: | Allison B▮ |
| Group/Sub. No.: | 287832/000848422953 |
| Claim No.: | 30785514H940H, 30785514H950H, 30785514H960H, 30785519J820H, 30785519J840H, 30785520J190H, 30965561F710H, 312555D62970H, 315755288A80H, 3191559X2730H, 321655525Y40H and 32485530A140H |
| Appeal ID No.: | 532874336 |
| Appeal Type: | Member |

Allison B▮

| | |
|---|---|
| Phone: | (800)435-0108 |
| Fax: | (918)551-2011 |
| Email: | Appeals@bcbsil.com |

The member or the authorized representative acting on behalf of the member may request, free of charge, a copy of any benefit provision, guideline, protocol, or other similar criterion that we relied upon to make this determination. The member may also, upon request, obtain free copies of all documents relevant to the appeal including the specific treatment and diagnosis code(s) and any new or additional evidence (if applicable) not utilized during the prior reviews.

If we accept a form naming an authorized representative it is not an acceptance of assignment or waiver of any anti-assignment provisions of the member's benefits information. Please refer to the anti-assignment provisions, if any, in the Summary Plan Description and/or benefit booklet for more information.

To receive benefits, you must be eligible. The terms, rules and limits of your plan will be applied. Benefits will also be based on whether the Provider(s) used for treatment are eligible with the plan's network. For more details, please refer to the member's benefits information.

If you have questions or to request copies, please contact Customer Service at (800)435-0108.

Sincerely,

*Seth O.*

Seth O.
Appeals Specialist II
Appeals Department

Attachment:
IL02.G.UGF.F

**bcbsil.com**

Blue Cross and Blue Shield of Illinois, a Division of Health Care Service Corporation, a Mutual Legal Reserve Company, an Independent Licensee of the Blue Cross and Blue Shield Association

Page 4 of 4

**BlueCross BlueShield of Illinois**

### IMPORTANT INFORMATION (Retain for your records)

If we have denied your claim for benefits, in whole or in part, for a treatment or service, rescinded (see your Benefit Booklet for details) your coverage, or denied or limited your eligibility, this document serves as part of your notice of the denial decision.

| Your Right to Appeal |
|---|
| You may appeal if you think you have been denied benefits in error. For all levels of appeals and reviews described below, you may give a written explanation of why you think we should change our decision and you may give any documents you want to add to make your point. For appeals, you may also make a verbal statement about your case.<br><br>Send a written appeal request to:    Blue Cross and Blue Shield of Illinois<br>        Claim Review Section<br>        PO Box 2401<br>        Chicago, IL 60690 |
| To file an appeal or if you have questions, please call 800-458-6024 (TTY/TDD: 711), send a fax to 888-235-2936, or send a secure email using our Message Center by logging into Blue Access for Members<sup>SM</sup> (BAM<sup>SM</sup>) at bcbsil.com |

| Authorized Representative |
|---|
| You can name a person to act for you (including an attorney) on your appeal or external review – known as an "authorized representative." To use an authorized representative, you must first complete the necessary form. Call us at the number above to request the form, or to get more information if the person this document was sent to cannot act on his or her own. In urgent care situations, a doctor may act as your authorized representative without completing the form. |

| Standard Appeal | |
|---|---|
| You, or an authorized representative (see above process for choosing someone to act for you), may appeal in writing or by phone. To send an appeal in writing use the contact information above and include any added information you want to give us as well as:<br><br>  &infin;  A copy of the decision letter or Explanation of Benefits (EOB)<br><br>  &infin;  The reference number or claim number (often found on the decision letter or EOB)<br><br>You can get copies free of charge of your relevant claim documents, including the rules, codes and guidelines we used in making a decision. To request the copies, use the contact information above. Unless your plan says otherwise, you have 180 calendar days from the date you received our initial decision to file your appeal. | |
| **What happens next?** | We will send you a written decision for appeals that need medical review within 30 calendar days after we receive your appeal request, or if you are appealing before getting a service. All other appeals will be answered within 60 calendar days. |

| Expedited (Urgent) Appeal | |
|---|---|
| You, your authorized representative, or your doctor, can ask for an expedited appeal if you or your doctor believe that your life or health could be threatened by waiting for a standard appeal. To do so, you, your doctor, or your authorized representative, should call us at 800-458-6024 (TTY/TDD: 711) or fax your request to 918-551-2011. You have 180 calendar days to file your expedited appeal request. You may also ask for an Expedited External (Outside) Review, as described below, at the same time by calling 800-458-6024. | |
| **What happens next?** | If you qualify for this type of appeal, we will give you a decision by phone within 72 hours after we receive your appeal request. |

CONFIDENTIAL

BCBSIL_AB_0002920

**BlueCross BlueShield of Illinois**

## Your Right to a Standard External (Outside) Review

You may ask for an external review with an Independent Review Organization (IRO) if your appeal was denied based on any of the reasons below. You may also ask for external review if we failed to give you a timely decision as stated in the Standard Appeal section above, and your claim was denied for one of these reasons:

- ∞ A decision about the medical need for or the experimental status of a recommended treatment
- ∞ A condition was considered pre-existing
- ∞ Your health care coverage was rescinded (see your Benefit Booklet for details), or
- ∞ Your claim was denied and involves services protected, or you believe to be protected, under the No Surprises Act

If your case qualifies for external review, an IRO will review your case (including any data you'd like to add), at no cost to you, and make a final decision. To ask for an external review, you'll need to complete the necessary form and submit it to BCBSIL. You may get a form by calling the number on your ID card. Unless your plan says otherwise, you have 4 months from the date you received the decision notice to file your external review request.

| **What happens next?** | If you qualify for an External Review, an IRO will review your case and mail you its decision within 45 calendar days. That decision is final and binding on BCBSIL and you. |
|---|---|

## Expedited (Urgent) External Review

You can ask for this type of review if:

- ∞ failure to get treatment in the time needed to complete an Expedited Appeal or an External Review would seriously harm your life, health or ability to regain maximum function;
- ∞ the request is about an admission, availability of care, continued stay or health care service that you received with emergency services, before your discharge from a facility;
- ∞ the request for treatment is experimental or investigational and your health care provider states in writing that the treatment would be much less effective if not promptly started; or,
- ∞ we failed to give you a decision within 72 hours of your request for an expedited appeal

The IRO that does the expedited external review will decide if the covered person needs to complete the expedited (urgent) appeal process before the Expedited (Urgent) External Review can be started. If you think your case may qualify for an Expedited External Review, call 800-458-6024.

| **What happens next?** | If you qualify for this type of review, the IRO will give you a decision within 72 hours. |
|---|---|

## Notice about Provider Appeals

If you used an in-network provider, your provider may be able to file an appeal request for benefits you've been denied. You and your provider may file appeals separately and at the same time. Deadlines for filing appeals or external review requests are not delayed by appeals made by your provider UNLESS you have chosen your provider to act for you as your authorized representative. Choosing your provider to act for you must be done in writing. If your provider is acting on your behalf, then the provider must meet the deadlines you would have to meet to file such requests.

## Additional Rights

If you receive your benefits through an employer, you may also have the right to bring an action under Section 502(a) of a law called ERISA. To learn more, call the Employee Benefits Security Administration at 866-444-EBSA (3272).

CONFIDENTIAL

BCBSIL_AB_0002921

**BlueCross BlueShield of Illinois**

---

### Department of Insurance

The Illinois Department of Insurance (IDOI) offers consumer assistance. If your standard or expedited (urgent) external review request does not qualify for review by your plan or its representatives, you may file an appeal with the IDOI at the Springfield address below. Also, if you have questions about your rights, wish to file a complaint or wish to take up your matter with the IDOI, you may use either address below.

| | |
|---|---|
| IDOI<br>320 W. Washington St.<br>Springfield, Illinois 62767-0001 | IDOI, Office of Consumer Health Insurance<br>122 S. Michigan Ave.,19th Floor<br>Chicago, Illinois 60603 |
| Review Request: 877-850-4740<br>Fax: 217-577-8495 | Complaints: 877-527-9431<br>Email: DOI.InfoDesk@illinois.gov |

IDOI Web: https://mc.insurance.illinois.gov

---

### Health care coverage is important for everyone.

We provide free communication aids and services for anyone with a disability or who needs language assistance. We do not discriminate on the basis of race, color, national origin, sex, gender identity, age, sexual orientation, health status or disability.

To receive language or communication assistance free of charge, please call us at 855-710-6984.

If you believe we have failed to provide a service, or think we have discriminated in another way, contact us to file a grievance.

| | | |
|---|---|---|
| Office of Civil Rights Coordinator<br>300 E. Randolph St.<br>35th Floor<br>Chicago, Illinois 60601 | Phone:<br>TTY/TDD:<br>Fax: | 855-664-7270 (voicemail)<br>855-661-6965<br>855-661-6960 |

You may file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights, at:

| | | |
|---|---|---|
| U.S. Dept. of Health & Human Services<br>200 Independence Avenue SW<br>Room 509F, HHH Building 1019<br>Washington, DC 20201 | Phone:<br>TTY/TDD:<br>Complaint Portal:<br>Complaint Forms: | 800-368-1019<br>800-537-7697<br>https://ocrportal.hhs.gov/ocr/portal/lobby.jsf<br>http://www.hhs.gov/ocr/office/file/index.html |

---

CONFIDENTIAL       BCBSIL_AB_0002922

**BlueCross BlueShield of Illinois**

If you, or someone you are helping, have questions, you have the right to get help and information in your language at no cost. To talk to an interpreter, call 855-710-6984.

| Español Spanish | Si usted o alguien a quien usted está ayudando tiene preguntas, tiene derecho a obtener ayuda e información en su idioma sin costo alguno. Para hablar con un intérprete, llame al 855-710-6984. |
|---|---|
| العربية Arabic | إن كان لديك أو لدى شخص تساعده أسئلة، فلديك الحق في الحصول على المساعدة والمعلومات الضرورية بلغتك من دون اية تكلفة. للتحدث مع مترجم فوري، اتصل على الرقم 855-710-6984. |
| 繁體中文 Chinese | 如果您, 或您正在協助的對象, 對此有疑問, 您有權利免費以您的母語獲得幫助和訊息。洽詢一位翻譯員, 請撥電話 號碼 855-710-6984。 |
| Français French | Si vous, ou quelqu'un que vous êtes en train d'aider, avez des questions, vous avez le droit d'obtenir de l'aide et l'information dans votre langue à aucun coût. Pour parler à un interprète, appelez 855-710-6984. |
| Deutsch German | Falls Sie oder jemand, dem Sie helfen, Fragen haben, haben Sie das Recht, kostenlose Hilfe und Informationen in Ihrer Sprache zu erhalten. Um mit einem Dolmetscher zu sprechen, rufen Sie bitte die Nummer 855-710-6984 an. |
| ગુજરાતી Gujarati | જો તમને અથવા તમે મદદ કરી રહ્યા હોય એવા કોઈ બીજી વ્યક્તિને એસ.બી.એમ. ક્રાયક્રમ બાબતે પ્રશ્નો હોય, તો તમને વિના ખર્ચે, તમારી ભાષામાં મદદ અને માહિતી મેળવવાનો હક્ક છે. દ્ભાષિયા સાથે વાત કરવા માટે આ નંબર 855-710-6984 પર કૉલ કરો. |
| हिंदी Hindi | यदि आपके, या आप जिसकी सहायता कर रहे हैं उसके, प्रश्न हैं, तो आपको अपनी भाषा में निःशुल्क सहायता और जानकारी प्राप्त करने का अधिकार है। किसी अनुवादक से बात करने के लिए 855-710-6984 पर कॉल करें। |
| Italiano Italian | Se tu o qualcuno che stai aiutando avete domande, hai il diritto di ottenere aiuto e informazioni nella tua lingua gratuitamente. Per parlare con un interprete, puoi chiamare il numero 855-710-6984. |
| 한국어 Korean | 만약 귀하 또는 귀하가 돕는 사람이 질문이 있다면 귀하는 무료로 그러한 도움과 정보를 귀하의 언어로 받을 수 있는 권리가 있습니다. 통역사가 필요하시면 855-710-6984 로 전화하십시오. |
| Diné Navajo | T'áá ni, éí doodago ła'da bíká anánílwo'ígíí, na'ídíłkidgo, ts'ídá bee ná ahóóti'i' t'áá niík'e níká a'doolwoł dóó bína'ídíłkidígíí bee nił h odoonih. Ata'dahalne'ígíí bich'į' hodíílnih kwe'é 855-710-6984. |
| فارسی Persian | اگر شما، یا کسی که شما به او کمک می کنید، سؤالی داشته باشید، حق این را دارید که به زبان خود، به طور رایگان کمک و اطلاعات دریافت نمایید. جهت گفتگو با یک مترجم شفاهی، با شماره 855-710-6984 تماس حاصل نمایید. |
| Polski Polish | Jeśli Ty lub osoba, której pomagasz, macie jakiekolwiek pytania, macie prawo do uzyskania bezpłatnej informacji i pomocy we własnym języku. Aby porozmawiać z tłumaczem, zadzwoń pod numer 855-710-6984. |
| Русский Russian | Если у вас или человека, которому вы помогаете, возникли вопросы, у вас есть право на бесплатную помощь и информацию, предоставленную на вашем языке. Чтобы связаться с переводчиком, позвоните по телефону 855-710-6984. |
| Tagalog Tagalog | Kung ikaw, o ang isang taong iyong tinutulungan ay may mga tanong, may karapatan kang makakuha ng tulong at impormasyon sa iyong wika nang walang bayad. Upang makipag-usap sa isang tagasalin-wika, tumawag sa 855-710-6984. |
| اردو Urdu | اگر آپ کو، یا کسی ایسے فرد کو جس کی آپ مدد کررہے ہیں، کوئی سوال درپیش ہے تو، آپ کو اپنی زبان میں مفت مدد اور معلومات حاصل کرنے کا حق ہے۔ مترجم سے بات کرنے کے لیے، 855-710-6984 پر کال کریں۔ |
| Tiếng Việt Vietnamese | Nếu quý vị, hoặc người mà quý vị giúp đỡ, có câu hỏi, thì quý vị có quyền được giúp đỡ và nhận thông tin bằng ngôn ngữ của mình miễn phí. Để nói chuyện với một thông dịch viên, gọi 855-710-6984. |

Page 4

CONFIDENTIAL

BCBSIL_AB_0002923

# EXHIBIT 4



# Principles of Care for Treatment of Children and Adolescents with Mental Illnesses in Residential Treatment Centers

## June 2010

These guidelines were developed by the Work Group on Healthcare Access and Economics: Michael Houston, M.D., co-chair, Harsh Trivedi, M.D., co-chair, Alan Axelson, M.D., Sherry Barron-Seabrook, M.D., David Berland, M.D., Martin Glasser, M.D., Sherry Goldman, M.D., Anthony Jackson, M.D., Lisa Ponfick, M.D., Barry Sarvet, M.D., Robert Schreter, M.D., Benjamin Shain, M.D., Ph.D., and AAP liaison Lynn Wegner. The Inpatient, Residential, and Partial Hospitalization Committee also reviewed these guidelines.  This committee includes Erin Malloy, M.D., chair, Basil Bernstein, M.D., Shashi Bhatia, M.D., Shiraz Butt, M.D., Jane Gaffrey, M.D., Gary J. Gosselin, M.D., Bruce M. Hassuk, M.D., Charles R. Joy, M.D., Kim J. Masters, M.D., Sricharan Moturi, M.D., M.P.H., Kambiz Pahlavan, M.D., and Michael T. Sorter, M.D.  AACAP Staff: Kristin Kroeger Ptakowski. Disclosures of potential conflicts of interest for individuals who developed and reviewed this document are provided at the end of the principles of care.[*]

This document was approved by AACAP Council in June 2010.
© 2010 by the American Academy of Child and Adolescent Psychiatry

## Introduction

The best place for children and adolescents is at home with their families. A child or adolescent with mental illness should be treated in the safest and least restrictive environment and needed services should be "wrapped-around" to provide more intensive home or community-based services. However, due to the severity of an individual's psychiatric illness, there are times when a patient's needs cannot be met in a community-based setting. The Child and Adolescent Service Intensity Instrument (CASII; AACAP, 2007) defines level of service intensity by a combination of variables: clinical services, support services, care environment, crisis stabilization and prevention services. When the treating clinician has considered less restrictive resources and determined that they are either unavailable or not appropriate for the patient's needs, it might be necessary for a child or adolescent to receive treatment in a psychiatric residential treatment center (RTC). In other cases the patient may have already received services in a less restrictive setting and they have not been successful. Psychiatric residential treatment is part of the medical spectrum of care. The array and intensity of services provided in individual residential treatment centers vary greatly. RTCs are programs designed to offer medically monitored intensive, comprehensive psychiatric treatment services for children and adolescents with mental illness or severe emotional disturbance. The assessment of an individual's appropriateness for treatment

within a RTC must include a number of factors, foremost being the child or adolescent's safety and the safety of others.

The best intervention for serious mental health issues that cannot be treated in the child's home environment is a facility that has a multidisciplinary treatment team providing safe, evidence-based care that is medically monitored. A mental health professional should lead this team. A psychiatrist with training and experience consistent with the age and problems of the children served should inform and monitor this process. The treatment should be family-driven with both the patient and the family included in all aspects of care. The key components of family-centered residential treatment are consistent with the *Building Bridges* resolution (SAMHSA, 2008) and include the following:[i]

- Maximize regular contact between the child and family
- Actively involve and support families with a child in residential treatment, and
- Provide ongoing support and aftercare for the child and family.

This document provides stake holders the best principles for treating children and adolescents in RTCs. There are some residential treatment centers that provide excellent care; however, the U.S. Government Accountability Office (GAO) has reported others have caused harm or death to a child. (GAO report 10/07, www.gao.gov/cgi-bin/getrpt?GAO-08-146T). At times state statute defines "boot camps" or "wilderness therapy programs" as residential treatment centers, but frequently they do not provide the array or intensity of services that would meet the definition of a clinical residential treatment center. Most of the "boot camps" and "wilderness programs" do not utilize a multidisciplinary team that includes psychologists, psychiatrists, pediatricians, and licensed therapists who are consistently involved in the child's care. Also, the Joint Commission nearly universally denies certification for these types of programs that fail to meet the quality of care guidelines for medically supervised care from licensed mental health professionals.

There are a number of standards for residential facilities, including those issued by state licensing boards, National Quality Programs (Joint Commission, URAC, and CARF), insurance companies, and federal governmental agencies (TRICARE/CMS). However, the oversight at the state level varies. There are no federal laws that regulate residential treatment programs, but facilities can voluntarily adopt national standards. The American Academy of Child and Adolescent Psychiatry (AACAP) endorses the adoption of the national Joint Commission standards for certification for residential facilities. However, there are a number of concerns that the Joint Commission does not address in its standards. This guideline is a supplement to the Joint Commission standards.

## I.    Program Description

An RTC is a facility that provides children and adolescents with a residential multidisciplinary mental health program under medical supervision and leadership. It is often utilized when the child cannot be treated in a community-based setting. Treatments should be implemented by a team of mental health professionals with graduate level training. Psychiatrists and mental health professionals should meet face-to-face on a weekly basis as a treatment team to assess progress and modify the treatment plan when necessary. The psychiatrist should also meet with the patient once a week or more as clinically indicated.

© 2010 American Academy of Child and Adolescent Psychiatry                     2

The RTC program should:
- Provide for the child's developmental, emotional, physical and educational needs including intensive mental health care, physical health care, and access to on-going education at the appropriate developmental level
- Offer different modalities of evidence-based treatment specific to the child's psychiatric, educational, developmental and medical disorders
- Follow national guidelines for treatment for specific mental disorders
- Train staff in evidence-based psychosocial interventions
- Train staff in the use of family-centered care
- State what conditions they do and do not treat and the types of treatment they are able to provide
- Have written policies covering significant events like injuries, elopements, restraints, as well as patient and/or family complaints.

## II.   Leadership Structure and Staffing

Day-to-day clinical leadership of a residential treatment center shall be provided by a professionally trained individual (at a masters or doctorate level) in a relevant mental health discipline, including psychiatry, psychology, social work, nursing, counseling or rehabilitation/activities therapy. This individual should also have at least three years of clinical experience. If the program serves children aged thirteen and under, a child and adolescent psychiatrist with American Board of Psychiatry and Neurology certification should have responsibility for the clinical aspects of the therapeutic program by serving as the facility's medical director. The medical director for programs treating adolescents over age thirteen should be board certified in general psychiatry with extensive experience in the treatment of adolescents or board certified in child and adolescent psychiatry.

A registered nurse with at least one year experience in mental health services or a mental health worker (a person with bachelor's degree in psychology, sociology, social work, counseling, nursing education, rehabilitation counseling and at least one year of experience in mental health services) should provide 24 hour developmentally sensitive child supervision, leisure and supportive care. A person with a high school diploma and five years experience in mental health services may also be a supervisor but on no more than one shift per day. Residential staffing must be consistent with the clinical care needs of the residents, with monitoring of the acuity of the individual so that the milieu and staff resources can respond to patient needs during all shifts. When there are both male and female residents, both male and female staff must be available. Staff, in addition to the supervisors, may be mental health aids with a high school level education and additional training in skills necessary to provide safe and competent care.

Registered nurses who are on-site at least eight hours per day must manage medication and other medical treatment as well as the general health status of each child. An on-site primary care physician or nurse practitioner may provide medical care of physical illness and well-child care. Prearranged and contracted community based services may also deliver that care.

RTC staff/staffing should:
- Be trained in evidence-based/research-based psychosocial and other interventions,
- Be trained on and use family-centered care with in the facility,
- Be appropriate for the number of patients,
- Be multidisciplinary and culturally competent,
- Include a child and adolescent psychiatrist or in the case of an adolescent program, an adult psychiatrist with training in treating that age group,
- Ensure that ancillary staff has appropriate training and licensure,
- Include leadership provided by professionals with graduate level training and appropriate license and credentials who demonstrate expertise in the treatment of youth,
- Be appropriate for all acuity levels,
- Be of an appropriate gender for daily hygiene and activities of daily living needs,
- Include on-site nursing care and supervision for one shift a day with on call availability for other shifts,
- Provide medical care (ill and preventive care) by a qualified primary care provider who is available 24 hours a day with hospital resources identified when necessary, and
- Require all staff to be screened with finger printing on a national level, driver's license and criminal record reviews, and a face-to-face interview to minimize the possibility of employing a predator who could endanger a child.

However, in isolated circumstances where workforce issues may mitigate such staffing comparable levels, credential expertise and experience should be documented and required.

## III.  Admission Process, Treatment Planning and Discharge Planning

As documented in a comprehensive psychiatric evaluation, medical necessity drives admission to an RTC. The primary treatment goal is to return the child or adolescent to the community in order to resume the family, social, and educational functions that contribute to normal development. Discharge planning should begin at the time of admission and shape the treatment process. Along with the items mentioned below, the RTC has the responsibility to collect data on the treatment outcomes and report on that data to assess whether the facility is achieving positive treatment outcomes to the interventions provided.

The admissions process should:
- Include a comprehensive evaluation prior to admission by a licensed graduate-level provider.
- Include a documented current DSM diagnosis and evidence of significant distress/impairment.
- Include a discharge plan.
- Include a medical assessment and a physical examination within the first 24 hours of admission, unless a physician determines that an examination within the week prior to transfer to the facility is sufficient.
- Include a review and approval of the admission by a psychiatrist for appropriateness and safety of the program.
- Identify family resources and family participation in treatment.

© 2010 American Academy of Child and Adolescent Psychiatry                                                4

An initial comprehensive treatment plan must be completed within 7 days. Treatment planning should:

- Be developed jointly with the family and youth.
- Include multidisciplinary assessments.
- Establish measurable goals and objectives.
- Be reviewed every 4 weeks.
- Include appropriate monitoring of medications.
- Include treatment modalities that are appropriate to the clinical needs of the child.
- Include the family in at least weekly therapy or, if the family lives greater than 3 hours from the facility, weekly telephone contact for family therapy must be conducted with monthly face-to-face family therapy sessions.
- Include supportive services such as religious services when requested.
- Be an extension of treatment plans formulated in previous clinical settings.

Discharge planning should:

- Begin at admission.
- Include coordination of follow-up and ongoing involvement with family and/or guardians.
- Take advantage of all community services.
- Reflect specific discharge criteria.
- Ensure that the child has a place to go at the time of discharge and that person or agency actively participated in the treatment. If a biological parent or extended family member is not available or appropriate, the designated foster parent must actively participate in the child's treatment.
- Provide families with the strategies to help their child adopt to "family life" when they return home.
- Involve coordination with community-based services to ensure a continuum of care.

## IV. Prevention of Aggressive/Dangerous Behavior

An RTC must provide a safe treatment and physical environment for children and adolescents, as well as for staff and visitors, without compromise. All policies for its implementation and enforcement must be reviewed and updated on a regular and timely basis. Prevention of aggressive and dangerous behavior is essential. For a detailed guideline on prevention of aggressive behavior, please see the *Practice Parameter for the Prevention and Management of Aggressive Behavior in Child and Adolescent Psychiatric Institutions, With Special Reference to Seclusion* (JAACAP, 2002).

© 2010 American Academy of Child and Adolescent Psychiatry

To ensure RTC safety, all RTCs should:
- Have a policy that strives for a restraint-free milieu consistent with national standards and regulations.
- Review these policies with staff at least annually.
- Train all staff on effective de-escalation techniques and anger management techniques to eliminate the need for seclusion or restraint.
- Study causes of aggressive incidents and implement evidence-based techniques to prevent recurrence.
- Evaluate the patient by a medical professional or nursing staff within a timely manner after a seclusion or restraint or complaint of physical injury occurs, consistent with Joint Commission and CMS requirements.
- Train all staff in a protocol that includes the method to hold or contain a child who is a threat to themselves or others. The protocol must be nationally accepted and shown to be safe and not harmful to the child or staff. There is no clear indication or evidence to support use of "holding therapies." Interventions that restrict the physical movement of the child or adolescent are a form of restraint and should only be used to ensure the safety of the child and others and should not be used for punitive measures. Aversive therapies should not be used.
- Track all incidents of physical hold or restriction of movement by the facility and be reviewed periodically by the clinical and administrative staff. Treatment plans should be altered as needed.
- Have a written protocol for transfer of a patient to an inpatient psychiatric facility if a child is deemed to be unsafe to self, peers, or staff.
- Refer all crimes committed by staff to local law enforcement.
- Behavior that could constitute a basis for criminal charges should be evaluated from a clinical and legal perspective. After such a review, staff should consider the appropriateness of bringing criminal charges.

## V. Therapeutic Services Standards

Therapeutic Services Standards (TSS) are intended to assure that evidence-based treatment and expertise of appropriately credentialed specialists in child and adolescent mental health (including child and adolescent psychiatrists) are integrated into the patient's daily life at the RTC. To accomplish this goal, TSS describe a clearly delineated treatment philosophy that is multidisciplinary in scope, encompasses all aspects of the child or adolescent's experience, is evidence-based and is appropriate to the population served.

RTCs should have TSS that includes the following components:
- Licensed professionals with specific expertise in diagnoses specific to the population the RTC is serving.
- Trained in evidence-based practices.
- The child and adolescent psychiatrist's role should include attendance at multidisciplinary team meetings and treatment planning conferences, clinical supervision of other direct care personnel, involvement in therapeutic program development, and work with the clinical leadership team in monitoring the quality of care and outcomes

© 2010 American Academy of Child and Adolescent Psychiatry

provided at the RTC. The child and adolescent psychiatrist's role should include participation in multidisciplinary treatment planning and quality assurance activities and should not be limited to the role of medication management and patient direct services. Additional meetings, including IEPs, family conferences, and other planning meetings may be attended as appropriate.

- When medication is used, medication monitoring will be provided by a child and adolescent psychiatrist. If a child and adolescent psychiatrist is not available to the program, a physician or other licensed prescriber with specific training and clinical experience to the population served will provide these services.
- Engagement of the child's or adolescent's family and other community supports (such as referring physicians, therapist agencies, and school systems) in all aspects of treatment.
- Treatment goals will build upon the strengths of the child or adolescent and their family, and identify areas to be therapeutically addressed with specific outcomes that document progress toward those goals.

## VI. Special Populations and Programs

Some specific populations and diagnostic groups require specialized RTCs that admit individuals with these disorders. They must have in place an appropriate therapeutic milieu and treatment programs. Due to both therapeutic needs and safety concerns, it is frequently necessary for individuals within these diagnostic groups to receive treatment with specialty-specific RTCs, or within contained programs as part of a larger RTC. The RTC should be able to provide evidence that all clinical staff is familiar with the specific treatment needs and therapeutic goals for these groups. It is ultimately the responsibility of the clinical and medical directors to determine which disorders their facility can effectively and safely treat using current standards of evidence based medicine.

Specialized populations include children and youth with
- Autism/pervasive developmental disorders
- Eating disorders
- Reactive attachment disorders
- Substance abuse disorders
- Oppositional, defiant and conduct disorders
- Sexual perpetrators.

RTCs should have programs to meet the needs of unique populations, including specialized trained staff and ensure that children and/or adolescents with potentially dangerous behaviors and conditions are not residing or being treated with vulnerable individuals.

© 2010 American Academy of Child and Adolescent Psychiatry

## VII. Educational Services

Educational services should be appropriate to the individual patient's needs, and consistent with the academic pace that was maintained previously. Other special services may be needed.

All RTCs should:
- Ensure that a formal educational plan is in place for each child within 30 days of admission.
- Coordinate with the student's home school. If an individualized education plan (IEP) is in place, it should be followed. Every child should have a 504 plan or IEP.
- Provide for staffing of teachers who are appropriately specially trained to teach youth with mental illness and learning disabilities, or to contract with the local school district special education program to obtain these services.
- Include formal testing for vision, speech and language, academics, (and when appropriate, psycho-educational testing) if not previously done.
- For placements longer than the state board of education designated absentee limits, the child should receive accredited educational services.

## VIII. Therapeutic Environment

The living environment for children residing in a residential treatment center is an integral part of the overall treatment experience. The space arrangement, size, appearance and maintenance of the facility should communicate messages of caring, comfort and safety. Children making the transition from home often form their initial impressions of the facility from its physical presentation. The physical layout of sleeping rooms and living areas impact the effectiveness of staff supervision of resident interaction. Adequate, well-maintained space and furnishings contribute to the exercise of self control in the residents. Failure to promptly repair any damage contributes to dangerous situations.

The environment of the RTC should:
- Be sensitive to trauma-related issues and their treatment.
- Provide documentation of a residents' anticipated vulnerabilities and problem behaviors
- Be appropriate to the age and developmental needs of the residents.
- Have areas for privacy as indicated (bedroom, bathroom, family visits and therapy).
- Promote individual dignity.
- Include basic rights to food, shelter, medical care, religious freedom, and education.
- Have a safe and protected space for personal items.
- Allow for face-to-face contact with family or others unless the treatment team finds specific individuals detrimental to treatment goals and documents that in the resident's record.
- Allow for telephone communication with family or guardians or to speak with the court/state's representative if the state has custody.
- Follow grievance procedures that should be posted in plain view of residents.

© 2010 American Academy of Child and Adolescent Psychiatry                8

**APPENDIX: Special Populations and Programs**

The therapeutic goals for each RTC patient need to be developed and based on an understanding of the unique needs of each individual child or adolescent. Alongside the recent development of Evidence Based Practice (EBP), there has been an emergence in illness specific RTCs and programs that focus on the treatment of one particular illness or disorder. Medical practice indicates that there is some benefit to this approach in so far as expertise and efficiency can both be improved. Residential treatment of illnesses like eating and substance abuse disorders in which the combination of treatment resistance, potential medical complications, and propensity to relapse require a facility and staff to be well versed in the unique complexities of these disorders. Still, the lack of available treatment centers, the presence of co morbid psychiatric illness and/or geographic necessity might require that a child or adolescent with these or other psychiatric disorders receive treatment in an RTC that is not specialty focused. In such cases, the clinical and medical directors have the responsibility to determine which disorders their facility can effectively treat using current EBP standards.

The following subsection is a list of specific psychiatric disorders that by nature of their complexity generally require treatment programs that are highly specialized. Also included is a short summary of specific program requirements that an RTC would need to have in place in order accept and effectively treat a child or adolescent with that disorder. This list of disorders and their individual program requirements is not intended to be exhaustive. For additional information regarding the accepted treatments and ancillary services needed to address the needs of these populations, please refer to the Practice Parameters of the American Academy of Child & Adolescent Psychiatry and to the Practice Guidelines for the American Psychiatric Association.

The treatment of each of the following disorders require at an absolute minimum that the RTC have on-site a integrated, multidisciplinary treatment team consisting of a medical director, educational specialist, nurse, behavioral psychologist, and social worker who are all familiar with the treatment and developmental needs of children and adolescents.

1. Autism and Pervasive Developmental Disorders
   a. A structured educational setting staffed with graduate level professionals familiar with the special educational needs of developmentally delayed children and adolescents.
   b. A licensed speech and language therapist, physical therapist and occupational therapist must be included in the multi-disciplinary treatment team.
   c. Evidence exists for the efficacy of Applied Behavioral Analysis and other therapies utilizing the non-punitive, non-coercive reinforcement of pro-social behavior in a highly structured setting for the treatment of behavioral problems in children with autistic spectrum disorders. A licensed doctoral level professional should supervise these programs. That person is also responsible for overseeing the development of an individualized behavioral plan based on the unique needs of each child and adolescent.

© 2010 American Academy of Child and Adolescent Psychiatry                    9

2. Eating Disorders
   a. Residential care should be considered for those children and adolescents who present with prolonged and chronic symptoms that have not responded to acute, short-term hospitalization.
   b. This multi-disciplinary treatment team should include a child and adolescent psychiatrist, pediatrician, dietitian, graduate level psychologist, social worker, nurse, physical or occupational therapist as well as counselors and mental health technicians. Each team member must be familiar with the special needs of children and adolescents with eating disorders.
   c. The RTC must have access to emergency medical services 24 hours a day.
   d. Please see the American Psychiatric Association Eating Disorder Guideline for more detail.

3. Foster Care Children and Reactive Attachment Disorder
   a. Given the frequency of developmental delays that occur in children with Reactive Attachment Disorder and children in foster care, the following professionals should be included in the multidisciplinary treatment team: a child and adolescent psychiatrist, a graduate level psychologist or social worker, nurse, a licensed speech and language therapist, a physical therapist, and an occupational therapist.
   b. Placement and reintegration into the community should be active and ongoing. The child and the parent or legal representative should be involved throughout the treatment process.
   c. Social work and family based services must be included from the beginning of treatment to insure a successful transition upon discharge to the patient's family or foster family.

4. Substance Abuse Disorders
   a. Residential treatment might be indicated to treat adolescents with substance abuse disorders when the chronic nature of their problems has failed to respond to intensive outpatient or partial hospitalization programs.
   b. The RTC treatment team should include a child and adolescent psychiatrist in addition to licensed mental health professionals who are familiar with the needs of patients with co occurring substance abuse and psychiatric disorders. Mental health services should be fully integrated with the individual's substance abuse treatment program.
   c. In all programs, including those lasting sixty days or less, an educational assessment should be included with a plan to address the adolescent's ongoing educational needs.

5. Conduct Disorders
   a. Residential treatment programs should provide multi-modal treatment, including a therapeutic community with a level system, behavioral modification and other techniques.
   b. The family or guardian should be involved in treatment, including parent training and family therapy with or without the patient present. The younger the patient,

© 2010 American Academy of Child and Adolescent Psychiatry

the more critical is the family's or other caretakers' involvement. If family treatment is not provided, the reasoning for its omission should be documented.

c. Individual and group therapies should be included. An appropriate school program, including special education and vocational training should be part of treatment.

d. An individualized treatment plan should address specific treatment for comorbid disorders. Psychosocial programs should be included if indicated.

e. Treatment coordination with school, social services, and juvenile justice personnel should be ongoing, to assure timely and appropriate discharge to step-down facilities and return to the community.

---

[i]*Family-centered Residential Treatment: Knowledge, Research, and Values Converge.* Walter, Uta M.; Petr, Christopher G.  Residential Treatment for Children. Vol. 25(1), 2008, 1-16.

[*] Disclosures: Alan Axelson, M.D., owner and medical director of IntraCare Psychiatric Services in Pittsburgh, PA; Martin Glasser, M.D., medical director of WellPoint and surveyor for NCQA; Anthony Jackson, M.D., Immediate Past President of the medical staff of Metro West Medical Center, Massachusetts; Lisa Ponfick, M.D., contract psychiatrist for San Diego Center for Children, San Diego, CA; Harsh Trivedi, M.D., Executive Medical Director at Vanderbilt Psychiatric Hospital, Nashville, TN; Kim J. Masters, M.D., employed at a residential treatment center owned by Psychiatric Solutions, Inc.; Kambiz Pahlavan, M.D., medical director of Rogers Memorial Hospital, Milwaukee, WI, and member of the Board of Directors of the Medical Society of Miwaukee County; Michael Sorter, M.D., division director of Cincinnati Children's Hospital, Cincinnatti, OH.

AACAP
3615 Wisconsin Ave., NW
Washington, DC 20016
202-966-7300
www.aacap.org

© 2010 American Academy of Child and Adolescent Psychiatry                                11